**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number (if known) _____ Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | ISLANDWIDE LOGISTICS, INC. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 66-0590408 |

| | | | | |
|---|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>REXCO INDUSTRIAL PARK # 150<br>CALLE C ESQUINA CALLE B<br>CARRETERRA 165<br>GUAYNABO, PR 00968<br>Number, Street, City, State & ZIP Code<br><br>Guaynabo<br>County | | **Mailing address, if different from principal place of business**<br><br>PO BOX 11670<br>SAN JUAN, PR 00922-1670<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | | |

Debtor    ISLANDWIDE LOGISTICS, INC.                  Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
     4931

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor  ISLANDWIDE LOGISTICS, INC.  Case number (*if known*) _____
     Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
    Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ■ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

Debtor    ISLANDWIDE LOGISTICS, INC.                                    Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 27, 2016
              MM / DD / YYYY

X _____        IVAN MARIN
  Signature of authorized representative of debtor     Printed name

Title   PRESIDENT

**18. Signature of attorney**

X _____        Date   September 27, 2016
  Signature of attorney for debtor                MM / DD / YYYY

CARMEN D. CONDE TORRES, ESQ.
Printed name

C. CONDE & ASSOC.
Firm name

254 SAN JOSE ST.
SUITE 5
San Juan, PR 00901-1523
Number, Street, City, State & ZIP Code

Contact phone   787-729-2900     Email address   condecarmen@condelaw.com

207312
Bar number and State

Debtor  ISLANDWIDE LOGISTICS, INC.   Case number (if known)
        Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | HME HOLDINGS, INC. | | | Relationship to you | RELATED PARTY |
|---|---|---|---|---|---|
| District | PUERTO RICO | When | 9/27/16 | Case number, if known | |
| Debtor | PJ ROSALY ENTERPRISES, INC | | | Relationship to you | RELATED PARTY |
| District | PUERTO RICO | When | 9/27/16 | Case number, if known | |

# CORPORATE RESOLUTION
## OF
## BOARD OF DIRECTORS

I, Yvonne M. Becerra, of legal age, single, Secretary of Islandwide Logistics, Inc., resident of Guaynabo, Puerto Rico DO HEREBY CERTIFY that:

1. At a meeting celebrated on September 26, 2016 the Board of Directors of Islandwide Logistics, Inc. was authorized to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

3. That the Board of Directors agreed that bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.

4. That it was also agreed that the services of attorney Carmen D. Conde Torres would be retained for such purposes.

5. That it was also agreed that Ivan A. Marin Marrero will be the person authorized to sign the Petition, Schedules and Statement of Financial Affairs and to represent the company in any other matter and/or documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the 26 day of September, 2016

Islandwide Logistics, Inc.

By: _____

Yvonne M. Becerra
Secretary



B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re    ISLANDWIDE LOGISTICS, INC.            Case No. _____

Debtor(s)      Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 25,000.00 |
   | Prior to the filing of this statement I have received | $ 25,000.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
        SERVICES WILL BE CHARGE AT THE FOLLOWING RATES:
        $300.00 p/h for Carmen D. Conde Torres plus cost and expenses;
        $275.00 p/h for Associates plus cost and expenses;
        $250.00 p/h for Junior Attorneys plus cost and expenses;
        $150.00 p/h for Legal Assistance such As Paralegal, in house special clerical services or Accounting Analyst plus cost and expenses.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

September 27, 2016
*Date*

*/s/ Carmen D. Conde Torres*
CARMEN D. CONDE TORRES, ESQ. 207312
*Signature of Attorney*
C. CONDE & ASSOC.
254 SAN JOSE ST.
SUITE 5
San Juan, PR 00901-1523
787-729-2900   Fax: 787-729-2203
condecarmen@condelaw.com
*Name of law firm*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ISLANDWIDE LOGISTICS, INC. |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CCEX<br>PO BOX 195009<br>SAN JUAN, PR 00919 | | RENT | Contingent<br>Unliquidated<br>Disputed | | | $2,955,564.00 |
| INVERSIONES COMERCIALES<br>PO BOX 10908<br>CAPARRA HEIGHTS STATION<br>SAN JUAN, PR 00922 | | RENT | | | | $475,233.38 |
| EL HORREO CORP.<br>PO BOX 11406<br>SAN JUAN, PR 00922-1406 | | VENDOR | | | | $280,993.81 |
| PREPA<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | | UTILITIES | | | | $241,047.95 |
| VIGILANTES, INC.<br>STE. 204 BCO. COOPERATIVO PLAZA<br>623 PONCE DE LEON AVE.<br>SAN JUAN, PR 00917 | | VENDOR | | | | $67,845.59 |
| MUNICIPIO DE GUAYNABO<br>APARTADO 7890<br>GUAYNABO, PR 00970-7890 | | MUNICIPAL TAXES | | | | $33,693.26 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    ISLANDWIDE LOGISTICS, INC.                                     Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MCS LIFE INSURANCE COMPANY<br>BANK TRUST PLAZA SUITE 1600<br>255 PONCE DE LEON AVE.<br>SAN JUAN, PR 00917 | | INSURANCE | | | | $21,912.50 |
| POWERCOOLING & CONTROLS, INC.<br>PO BOX 192817<br>SAN JUAN, PR 00919-2817 | | VENDOR | | | | $16,622.61 |
| E.C. WASTE<br>PO BOX 71561<br>SAN JUAN, PR 00936-8661 | | VENDOR | | | | $15,239.50 |
| MUNICIPIO DE CATANO<br>PO BOX 428<br>CATANO, PR 00963-0428 | | MUNICIPAL TAXES | | | | $7,791.66 |
| TRIPLE S<br>PO BOX 71548<br>SAN JUAN, PR 00936-8648 | | INSURANCE | | | | $7,713.93 |
| AAA FORKLIFTS, INC.<br>PMB 809 NO. 138<br>AVENIDA WISTON CHURCHILL<br>SAN JUAN, PR 00926 | | VENDOR | | | | $6,021.00 |
| AAA<br>PO BOX 70101<br>SAN JUAN, PR 00936-8101 | | UTILITIES | | | | $5,663.32 |
| EAS SYSTEMS<br>PO BOX 482<br>MERCEDITA, PR 00715-0482 | | VENDOR | | | | $4,580.62 |
| THREE STARS SECURITY<br>URB. LAS VEGAS<br>CARR. 869 C-7<br>GUAYANBO, PR 00970 | | VENDOR | | | | $4,237.20 |

Debtor  ISLANDWIDE LOGISTICS, INC.  Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MUNICIPIO AUTONOMO DE PONCE APARTADO 331709 PONCE, PR 00733-1709 | | MUNICIPAL TAXES | | | | $4,198.29 |
| RODRIGUEZ DIAZ, VICTOR PO BOX 173 NARANJITO, PR 00719 | | VACATIONS | | | | $4,181.76 |
| LIFT TRUCK & PARTS PO BOX 6779 CAGUAS, PR 00726-6779 | | VENDOR | | | | $3,750.00 |
| QUALITY WATER PO BOX 9020096 SAN JUAN, PR 00902-0096 | | VENDOR | | | | $3,494.40 |
| CEL FIRE EXTINGUISHER DIST. PO BOX 3092 BAYAMON, PR 00960 | | VENDOR | | | | $3,184.15 |

**Fill in this information to identify the case:**

Debtor name: ISLANDWIDE LOGISTICS, INC.

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  September 27, 2016        X  /s/ Ivan Marin
                                          Signature of individual signing on behalf of debtor

                                          IVAN MARIN
                                          Printed name

                                          PRESIDENT
                                          Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

ISLANDWIDE LOGISTICS NE  
PO BOX 11670  
SAN JUAN, PR 00922-1670

ARIZMENDI CORDOVA, JULIO  
CALLE 13 F-18  
LA MILAGROSA  
BAYAMON, PR 00957

C.M.P. CORPORATION  
URB. LA CUMBRE, PMB 496  
267 CALLE SIERRA MORENA  
SAN JUAN, PR 00926-5583

CARMEN D. CONDE TORRES, ESQ.  
C. CONDE & ASSOC.  
254 SAN JOSE ST.  
SUITE 5  
SAN JUAN, PR 00901-1523

ARTURO FONG  
CALLE RAMON MORLA  
HN-1 7MA SECCION LEVITTOWN  
TOA BAJA, PR 00949

CADILLAS UNIFORM  
PO BOX 601893  
BAYAMON, PR 00960-1893

US DEPARTMENT OF JUSTICE  
950 PENNSYLVANIA AVE., NW  
WASHINGTON,, DC 20530-0001

AUTOMATIC ACCESS SYSTEM, INC.  
PO BOX 20328  
SAN JUAN, PR 00928

CCEX  
PO BOX 195009  
SAN JUAN, PR 00919

A.R. DISTRIBUTORS  
1791 JAJOME ST. CROWN HILLS  
SAN JUAN, PR 00926

AUTOMATIC DATA PROCESSING  
PO BOX 842854  
BOSTON, MA 02284-2854

CEL FIRE EXTINGUISHER DIST.  
PO BOX 3092  
BAYAMON, PR 00960

AAA  
PO BOX 70101  
SAN JUAN, PR 00936-8101

BANCO DE DESARROLLO  
ECONOMICO  
PO BOX 2134  
SAN JUAN, PR 00922-2134

CJ TONER EXPRESS  
PO BOX 9939  
CIDRA, PR 00739-9939

AAA FORKLIFTS, INC.  
PMB 809 NO. 138  
AVENIDA WISTON CHURCHILL  
SAN JUAN, PR 00926

BARTOLO LUGO  
CALLE HIGUERILLOS CD-24  
RIO HONDO 3  
BAYAMON, PR 00961

CONTRERAS CASILLAS, JOSE M.  
BOX 1181  
JUNCOS, PR 00777

ACCRECENT  
PO BOX 363372  
SAN JUAN, PR 00936-3372

BATTERIES PLUS  
URB. CAGUAS NORTE  
CALLE NEBRASKA U-15  
CAGUAS, PR 00725

COTTO NAZARIO, TIFFANY M.  
CALLE LYDIA AQ-4  
4TA SEC. LEVITTOWN  
TOA BAJA, PR 00949

ACEVEDO AYALA, JOSE J.  
5017 CALLE RAMON RIO  
BUZON 52  
SABANA SECA, PR 00952

BERRIOS MARIA DE LOS A.  
URB. SABANERA  
333 CAMINO DEL PRADO  
CIDRA, PR 00739

CRIM  
PO BOX 195387  
SAN JUAN, PR 00919-5387

ACOSTA JIMENEZ, EDWIN  
CALLE 15 P-825  
URB. ALTURAS DEL RIO  
RIO GRANDE, PR 00745

BREWLEY BONILLA, JULIO A.  
REPARTOCAGUAX  
CALLE MUNOZ MARIN C-11  
CAGUAS, PR 00725

DE JESUS MARQUEZ, ELIETTE S  
URB. SAN MARTIN  
CALLE 3 NUM. 63  
PATILLAS, PR 00723

ALVAREZ ORTIZ, CARLOS  
RES. ZENON DIAZ VALC  
BO. AMELIA  
GUAYNABO, PR 00965

BURGOS COLON, MIGUEL A.  
CALLE 18 O-20  
URB. MAGNOLIA GARDEN  
BAYAMON, PR 00956

DEPARTAMENTO DEL TRABAJO Y  
RECURSOS HUMANOS  
PO BOX 191020  
SAN JUAN, PR 00919-1020

DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN, PR 00936-5028

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG. 914
2 PONCE DE LEON AVE.
SAN JUAN, PR 00918

DEPARTMENT OF TREASURY
BANKRUPTCTY DIVISION
PO BOX 9024140
SAN JUAN, PR 00902-4140

FONDOS UNIDOS
PO BOX 191914
SAN JUAN, PR 00919-1914

INVERSIONES COMERCIALES
PO BOX 10908
CAPARRA HEIGHTS STATION
SAN JUAN, PR 00922

E.C. WASTE
PO BOX 71561
SAN JUAN, PR 00936-8661

GERONIMO ALICEA, CARLOS J.
BOX 872
ARROYO, PR 00714

IRIZARRY HORRACH, HECTOR M
HC-10 BOX 8041
SABANA GRANDE, PR 00637

EAS SYSTEMS
PO BOX 482
MERCEDITA, PR 00715-0482

GONZALEZ GONZALEZ, EMILIO J.
HC 91 BOX 9500
VEGA ALTA, PR 00962

ISLANDWIDE GROUP
RETIREMENT PLAN
PO BOX 770002
CINCINNATI, OH 45277-0075

EL HORREO CORP.
PO BOX 11406
SAN JUAN, PR 00922-1406

GONZALEZ PASTRANA, ANGEL M.
CALLE 24 AF-18
VILLAS DE LOIZA
CANOVANAS, PR 00729

JIMENEZ ALVARADO, ELUIS
PO BOX 310
OROCOVIS, PR 00720

EMMANUEL VAZQUEZ
HC-71 BOX 2736
BO. LOMAS
NARANJITO, PR 00719-9709

GONZALEZ TRADING
PO BOX 364884
SAN JUAN, PR 00936-4884

LIFT TRUCK & PARTS
PO BOX 6779
CAGUAS, PR 00726-6779

ENGINEERING SOLUTION FIRM
PO BOX 4960
CAGUAS, PR 00726-4960

GRETCHEN GRONAU, CPA
53 ESMERALDA AVENUE
PMB 13
GUAYNABO, PR 00969-4429

LIGHT GAS LIFT CYLINDER
PO BOX 1155
SALINAS, PR 00751

ESTRADA LEBRON, JOSEPH L.
CALLE 9 IP-25
TERRAZAS DEL TOA
TOA ALTA, PR 00953

HECTOR IRIZARRY
HC-10 BOX 8041
SAN SABASTIAN, PR 00637

LUGO RAMOS, BARTOLO
CALLE 14 P-4
ALTURAS DE PENUELAS
PENUELAS, PR 00624

FASCIMILE PAPER CONNECTION
PO BOX 363122
SAN JUAN, PR 00936-3122

HME HOLDINGS, INC.
PO BOX 11670
SAN JUAN, PR 00922-1670

MALDONADO SANTOS, JUAN
BO. SABANA SECA PF-2
CALLE MARGINAL OESTE
TOA BAJA, PR 00949

FIGUEROA ROSARIO, ADRIEL
CALLE ARGOS C-10
VILLAS DE BUENA VISTA
BAYAMON, PR 00957

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

MARGEN GUARD FIRE
URB. LOSMONTES
NO. 200 CALLE ROBLES
DORADO, PR 00646

MARIN PEREZ, IVAN
URB. MONTICIELO
C/RAFAEL HERNANDEZ NUM. 146
CAGUAS, PR 00725

MUNICIPIO DE CATANO
PO BOX 428
CATANO, PR 00963-0428

PACKAGING SUPPLY, INC.
D 26 CALLE 3 VILLA AURORA
CATANO, PR 00962-5921

MARTINEZ RIVERA, IRVING
CALLE 871 NUM. 281
ARENAS
BAYAMON, PR 00961

MUNICIPIO DE GUAYNABO
APARTADO 7890
GUAYNABO, PR 00970-7890

PADILLA CANCEL, ADALBERTO
URB. INMACULADA III
CALLE 105 NUM. G-43
VEGA ALTA, PR 00692

MASTER INDUSTRIAL
TIRE CORP.
PO BOX 943
BAYAMON, PR 00960-0943

NATIONAL COPIER & OFF. SUPPLIES
PO BOX 3928
BAYAMON GARDENS STATION
BAYAMON, PR 00958

PASTOR SANCHEZ, ROGELIO
HC-01 BOX 9131
PALMA SOLA
CANOVANAS, PR 00729

MCS LIFE INSURANCE COMPANY
BANK TRUST PLAZA SUITE 1600
255 PONCE DE LEON AVE.
SAN JUAN, PR 00917

NEW YORK WIPPING
AMELIA INDUSTRIAL PARK
CALLE DIANA NO. 29
GUAYNABO, PR 00968

PEDRO GUISTI
PO BOX 1143
TOA ALTA, PR 00954

MDA
PONCE DE LEON NO. 431
EDIF. NATIONAL PLAZA SUITE 705
SAN JUAN, PR 00917

OCCUPATIONAL HEALTH
& WELLNESS
UNIVERSITY GARDENS, CLEMSON 300
HATO REY, PR 00927-2071

PERFECT EQUIPMENT PRODUCT
GRAND BOULEVARD 112
MCS 115, LOS PASEOS
SAN JUAN, PR 00926

MENTOR TECHNICAL GROUP
PO BOX 6857
CAGUAS, PR 00726-6857

OJEDA RAMOS, HERMINIO
CALLE 23 M-24
JARDINES DE COUNTRY CLUB
CAROLINA, PR 00983

PJ ROSALY ENTERPRISES, INC.
PO BOX 11670
SAN JUAN, PR 00922-1670

MICROSOFT STORE
CITY VIEW PLAZA SUITE 107
NO. 48 STATE ROAD 165 KM 1.2
GUAYNABO, PR 00968

OLIVER EXTERMINATING CORP.
PO BOX 363888
SAN JUAN, PR 00936-3888

POWERCOOLING &
CONTROLS, INC.
PO BOX 192817
SAN JUAN, PR 00919-2817

MONGE QUINONES, JOSE L.
BOX 3732 R.R. 11
BAYAMON, PR 00956

ORTEGA CALDERON, EDUARDO
RR 2 BOX 7727
TOA ALTA, PR 00953

PREPA
PO BOX 363508
SAN JUAN, PR 00936-3508

MORALES ORTIZ, JOSE
CALLE CANARIO NUM. 878
TOA BAJA, PR 00952-1073

ORTIZ ALEJANDRO, DOMINGO
CALLE 3 F-3
VILLA SAN AGUSTIN
BAYAMON, PR 00956

QUALITY WATER
PO BOX 9020096
SAN JUAN, PR 00902-0096

MUNICIPIO AUTONOMO DE PONCE
APARTADO 331709
PONCE, PR 00733-1709

OTERO NEGRON, YOSHIRA M.
BDA. SAN ANTONIO
CALLE RICARDO ARROYO 820
DORADO, PR 00646

QUINONEZ SERPA, ELDDIES
PO BOX 1016
CIALES, PR 00638

RIVERA CORANO, ANTONIO
CALLE DR. M. SPAILLAT
BD. 48 5TA SECCION LEVITTOWN
TOA BAJA, PR 00950

RIVERA ORTIZ, ANEUDY
CALLE 14 G-6
URB. ROYALTOWN
BAYAMON, PR 00956

RIVERA RODRIGUEZ, LUIS
URB. COLLEGE PARK
CALLE LOVAINA 1890
SAN JUAN, PR 00921

RODRIGUEZ DIAZ, VICTOR
PO BOX 173
NARANJITO, PR 00719

RODRIGUEZ GONZALEZ, VICTOR
6186 VILLA KENNEDY
SABANA SECA
TOA BAJA, PR 00952

RODRIGUEZ MARTINEZ, CRISTINO
CALLE 7 NUM. 356-C
PARCELA HILL BROTHER
RIO PIEDRAS, PR 00924

ROMAN GARCIA, HORGE L.
CALLE PARAGUAY NUM. 167
BDA. ISRAEL
HATO REY, PR 00917

RONALD DAVIS, EDWARDSON
HC-3 PO BOX 18100
RIO GRANDE, PR 00745

ROSADO MARTINEZ, JAYSON
HC-3 BOX 8830
DORADO, PR 00646

SANCHEZ CID, MANUEL
CALLE GALAPAGOS 881
4TA EXTENSION
SAN JUAN, PR 00924

SANDOVAL GONZALEZ, ANGELIE
PO BOX 2142
JUNCOS, PR 00777

SANTANA HILARDO, FELIX
JARDINES DE VALENCIA
NUM. 9 APT. 1212
RIO PIEDRAS, PR 00923

SANTANA SANTIAGO, ANGEL A.
URB. LA INMACULADA
19 CALLE 101
VAGA ALTA, PR 00692

SANTIAGO BURGOS, MANUEL
PMB 790
PO BOX 2500
TOA BAJA, PR 00951-2500

SEDA FELICIANO, ALEXIS
CALLE PONTE VEDRA M-38
VILLA ESPANA
BAYAMON, PR 00961

SEDA FELICIANO, CARLOS J.
CALLE MARGINAL NORTE
N46 JARDINES DE CAPARRA
BAYAMON, PR 00957

SPS COMMERCE, INC.
VB BOX 3
PO BOX 9202
MINNEAPOLIS, MN 55480-9202

SUPERMERCADOS ECONO JAYUYA
HC-01 BOX 2003
JAYUYA, PR 00664-9701

THE ALLIED GROUP
418 ESCORIAL
AVENIDA CAPARRA HEIGHTS
SAN JUAN, PR 00926

THREE STARS SECURITY
URB. LAS VEGAS
CARR. 869 C-7
GUAYANBO, PR 00970

TORRES GONZALEZ, LEOPOLDO
HC-06 BOX 73806
CAGUAS, PR 00725

TORRES PINTO, JOAQUIN
PEREIRA LEAL
EDIFICIO TUREY 555
SAN JUAN, PR 00923

TRIPLE S
PO BOX 71548
SAN JUAN, PR 00936-8648

US DEPARTAMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON,, DC 20530-0001

VIGILANTES, INC.
STE. 204 BCO. COOPERATIVO PL
623 PONCE DE LEON AVE.
SAN JUAN, PR 00917

VIRELLA RODRIGUEZ, LUIS A.
RES. NEMESIO CANALES
EDIF. 37 APT. 685
SAN JUAN, PR 00918

# United States Bankruptcy Court
### District of Puerto Rico

In re   ISLANDWIDE LOGISTICS, INC.                              Case No.   _____
                            Debtor(s)                           Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   September 27, 2016                 _____
                                           IVAN MARIN/PRESIDENT
                                           Signer/Title