## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

ISLANDWIDE LOGISTICS, INC.

Debtor

CASE NO.: 16-07693 (ESL)

CHAPTER 11

### DEBTOR'S MONTHLY FINANCIAL REPORTS (BUSINESS)
### FOR THE PERIOD
### FROM NOVEMBER 1, 2016 TO NOVEMBER 30, 2016

**COMES NOW** the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of December, 2016.

Debtor Address
and Phone Number

Attorney's Address
And Phone Number:

PO BOX 11670
SAN JUAN, PR 00922-1670
(787) 273-0715

**C. CONDE & ASSOC.**
254 CALLE DE SAN JOSE
5TH FLOOR
SAN JUAN, PR 00901-1523
TEL. (787) 729-2900
FAX. (787) 729-2203
Email: condecarmen@condelaw.com

*/s/Carmen D. Conde Torres*
**CARMEN D. CONDE TORRES, ESQ.**
**U.S.C.D. No. 207312**

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 11/01/16    AND ENDING    11/30/2016

Name of Debtor:   ISLANDWIDE LOGISTICS, INC   Case Number   16-07693
Date of Petition:   09/28/16

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 51,775.25 (a) | 50,756.31 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | 0.00 | 0.00 |
| Minus: Cash Refunds  (-) | 0.00 | 0.00 |
| Net Cash Sales | 0.00 | 0.00 |
| B. Accounts Receivable (Deposits in  transit) | 362,808.61 | 753,774.39 |
| C. Other Receipts (See MOR-3) | 26,490.66 | 26,490.66 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 389,299.27 | 780,265.05 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 441,074.52 | 831,021.36 |
| 5. DISBURSEMENTS | | |
| A. Advertising | 0.00 | 0.00 |
| B. Bank Charges | 1,457.84 | 2,298.06 |
| C. Contract Labor | 6,523.79 | 10,569.38 |
| D. Fixed Asset Payments (not incl. in "N") | 0.00 | 0.00 |
| E. Insurance | 17,409.66 | 44,282.70 |
| F. Inventory Payments *(See Attach. 2)* | 0.00 | 0.00 |
| G. Leases | 0.00 | 1,584.32 |
| H. Manufacturing Supplies (Warehouse) | 3,861.27 | 9,406.12 |
| I. Office Supplies | 499.08 | 904.79 |
| J. Payroll - Net *(See Attachment 4B)* | 70,874.24 | 172,198.08 |
| K. Professional Fees (Accounting & Legal) | 0.00 | 5,000.00 |
| L. Rent | 49,684.83 | 137,604.66 |
| M. Repairs & Maintenance | 5,821.58 | 9,479.97 |
| N. Secured Creditor Payments *(See Attach. 2)* | 0.00 | 0.00 |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 17,653.11 | 29,106.85 |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | 0.00 | 12.67 |
| Q. Taxes Paid - Other *(See Attachment 4C)* | 3,821.44 | 3,822.44 |
| R. Telephone | 0.00 | 833.61 |
| S. Travel & Entertainment | 242.26 | 1,514.02 |
| Y. U.S. Trustee Quarterly Fees | 0.00 | 0.00 |
| U. Utilities | 5,941.77 | 5,941.77 |
| V. Vehicle Expenses | 1,957.42 | 1,957.42 |
| W. Other Operating Expenses (See MOR-3) | 153,505.39 | 292,683.66 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 339,253.68 | 729,200.52 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 101,820.84 (c) | 101,820.84 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This   19   day of   December   , 2016.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| MEDTRONICS | 83.72 | 83.72 |
| THE MALL OF SAN JUAN | 2,432.00 | 2,432.00 |
| CARRIER PR | 435.24 | 435.24 |
| FERRERO INC. | 10,150.00 | 10,150.00 |
| CON WAY | 13,389.70 | 13,389.70 |
| TOTAL OTHER RECEIPTS | 26,490.66 | 26,490.66 |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| ADMINISTRADOR DE ASUME | $ 320.00 | $ 800.00 |
| FLORIDA STATE DISBURSEMENT | $ 233.66 | $ 584.15 |
| FONDOS UNIDOS | $ 68.00 | $ 102.00 |
| HME HOLDINGS INC | $ 136,526.10 | $ 272,444.97 |
| ISLANDWIDE GROUP RETIREMENT PL | $ 417.63 | $ 608.54 |
| PJ ROSALY ENTERPRISES | $ 10,143.95 | $ 10,143.95 |
| SPS COMMERCE INC | $ 5,460.00 | $ 7,664.00 |
| ISLANDWIDE SALES & DIST | $ 336.05 | $ 336.05 |
| TOTAL OTHER DISBURSEMENTS | $ 153,505.39 | $ 292,683.66 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-3

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

| | |
|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC. |
| Reporting Period beginning | NOVEMBER 1, 2016 |

| | |
|---|---|
| Case Number: | 16-07693 |
| Period ending | NOVEMBER 30, 2016 |

ACCOUNTS RECEIVABLE AT PETITION DATE:  $  256,165.83

**ACCOUNTS RECEIVABLE RECONCILIATION**
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $  390,506.67 | (a) |
| PLUS: Current Month New Billings | $  330,845.28 | |
| MINUS: Collection During the Month | $  (362,808.61) | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $  - | * |
| End of Month Balance | $  358,543.34 | $  - |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $  243,127.42 | $74,614.71 | $17,700.13 | $23,101.08 | $  358,543.34 |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| ANTILLES BRANDS | 6/30/2015 TO 3/31/2016 | Amount expected to be collected |
| CICF Online | 8/31/2016 | Amount expected to be collected |
| Gantrade Corp. | 8/31/2016 | Amount expected to be collected |
| Kasa Bella | 05/31/2016 to 08/31/2016 | Amount expected to be collected |
| Lexmark de PR | 7/31/2016 | Amount expected to be collected |
| PRTC CLARO | 6/30/2016 | Amount expected to be collected |
| THE MALL OF SAN JUAN | 06-30-2016 to 07-31-2016 | Amount expected to be collected |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

MOR-4

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

| | | |
|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending 11/30/2016 |

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| SEE LIST ATTACH | | | | 165,268.61 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $  165,268.61  (b) |

☞ Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only):

| | | |
|---|---|---|
| Opening Balance | $ | 68,362.85  (a) |
| PLUS: New Indebtedness Incurred This Month | $ | 197,065.99 |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ | (100,160.23) |
| PLUS / MINUS: Adjustments | | * |
| Ending Month Balance | $ | 165,268.61  (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.
Amount registered according to quotation. Adjustment takes place after purchase.

### SECURED PAYMENTS REPORT

(List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | $         .  (d) | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

Islandwide Logistics, Inc.
A/P Aging 09-28-2016
Pre-Petition Debt Paid Details

| Vendor Number/Name | Balance Radicacion | Balance | Cambio | Address | |
|---|---|---|---|---|---|
| 00-AAA  001  AUTORIDAD DE ACUEDUCTOS | $     5,663.32 $ | 5,663.32 $ | - | P.O. BOX 70101 | San Juan, PR 00936-8101 |
| 00-AAFO000  AAA FORKLIFTS INC | 10,536.75 | 10,536.75 $ | - | PMB 809 # 138 AVE. Winston Churchill | San Juan, PR 00926 |
| 00-AEE  000  AUTORIDAD ENERGIA ELECTRICA | 4,437.27 | 4,437.27 $ | - | P.O. BOX 363508 | San Juan, PR 00936-3508 |
| 00-ALGR000  THE ALLIED GROUP | 1,000.00 | 1,000.00 $ | - | 418 ESCORIAL AVE.CAPARRA HEIGHTS | San Juan, PR 00920-3514 |
| 00-AROI000  A.R.DISTRIBUTORS | 1,483.84 | 1,483.84 $ | - | 1791 JAXOME ST. CROWN HILLS | San Juan, PR 00926 |
| 00-ARFU000  ARTURO FONG | 1,243.00 | 418.50 $ | (824.50) | CALLE RAMON MORLA HN-1 7ma SECCION LEVITTOWN | Toa Baja, PR 00949 |
| 00-AUAC000  AUTOMATIC ACCESS SYSTEM INC | 1,088.18 | 1,088.18 $ | - | P.O. BOX 20328 | San Juan, PR 00928 |
| 00-AUDA000  AUTOMATIC DATA PROCESSING | 2,168.67 | 2,168.67 $ | - | P. O. BOX 842854 | Boston, MA 02284-2854 |
| 00-BALU000  BARTOLO LUGO | 290.85 | 0.00 $ | (290.85) | CALLE HIGUERILLOS CD-24 RIO HONDO 3 | Bayamon, PR 00961 |
| 00-BAPL000  BATTERIES PLUS | 268.58 | 268.58 $ | - | URB CAGUAS NORTE CALLE NEBRASKA U-15 | Caguas, PR 00725 |
| 00-CAHE000  CARLOS HERNANDEZ | 560.00 | 0.00 $ | (560.00) | P.O. BOX 163 | Naranjito PR 00719 |
| 00-CAUN000  CADILLAC UNIFORMES | 279.47 | 417.80 $ | 138.33 | P.O. BOX 601893 | Bayamon, PR 00960-1893 |
| 00-CEFI000  CEL FIRE EXTINGUISHER DIST. | 3,184.15 | 3,184.15 $ | - | P.O. BOX 3092 | Bayamon, PR 00960 |
| 00-CJTO000  CJ TONERS EXPRESS | 568.65 | 568.65 $ | - | P.O. BOX 9939 | Cidra, PR 00739-9939 |
| 00-CWCO000  C.W.P. CORPORATION | 1,700.00 | 1,700.00 $ | - | URB LA CUMBRE 267 CALLE SIERRA MORENA PMB 496, | SAN JUAN PR 00926-5583 |
| 00-EASY000  EAS SYSTEMS | 4,580.62 | 4,580.62 $ | - | PO BOX 482 | Mercedita, PR 00715-0482 |
| 00-ELHO000  EL HORNEO CORP | 313,298.82 | 313,298.82 $ | - | P.O. BOX 11406 | San Juan, PR 00922-1406 |
| 00-EMVA000  EMMANUEL VAZQUEZ | 1,717.50 | 1,717.50 $ | - | HC-71 BOX 2736 BO LOMAS | NARANJITO, PR 00719-9709 |
| 00-ENSO000  ENGINEERING SOLUTION FIRM | 925.80 | 925.80 $ | - | PMB 332 P.O. BOX 4960 | Caguas, PR 00726-4960 |
| 00-FAPA000  FASCIMILE PAPER CONNECTION | 829.56 | 829.56 $ | - | P.O. BOX 363122 | San Juan, PR 00936-3122 |
| 00-FOUN000  FONDOS UNIDOS | 136.00 | 136.00 $ | - | P.O. BOX 191914 | San Juan, PR 00919-1914 |
| 00-GOTR000  GONZALEZ TRADING | 554.50 | 712.55 $ | 158.05 | P.O. BOX 364884 | San Juan, PR 00936-4884 |
| 00-GRGR000  GRETCHEN GRONAU,CPA | 2,773.00 | 2,773.00 $ | - | 53 ESMERALDA AVE.PMB 13 | Guaynabo, PR 00969-4429 |
| 00-HEIR000  HECTOR IRIZARRY | 157.97 | 157.97 $ | - | HC-10 BOX 6041 | San Sebastian, PR 00637 |
| 00-INCO000  INVERSIONES COMERCIALES | 203,671.08 | 203,671.08 $ | - | P.O. BOX 10908 Caparra Heights Sta. | San Juan, PR 00922 |
| 00-IPCO000  IPFS CORPORATION | 9,527.46 | 0.00 $ | (9,527.46) | P.O. BOX 70134 | San Juan PR 00936-8134 |
| 00-ISRE000  ISLANDWIDE GROUP RETIREMENT PL | 881.26 | 881.26 $ | - | P.O. BOX 770002 | Cincinnati, OH 45277-0075 |
| 00-LACA000  OCCUPATIONAL HEALTH & WELLNESS | 24.05 | 24.05 $ | - | CLEMSON 300 UNIVERSITY GARDENS | Hato Rey, PR 00927-2071 |
| 00-LIGA000  LIGHT GAS LIFT CYLINDER | 4,446.00 | 3,277.50 $ | (1,168.50) | P.O BOX 1155 | Salinas, PR 00751 |
| 00-LITR000  LIFT TRUCK & PARTS | 3,750.00 | 3,750.00 $ | - | P.O. BOX 6779 | Caguas, PR 00726-6779 |
| 00-MADE000  MARIA DE LOS ANGELES BERRIOS | 1,600.00 | 1,600.00 $ | - | URB SABANERA 333 CAMINO DEL PRADO | Cidra, PR 00739 |
| 00-MAGU000  MARGEN GUARD FIRE | 203.00 | 203.00 $ | - | URB LOS MONTES #200 CALLE ROBLES | Dorado, PR 00646 |
| 00-MAIN000  MASTER INDUSTRIAL TIRE CORP | 2,340.86 | 2,340.86 $ | - | P.O. BOX 943 | Bayamon, PR 00960-0943 |
| 00-MDA000  MDA | 178.00 | 178.00 $ | - | Ponce de León #431 Edif. National Plaza Ste. 705 | San Juan, PR 00917 |
| 00-METE000  MENTOR TECHNICAL GROUP | 342.43 | 342.43 $ | - | P.O.BOX 6857 | Caguas, PR 00726-6857 |
| 00-MIS0000  MICROSOFT STORE | 2,137.86 | 2,137.86 $ | - | CITY VIEW PLAZA I SUITE 107 #48 STATE ROAD 165 KM 1.2 | Guaynabo, PR 00968 |
| 00-NACO001  NATIONAL COPIERS&OFFICE SUPPLIE | 1,090.04 | 1,090.04 $ | - | P.O. BOX 3928 BAYAMON GARDENS STA. | Bayamon, PR 00958 |
| 00-NEWI000  NEW YORK WIPPING | 431.52 | 431.52 $ | - | AMELIA IND. PARK CALLE DIANA #29 | Guaynabo, PR 00968 |
| 00-OLEX001  OLIVER EXTERMINATING CORP | 3,582.40 | 3,582.40 $ | - | P.O. BOX 363888 | San Juan, PR 00936-3888 |
| 00-PASU000  PACKAGING SUPPLY INC | 3,017.64 | 3,017.64 $ | - | D 26 CALLE 3 VILLA AURORA | Cataño, PR 00962-5921 |
| 00-PEEQ000  Perfect Equipment Product | 2,003.81 | 2,003.81 $ | - | 100 GRAND BOULEVARD LOS PASESOS 112/MCS 115 | San Juan, PR 00926 |
| 00-PEGU000  PEDRO GUSTI | 1,150.00 | 1,150.00 $ | - | P.O. Box 1143 | Toa Alta, PR 00954 |
| 00-POCO000  POWERCOOLING & CONTROLS INC. | 16,622.61 | 16,622.61 $ | - | P.O. BOX 192817 | San Juan, PR 00919-2817 |
| 00-QUVA000  QUALITY WATER | 3,494.40 | 3,494.40 $ | - | P.O. BOX 9020096 | San Juan, PR 00902-0096 |
| 00-ROAC000  ROBERTO ACEVEDO | 911.00 | 0.00 $ | (911.00) | URB.BERWIN STATE P 31 CALLE 15 A | San Juan PR 00924 |
| 00-SPCO000  SPS COMMERCE,INC | 2,304.00 | 0.00 $ | (2,304.00) | VB BOX 3 P.O. BOX 9202 | Minneapolis, MN 55460-9202 |
| 00-SUEC000  SUPERMERCADO ECONO JAYUYA | 1,318.86 | 1,318.86 $ | - | HC-01 BOX 2003 | Jayuya, PR 00664-9701 |
| 00-THST000  THREE STARS SECURITY | 4,237.20 | 4,237.20 $ | - | URB. LAS VEGAS CARR 869 C-7 | Guaynabo, PR 00970 |
| 00-TRIPLES  TRIPLE S | 7,713.93 | 7,713.93 $ | - | P.O.BOX 71548 | San Juan, PR 00936-8618 |
| 00-VIIN000  VIGILANTES INC. | 72,940.11 | 67,845.59 $ | (5,094.52) | SUITE 204 BANCO COOPERATIVO PLAZA 623 PONCE DE LEON AVE. | San Juan, PR 00917 |
| 00-WAMA000  E.C. WASTE | 15,239.50 | 15,239.50 $ | - | P.O. BOX 71561 | San Juan, PR 00936-8661 |
| 20-AEE  000  AUTORIDAD ENERGIA ELECTRICA | 232,561.58 | 232,561.58 $ | - | P.O. BOX 363508 | San Juan, PR 00936-3508 |
| 20-MCLI000  MCS LIFE INSURANCE COMPANY | 21,912.50 | 21,912.50 $ | - | BANK TRUST PLAZA SUITE 1600 255 PONCE LEON AVE | San Juan, PR00917 |
| 40-MUCA000  MUNICIPIO DE CATAÑO | 7,791.66 | 7,791.66 $ | - | P.O. BOX 428 | Cataño, PR 00963-0428 |
| 40-MUGU000  MUNICIPIO DE GUAYNABO | 33,693.26 | 33,693.26 $ | - | Apartado 7890 | Guaynabo, PR 00570-7890 |
| 40-MUPO000  MUNICIPIO AUTONOMO DE PONCE | 4,198.29 | 4,198.29 $ | - | APARTADO 331709 | Ponce, PR 00733-1709 |
| | $   1,024,762.81 $ | 1,004,378.36 $ | (20,384.45) | | |

001231

'SEVEN HUNDRED SEVENTY-FIVE AND 50 / 100

9/23/2016          ·············''775.50'

ARTURO FONG
CALLE RAMON MORLA HN-1
7ma SECCION LEVITTOWN
Toa Baja. PR  00949

00-ARFU000

| 9/13/2016 | 324 | | 543.00 | 0.00 | 0.00 | 543.00 |
| 9/20/2016 | 374 | | 250.00 | 0.00 | 17.50 | 232.50 |

| 001231 | 9/23/2016 | ARTURO FONG | | | | 775 50 |

| 9/13/2016 | 324 | | 543.00 | 0 00 | 0 00 | 543 00 |
| 9/20/2016 | 374 | | 250.00 | 0.00 | 17.50 | 232.50 |

001257

*TWO HUNDRED NINETY AND 85 / 100

10/14/2016        ************290.85*

BARTOLO LUGO
CALLE HIGUERILLOS CD 24
RIO HONDO 3
Bayamon, PR  00961

00-BALU000

| Date | Ref | | | |
|---|---|---|---|---|
| 8/23/2016 | PETTY082316 | 59.90 | 0.00 | 0.00 | 59.90 |
| 9/20/2016 | PETTY092016 | 230.95 | 0.00 | 0.00 | 230.95 |

| | | | | |
|---|---|---|---|---|
| 001257 | 10/14/2016 | BARTOLO LUGO | | 290.85 |

| 8/23/2016 | PETTY082316 | 59.90 | 0.00 | 0.00 | 59.90 |
|---|---|---|---|---|---|
| 9/20/2016 | PETTY092016 | 230.95 | 0.00 | 0.00 | 230.95 |

001257        10/14/2016        BARTOLO LUGO        290.85

001230

'FIVE HUNDRED SIXTY AND XX / 100

9/22/2016 ''''''''''560.00'

CARLOS HERNANDEZ
P .O  BOX 163
Naranjito. PR  00719

00-CAHE000

| 9/19/2016 | 091916 | | 560.00 | 0.00 | 0.00 | 560.00 |
|---|---|---|---|---|---|---|

| 001230 | 9/22/2016 | CARLOS HERNANDEZ | | | | 560.00 |
|---|---|---|---|---|---|---|

| 9/19/2016 | 091916 | | 560.00 | 0.00 | 0.00 | 560.00 |
|---|---|---|---|---|---|---|

# Delivery Ticket

Cadillac Uniform & Linen Supply

Registro de Comerciante # 0197915-0011

CADILLAC UNIFORM
IND. MINILLAS
221 AVE LAUREL
BAYAMON, PR 00959-1908          (787)785-5757

ISLAND WIDE LOGISTIC
REXCO IND PARK LOT...
LATE 150 FTE BURCODE...
GUAYNABO, PR 0097...

| Date: | Invoice: | Day: |
|---|---|---|
| 03/02/2016 | 13406488 | Wed |

| Line | Item | Empl | Name/Description | Sizes | Qty | Inv. | Min. | Adj. Qty. | Garment Mark | Freq | Seq | Term | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 810 | | TOOLS - HANDLE | | | | | | | 2 | 90 | CHG | 1013-530... |
| 2 | 1625 | | RUG 3X5 NAVY BLUE | 03 05 | 9 | 9 | | | | | | | |
| 3 | 1627 | | RUG 4X6 NAVY BLUE | 04 06 | 2 | 2 | | | | | | | |
| 4 | 1810 | | DUST FRAME 48 | 48 | 9 | 9 | | | | | | | |
| 5 | 1855 | | DUST MOP RED-48 | 48 | 10 | 10 | | | | | | | |
| | FINCHG | | FINANCE CHARGE | | 0 | 0 | | | | | | | |
| | | | DELIVERY CHARGE | | 0 | 0 | | | | | | | |

OFFICE

| | Adj. Amt. | Unit Pr. | Ext. Price | Adj. Qty. | Adj. Amt. | Total |
|---|---|---|---|---|---|---|
| | $0.00 | $0.9025 | $8.12 | | | |
| | $0.00 | $10.5532 | $71.11 | | | |
| | $0.00 | $14.5000 | $29.00 | | | |
| | $0.00 | $0.9025 | $8.12 | | | |
| | $0.00 | $0.9025 | $9.02 | | | |
| | $0.00 | $0.0000 | $3.76 | | | |
| | $0.00 | | $4.00 | | | |

| Subtotal | $82.74 | Route Adj |
| Sales Tax | $3.18 | Tax Adj |
| Prebill | $85.92 | Net Adj |

Office Adj: $0.00
Tax Adj: $0.00
Net Adj: $0.00

| Cur. Bus. | Cur. Bal. | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|
| Total Due | $0.00 | $84.69 | $83.38 | $82.57 | $87.98 | $53.69 |
| $392.31 | | | | | |

Vendor: CAUTOCO
INVX: IML
Shipment: PO: CASH ONLY NO CHECK

Account No: 51200-70-10
Period: 10
FINE: OTHER
Amount: $ 85.92

Received By:

Net Charge:

Total AP
$ 85.92

Posted by: ____  Date: 05-16-16

# Delivery Ticket

Registro de Comerciante # 0197915-0011

adillac Uniform & Linen Supply

CADILLAC UNIFORM
IND. MINILLAS
221 AVE LAUREL
BAYAMON, PR 00959-1908          (787)785-5757

ISLAND WIDE LONG? IN
REXCO IND PARK W: …
LATE 150 FTE BURK … B - IB
GUAYNABO, PR 00970

| Date | Invoice | Day | Min. |
|------|---------|-----|------|
| 03/30/2016 | 13422141 | Wed | |

OFFICE

| Garment Mark | Freq. | Seq | Term |
|--------------|-------|-----|------|
| 2 | 90 | | CHG |

ROUTE

| Account |
|---------|
| 1013 5700 |

| ine | Item | Empl | Name / Description | Sizes | Qty. | Inv. | Min. | Adj.Qty | Adj. Amt. | Unit Pr. | Ext. Price | Adj. Qty. | Adj. Amt |
|-----|------|------|-------------------|-------|------|------|------|---------|-----------|----------|------------|-----------|----------|
| 1 | 810 | | TOOLS - HANDLE | | 9 | 9 | | $0.00 | $0.00 | $0.9025 | $8.:? | | |
| 2 | 1625 | | RUG 3X5 NAVY BLUE | 03 05 | 2 | 2 | | $0.00 | $0.00 | $10.5532 | $21.:: | | |
| | 1627 | | RUG 4X6 NAVY BLUE | 04 06 | 2 | 2 | | $0.00 | $0.00 | $14.5000 | $29.:: | | |
| | 1810 | | DUST FRAME 48 | 48 | 9 | 9 | | $0.00 | $0.00 | $0.9025 | $8.:: | | |
| | 1855 | | DUST MOP RED 48 | 48 | 10 | 10 | | $0.00 | $0.00 | $0.9025 | $9.:: | | |
| | FINCHG | | FINANCE CHARGE | | 0 | 0 | | $0.00 | $0.00 | $0.0000 | $2.:: | | |
| | | | DELIVERY CHARGE | | | | | $0.00 | $0.00 | | $4.00 | | |

PO: CASH ONLY NO CHECK

| Total Due | Cur. Bus. | Cur. Bal. | 30 | 60 | 90 | 120 |
|-----------|-----------|-----------|-----|-----|-----|-----|
| $ 309.73 | $ 0.00 | $ 53.56 | $ 84.60 | $ 83.38 | $ 0.00 | $ 87.98 |

Subtotal    $6:.47 Eadr...
Sales Tax   $?.:.
Prebill     $6t.4. F:..

Office Adj.    $0.00
Tax Adj.       $0.00
Net Adj.       $0.00

Total Adj
Tax Adj

Net Charge:

Recoived By

Comment

Vendor  COUNOOO    Period   IC
IWX    INM        HME    OTHER

Account No           Amount
SIZCO —TC —IC        34.65

Puones By    INM    UYNN

$  34.65
285.05-16.10

Cadillac Uniform & Linen Supply

# A/R Aging Report
In Account Number Order
Account 1013 To 1013
Total Balance, Credit Balances

Sales Through: 05/22/2016    Receipts Through: 05/24/2016

Customer 1013-1-53067
Last payment  4/15/2016  $256.05
For

| Date | Transaction | Freq 2    Route 4 | Reference | Open Item | Amount | Chg | Current Business | Terms 45 | 0-29 | 30-59 | 60-89 | 90-119 | Delivered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/02/2016 | 134064188-00 | ISLAND WIDE EXPRESS | REXCO IND PARK METRO OI LATE 150 FTE BURGUER KINGUAYNABO | P.O. BOX 11670 | 85.92 | | | | | 85.92 | | | |
| 3/04/2016 | PP3406661-00 | ISLAND WIDE LOGISTIC | CREDIT | | -32.24 | P | | | | -32.24 | | | |
| 3/20/2016 | 134221141-00 | | | | 84.65 | 1 | | | 84.65 | | | | |
| 3/27/2016 | 134379056-00 | | | | 86.48 | 1 | | | 86.48 | | | | |
| | | | Totals for Customer 1013-1-53067 * | | 224.81 | | | | 171.13 | 53.68 | | | |
| | | | Totals for Account 1013 | | 224.81 | | | | 171.13 | 53.68 | | | |

   

**Corp.**

**González Trading**
P O BOX 364884
SAN JUAN, PUERTO RICO 00936-4884
TEL. (787) 783-9380 FAX (787) 782-2049

**RAYMOND**
*Above. And beyond.™*

**GENERAC**
POWER SYSTEMS

**CLARK**
THE FORKLIFT.

INVOICE # 01S3773850
PAGE 01                                      DATE 08/24/16

| SOLD TO | | SHIPPED TO |
|---|---|---|
| 339635 | | 1234 |
| ISLAND WIDE EXPRESS | | ISLAND WIDE |
| PO BOX 11670 | | J ALEGRIA |
| SAN JUAN, PR      00922-1670 | | 787 282 0581 |

F.O.B. ☐        ☒ SHIPPING POINT                TERMS --NET 30 DAYS---

| OMER ORDER NO. | | SALESMAN | DATE SHIPPED | VIA | | PPD | COLL |
|---|---|---|---|---|---|---|---|
| DILT LARD   122 | | 29 | 08/24/16 | OUR TRUCK/SHO | | X | |

| JAN. RD. | QUAN. SHIPPED | BACK ORDERED | PRODUCT CODE | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|---|---|---|
| | | | | Unit #: 2089804        GENERATOR | | |
| | | | | Make:  GENERAC | | |
| | | | | Model: 6787210100        00 | | |
| | | | | Ser #: 2089804 | | |
| | | | | Meter:   1593 | | |
| | | | | INSPECCION PARA COTIZACION FINAL | | |
| | | | | AS PER QUOTE | | |
| 1 | 1 | | 0000 #104 | CUST-LABOR GENERATOR | 136.00 | 136.00 |
| 1 | 1 | | 0700 0700 | SHOP SUPPLIES | 5.75 | 5.75 |
| | | | | TOTAL MATERIAL | | 5.75 |
| | | | | TOTAL LABOR | | 136.00 |
| | | | | SALES TAX | | 16.30 |
| | | | | INVOICE TOTAL | | 158.05 |

Vendor _gotraco_  Period _3_
IWX____  IWL ✓  HME____  OTHER ___

| Account No. | Amount |
|---|---|
| 51400 60 -80 | 158.05 |
| — | — |
| — | — |
| — | — |
| — | — |
| — | — |

Total A/P        $ 158.05

Posted by _John_   Date _10-28-16_
NO MERCHANDISE TO BE RETURNED WITHOUT AUTHORIZATION
PARTS NOT RETURNABLE AFTER 10 DAYS FROM PURCHASE DATE.

FINANCE CHARGE ... 2% per month effective ANNUAL
... Returned parts are subject to a 20% restocking charge ...
discrepancies cannot be honored unless written ...
date. All parts that are returned must be shipped ...

001229

*NINE THOUSAND FIVE HUNDRED TWENTY-SEVEN AND 46 / 100

9/19/2016          **********9,527.46*

IPFS CORPORATION
P.O. BOX 70134
San Juan, PR  00936-8134

00-IPCO000

| 7/31/2016 | 073116 | PRS-26430 | 9,527.46 | 0.00 | 0.00 | 9,527.46 |

| 001229 | 9/19/2016 | IPFS CORPORATION | | | | 9,527.46 |

| 7/31/2016 | 073116 | PRS-26430 | 9,527.46 | 0.00 | 0.00 | 9,527.46 |

| 001229 | 9/19/2016 | IPFS CORPORATION | | | | 9,527.46 |

001205

*ONE THOUSAND FIVE HUNDRED SIXTY-SEVEN AND 50 / 100

8/25/2016          **********1,567.50*

LIGHT GAS LIFT CYLINDER
P.O. BOX 1155
Salinas, PR  00751

00-LIGA000

| Date | Number | | | | |
|------|--------|------:|-----:|-----:|------:|
| 3/1/2016 | 157677 | 228.00 | 0.00 | 0.00 | 228.00 |
| 3/14/2016 | 160910 | 142.50 | 0.00 | 0.00 | 142.50 |
| 6/1/2016 | 162834 | 199.50 | 0.00 | 0.00 | 199.50 |
| 6/9/2016 | 162944 | 199.50 | 0.00 | 0.00 | 199.50 |
| 6/9/2016 | 162945 | 85.50 | 0.00 | 0.00 | 85.50 |
| 6/10/2016 | 163202 | 199.50 | 0.00 | 0.00 | 199.50 |
| 6/17/2016 | 163337 | 228.00 | 0.00 | 0.00 | 228.00 |
| 6/23/2016 | 163379 | 85.50 | 0.00 | 0.00 | 85.50 |
| 6/24/2016 | 163383 | 199.50 | 0.00 | 0.00 | 199.50 |

| | | | | |
|---|---|---|---|---|
| 001205 | 8/25/2016 | LIGHT GAS LIFT CYLINDER | | 1,567.50 |

| Date | Number | | | | |
|------|--------|------:|-----:|-----:|------:|
| 3/1/2016 | 157677 | 228.00 | 0.00 | 0.00 | 228.00 |
| 3/14/2016 | 160910 | 142.50 | 0.00 | 0.00 | 142.50 |
| 6/1/2016 | 162834 | 199.50 | 0.00 | 0.00 | 199.50 |
| 6/9/2016 | 162944 | 199.50 | 0.00 | 0.00 | 199.50 |
| 6/9/2016 | 162945 | 85.50 | 0.00 | 0.00 | 85.50 |
| 6/10/2016 | 163202 | 199.50 | 0.00 | 0.00 | 199.50 |
| 6/17/2016 | 163337 | 228.00 | 0.00 | 0.00 | 228.00 |
| 6/23/2016 | 163379 | 85.50 | 0.00 | 0.00 | 85.50 |
| 6/24/2016 | 163383 | 199.50 | 0.00 | 0.00 | 199.50 |

001258

*NINE HUNDRED ELEVEN AND XX / 100

10/14/2016     ***********911.00*

ROBERTO ACEVEDO

00-ROAC000

| | | | | | |
|---|---|---|---|---|---|
| 9/23/2016 | 249633 | | 911.00 | 0.00 | 0.00 | 911.00 |

| | | | | |
|---|---|---|---|---|
| 001258 | 10/14/2016 | ROBERTO ACEVEDO | | 911.00 |
| 9/23/2016 | 249633 | | 911.00 | 0.00 | 0.00 | 911.00 |

001258     10/14/2016     ROBERTO ACEVEDO     911 00

001266

*TWO THOUSAND TWO HUNDRED FOUR AND XX / 100

10/20/2016        **********2,204.00*

SPS COMMERCE INC
P.O. BOX 205782
Dallas, TX  75320-5782

50-SPCO000

| Date | Invoice | | | |
|---|---|---|---|---|
| 9/30/2016 | 112453508 | 497.00 | 0.00 | 0.00 | 497.00 |
| 9/30/2016 | 112453676 | 655.00 | 0.00 | 0.00 | 655.00 |
| 9/30/2016 | 112454034 | 1,052.00 | 0.00 | 0.00 | 1,052.00 |

| 001266 | 10/20/2016 | SPS COMMERCE INC | | | 2,204.00 |
|---|---|---|---|---|---|
| 9/30/2016 | 112453508 | 497.00 | 0.00 | 0.00 | 497.00 |
| 9/30/2016 | 112453676 | 655.00 | 0.00 | 0.00 | 655.00 |
| 9/30/2016 | 112454034 | 1,052.00 | 0.00 | 0.00 | 1,052.00 |

 

001216

*FIVE THOUSAND NINETY-FOUR AND 52 / 100

8/25/2016        **********5,094.52*

VIGILANTES INC.
623 PONCE DE LEON SUITE 204
HATO REY, PR  00917

00-VIIN000

| 1/31/2016 | 16-01-0068 | 5,094.52 | 0.00 | 0.00 | 5,094.52 |

| 001216 | 8/25/2016 | VIGILANTES INC. | | | 5,094.52 |

| 1/31/2016 | 16-01-0068 | 5,094.52 | 0.00 | 0.00 | 5,094.52 |

| 001216 | 8/25/2016 | VIGILANTES INC | | | 5,094.52 |

ISLANDWIDE WIDE LOGISTICS
POST PETITION ACCOUNT PAYABLE DETAIL
AS OF 11-30-2016

| Date | Days Outstanding | Vendor | Invoice Number | Description | Cantidad |
|---|---|---|---|---|---|
| 10/28/2016 | 33 | 50-AAA_000 AUTORIDAD DE ACUEDUCTOS | 2184181016 | Utilidades | 318.81 |
| 11/27/2016 | 3 | 50-AAA_000 AUTORIDAD DE ACUEDUCTOS | 2184181116 | Utilidades | 318.81 |
| 11/2/2016 | 28 | 50-AEE_000 AUTORIDAD DE ENERGIA ELECTRICA | 2959341116 | Utilidades | 2,603.84 |
| 11/3/2016 | 27 | 50-AEE_000 AUTORIDAD DE ENERGIA ELECTRICA | 4656811116 | Utilidades | 632.68 |
| 11/10/2016 | 20 | 50-AEE_000 AUTORIDAD DE ENERGIA ELECTRICA | 5370081116 | Utilidades | 3,548.30 |
| 11/1/2016 | 29 | 50-ALME000 ALPHA MEDICAL TEST CORP | 12606 | Pruebas de Dopaje | 30.00 |
| 11/30/2016 | 0 | 50-ALME000 ALPHA MEDICAL TEST CORP | 12753 | Pruebas de Dopaje | 30.00 |
| 10/1/2016 | 60 | 50-ALWA000 ALLIED WASTE | 0810000456715 | Servicio Recogido de Basura | 100.02 |
| 11/1/2016 | 29 | 50-ALWA000 ALLIED WASTE | 0810-000459635 | Servicio Recogido de Basura | 100.25 |
| 11/30/2016 | 0 | 50-ALWA000 ALLIED WASTE | 0812000453717 | Servicio Recogido de Basura | 188.88 |
| 11/16/2016 | 14 | 50-ARIN000 ARB INCORPORADO | 11-5214-16 | Servicio Recogido de Basura | 641.13 |
| 9/30/2016 | 61 | 50-AUAC000 AUTOMATIC ACCESS SYSTEM INC | M-26215 | Mantenimiento Porton-Rexco | 1,124.83 |
| 10/1/2016 | 60 | 50-AUAC000 AUTOMATIC ACCESS SYSTEM INC | M-26263 | Mantenimiento Porton-Rexco | 111.50 |
| 11/1/2016 | 29 | 50-AUAC000 AUTOMATIC ACCESS SYSTEM INC | M-26334 | Mantenimiento Porton-Rexco | 111.50 |
| 9/30/2016 | 61 | 50-AUDA000 AUTOMATIC DATA PROCESSING | 480840013 | Procesamiento Nomina | 188.24 |
| 10/14/2016 | 47 | 50-AUDA000 AUTOMATIC DATA PROCESSING | 481444166 | Procesamiento Nomina | 184.81 |
| 10/21/2016 | 40 | 50-AUDA000 AUTOMATIC DATA PROCESSING | 481855512 | Procesamiento Nomina | 184.96 |
| 11/18/2016 | 12 | 50-AUDA000 AUTOMATIC DATA PROCESSING | 483351601 | Procesamiento Nomina | 184.98 |
| 11/18/2016 | 12 | 50-AUDA000 AUTOMATIC DATA PROCESSING | 483736630 | Procesamiento Nomina | 184.98 |
| 11/18/2016 | 12 | 50-BALU000 BARTOLO LUGO | PETTY111816 | Petty Cash | 268.35 |
| 10/12/2016 | 49 | 50-CAUN000 CADILLAC UNIFORMS | 13532762 | Mantenimiento Alamacen-Rexco | 89.43 |
| 11/9/2016 | 21 | 50-CAUN000 CADILLAC UNIFORMS | 13548611 | Mantenimiento Alamacen-Rexco | 89.43 |
| 11/14/2016 | 16 | 50-CFSE000 CORPORACION DEL FONDO | 111416 | Fondo | 21,067.26 |
| 11/1/2016 | 29 | 50-COCO000 COMPAÑIA DE COMERCIO | RENT110116 | Renta Terminal Ponce | 4,110.68 |
| 10/3/2016 | 58 | 50-DELA000 DE LAGE LANDEN | 51759867 | Lease Fotocopiadora | 304.83 |
| 11/1/2016 | 29 | 50-DELA000 DE LAGE LANDEN | 52126858 | Lease Fotocopiadora | 304.83 |
| 11/2/2016 | 28 | 50-ELHO000 EL HORREO | 110216AAA | Utilidades | 162.38 |
| 11/9/2016 | 21 | 50-ELHO000 EL HORREO | 110916AEE | Utilidades | 20,338.78 |
| 11/22/2016 | 8 | 50-EMVA000 EMMANUEL VAZQUEZ | 777579 | Compra de Paletas-Operacion | 600.00 |
| 11/23/2016 | 7 | 50-EMVA000 EMMANUEL VAZQUEZ | 777580 | Compra de Paletas-Operacion | 360.00 |
| 11/30/2016 | 0 | 50-FOUN000 FONDOS UNIDOS | 113016 | Donacion-Empleados | 68.00 |
| 11/17/2016 | 13 | 50-FRDI000 FRAMAR DISTRIBUTORS CORP. | RENT110116 | Renta Terminal San Juan | 583.35 |
| 11/30/2016 | 0 | 50-GOTR000 GONZALEZ TRADING | 01R3840460 | Alquiler de Tijeras Inventario | 3,076.00 |
| 10/18/2016 | 43 | 50-GOTR000 GONZALEZ TRADING | 01S3803370 | Mantenimiento Planta Electrica-Rexco | 250.88 |
| 11/1/2016 | 29 | 50-INCO000 INVERSIONES COMERCIALES | RENT110116 | Renta Terminal Cataño | 19,934.75 |
| 11/1/2016 | 29 | 50-INCO000 INVERSIONES COMERCIALES | RENT110116A | Renta Terminal Cataño | 41,783.75 |
| 11/19/2016 | 11 | 50-IPCO000 IPFS CORPORATION | 111916 | Seguro | 9,527.46 |
| 11/30/2016 | 0 | 50-ISRE000 ISLANDWIDE GROUP RETIREMENT PL | 113016 | Plan Retiro Empleado | 240.00 |
| 11/30/2016 | 0 | 50-ISRE000 ISLANDWIDE GROUP RETIREMENT PL | 113016A | Plan Retiro Empleado | 140.59 |
| 11/30/2016 | 1 | 50-IVMA000 IVAN A MARIN MARRERO | REEM112916 | Reembolso de Gastos | 244.64 |
| 11/23/2016 | 7 | 50-JOAL000 JOSE ALEGRIA | PETTY112316 | Petty Cash | 32.39 |
| 11/28/2016 | 2 | 50-JOAL000 JOSE ALEGRIA | PETTY112816 | Petty Cash | 342.00 |
| 11/29/2016 | 1 | 50-LULA000 LUIS LABOY | 433 | Arreglo De Equipo | 105.00 |
| 11/2/2016 | 28 | 50-MRIN000 MR.INK OF PR | 33516 | Toners | 856.34 |
| 11/23/2016 | 7 | 50-MRIN000 MR.INK OF PR | 33688 | Toners | 855.92 |
| 11/15/2016 | 15 | 50-NACO001 NATIONAL COPIER | 905520 | Costo por copia-fotocopiadora | 13.29 |
| 11/15/2016 | 15 | 50-NACO001 NATIONAL COPIER | 905524 | Costo por copia-fotocopiadora | 123.99 |
| 11/15/2016 | 15 | 50-NACO001 NATIONAL COPIER | 905527 | Costo por copia-fotocopiadora | 51.59 |
| 11/2/2016 | 28 | 50-NEWI000 NEW YORK WIPPING | 10-10009280 | Uniformes-Botas | 57.98 |
| 11/9/2016 | 21 | 50-NEWI000 NEW YORK WIPPING | 10-10009634 | Uniformes-Botas | 57.98 |
| 11/14/2016 | 16 | 50-NEWI000 NEW YORK WIPPING | 10-10009897 | Uniformes-Botas | 57.98 |
| 11/2/2016 | 28 | 50-OLEX000 OLIVER EXTERMINATING | 1570222 | Servicio Fumigacion | 350.00 |
| 11/15/2016 | 15 | 50-OLEX000 OLIVER EXTERMINATING | 1570307 | Servicio Fumigacion | 351.35 |
| 11/2/2016 | 28 | 50-OLEX000 OLIVER EXTERMINATING | 1571116 | Servicio Fumigacion | 78.00 |
| 10/31/2016 | 30 | 50-POCO000 POWERCOOLING & CONTROLS INC. | 104906 | Mantenimiento Aires Acondicionados | 1,660.94 |
| 11/30/2016 | 0 | 50-POCO000 POWERCOOLING & CONTROLS INC. | 104913 | Mantenimiento Aires Acondicionados | 1,660.94 |
| 10/7/2016 | 54 | 50-PRTC072 PUERTO RICO TELEPHONE/CLARO | 100716 | Utilidades | 461.22 |
| 10/7/2016 | 54 | 50-PRTC072 PUERTO RICO TELEPHONE/CLARO | 100716A | Utilidades | 450.54 |
| 10/15/2016 | 46 | 50-PRTC072 PUERTO RICO TELEPHONE/CLARO | 101516 | Utilidades | 464.40 |
| 10/15/2016 | 46 | 50-PRTC072 PUERTO RICO TELEPHONE/CLARO | 101516D | Utilidades | 1,335.92 |
| 10/27/2016 | 34 | 50-PRTC072 PUERTO RICO TELEPHONE/CLARO | 102716 | Utilidades | 1,038.58 |
| 11/4/2016 | 26 | 50-PRTC072 PUERTO RICO TELEPHONE/CLARO | 110416 | Utilidades | 1,369.55 |
| 11/7/2016 | 23 | 50-PRTC072 PUERTO RICO TELEPHONE/CLARO | 110716 | Utilidades | 447.75 |
| 11/7/2016 | 23 | 50-PRTC072 PUERTO RICO TELEPHONE/CLARO | 110716A | Utilidades | 432.68 |
| 11/15/2016 | 15 | 50-PRTC072 PUERTO RICO TELEPHONE/CLARO | 111516 | Utilidades | 485.30 |
| 11/15/2016 | 15 | 50-PRTC072 PUERTO RICO TELEPHONE/CLARO | 111516D* | Utilidades | 1,073.95 |
| 11/27/2016 | 3 | 50-PRTC072 PUERTO RICO TELEPHONE/CLARO | 112716 | Utilidades | 1,053.71 |
| 10/1/2016 | 60 | 50-QUWA000 QUALITY WATER | 0000084001 | Alquiler de Fuentes de Agua | 368.16 |
| 11/18/2016 | 12 | 50-ROAC000 ROBERTO ACEVEDO | 265083 | Reembolso de Gastos Operativos | 316.00 |
| 11/30/2016 | 0 | 50-ROAC000 ROBERTO ACEVEDO | NOV-16 | Reembolso de Gastos Operativos | 107.75 |
| 11/26/2016 | 4 | 50-ROOR000 ROBERTO ORENGO | 112616 | Limpieza Terminal Ponce | 35.00 |
| 10/31/2016 | 30 | 50-SPCO000 SPS COMMERCE INC | 112501940 | Software Expense | 655.00 |
| 10/31/2016 | 30 | 50-SPCO000 SPS COMMERCE INC | 112501941 | Software Expense | 497.00 |
| 11/30/2016 | 0 | 50-SPCO000 SPS COMMERCE INC | 112518531 | Software Expense | 760.55 |
| 11/30/2016 | 0 | 50-SPCO000 SPS COMMERCE INC | 112518532 | Software Expense | 497.00 |

| 10/31/2016 | 30 | 50-THST000  THREE STARS SECURITY | 2016-04 | Seguridad | 3,214.42 |
| 11/30/2016 | 0 | 50-THST000  THREE STARS SECURITY | 2016-06 | Seguridad | 3,013.51 |
| 11/16/2016 | 14 | 50-THST000  THREE STARS SECURITY | IW-2016-01 | Seguridad | 132.00 |
| 11/16/2016 | 14 | 50-THST000  THREE STARS SECURITY | IW-2016-05 | Seguridad | 3,013.51 |
| 10/1/2016 | 60 | 50-WAMA000  E.C. WASTE | 1088703 | Servicio Recogido de Basura | 953.78 |
| 10/1/2016 | 60 | 50-WAMA000  E.C. WASTE | 1089731 | Servicio Recogido de Basura | 715.62 |
| 10/1/2016 | 60 | 50-WAMA000  E.C. WASTE | 1089732 | Servicio Recogido de Basura | 488.41 |
| | | | | | 165,268.61 |

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

| Name of Debtor: | ISLANDWIDE LOGISTICS, INC. | Case Number: | 16-07693 |
|---|---|---|---|
| Reporting Period beginning | NOVEMBER 1,2016 | Period ending | NOVEMBER 30,2016 |

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ | - |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ | - (a) |
| PLUS: Inventory Purchased During Month | $ | - |
| MINUS: Inventory Used or Sold | $ | - |
| PLUS / MINUS: Adjustments or Write-downs | $ | - * |
| Inventory on Hand at End of Month | $ | - |

METHOD OF COSTING INVENTORY: NONE

* For any adjustments or write-downs provide explanation and supporting documentation, if applicable,
This amount correspond to items not considered in prior months report.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| 0 % | 0 % | 0 % | 0 % | = | 0% |

* Aging Percentages must equal 100%.

☐ Check here if inventory contains perishable items.

Description of Obsolete Inventory: _____

**FIXED ASSET REPORT**

| | | |
|---|---|---|
| FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: | $ | 674,494.00 (b) |
| (Includes Property, Plant and Equipment) | | |

BRIEF DESCRIPTION (First Report Only): Office furniture and fixture (computer), transportation equipment (company cars)

| FIXED ASSETS RECONCILIATION: | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ | 510,073.58 (a)(b) |
| MINUS: Depreciation Expense | $ | (8,678.07) |
| PLUS: New Purchases | $ | - |
| PLUS / MINUS: Adjustments or Write-downs | $ | - * |
| Ending Monthly Balance | $ | 501,395.51 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

NONE

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book value is the cost of the fixed
assets minus accumulated depreciation and other adjustments.

MOR-6

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending | 11/30/16 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | | | |
|---|---|---|---|
| NAME OF BANK: | BANCO POPULAR DE PR | BRANCH: HATO REY | |
| ACCOUNT NAME: | OPERATING & PAYROLL | ACOUNT NUMBER: | 226341358 |

PURPOSE OF ACCOUNT:   Operational & Payroll

|   |   |   |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| ☐ Ending Balance per Check Register | $ | - ** (a) |

\* Debit cards are used by   N/A

\*\* If Closing Balance is negative, provide explanation:   N/A

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN PROSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| 0 | Transferred to Payroll Account |
| 0 | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as " Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending: | 11/1/2016 |
| NAME OF BANK: | BANCO POPULAR DE PR | | |
| ACCOUNT NAME: | OPERATING & PAYROLL | | |
| ACCOUNT NUMBER: | 226341358 | | |
| PURPOSE OF ACCOUNT: | Operating | | |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| SEE LIST ATTACH | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $    - |

MOR-8

CHECK REGISTER - Islandwide Logistics, Inc.
NOVEMBER 1, 2016 TO NOVEMBER 30, 2016

NAME OF BANK: Banco Popular de PR
ACCOUNT NUMBER: 226341359
PURPOSE OF ACCOUNT: OPERACIONAL

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 11/15/2016 | GC INTEGRATED | SECURITY ONE | $ 50.16 |
| ACH | 11/17/2016 | TRANSFER PJ | TRANSFER PJ ROSALY 1646 | $ 143.95 |
| | | | | $ 194.11 |

### Statement Range Report for 01-Nov-2016 ~ 30-Nov-2016
### ABA Number: 021502011
### Sort: Date/Amount
### Account Sort: Account Name

### Account Name: OPERTAING & PAYROLL
### Account Number: 226341358

| | |
|---|---|
| Opening Available Balance | $194.11 |
| Plus Deposits and Other Credits | N/A |
| Less 2 Checks and Other Debits | $194.11 |
| Closing Ledger Balance | $0.00 |

### Credits
**No Credit Detail Data To Report**

### Debits

| Date | Description | Amount | Serial Num | Ref Num |
|---|---|---|---|---|
| 15-Nov-2016 | ACH Debit | $ 50.16 | 0019008417413 | 0000000000000 |
| | GC INTEGRATED DEBITS CAP00830 / | | | |
| 17-Nov-2016 | ......................... | $ 143.95 | 0000030007613 | 0000000000000 |
| **Total Debits for Account: 226341358** | | **2** | **$ 194.11** | |

This report contains advice data, all figures are subject to posting.
========= END OF REPORT =========

ATTACHMENT 4A

MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
|---|---|---|---|
| Reporting Period beginning | 11/1/2016 | Period ending | 11/30/2016 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

| NAME OF BANK: | BANCO SANTANDER | BRANCH: | RIO PIEDRAS |
|---|---|---|---|
| ACCOUNT NAME: | CORRIENTE COMERCIAL | ACOUNT NUMBER: | 3004843516 |
| PURPOSE OF ACCOUNT: | OPERACIONAL | | |

Note: Refer to MOR 7 - Bank Account in debtor began to be used on September 2010

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | - ** (a) |

* Debit cards must not be issued on this account.

** If Closing Balance is negative, provide explanation: _____

The following disbursements were paid in Cash:
☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as " Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7

## ATTACHMENT 5A

### CHECK REGISTER - OPERATIONAL ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period | 11/1/2016 | Period ending: | 11/30/2016 |
| NAME OF BANK: | BANCO SANTANDER | BRANCH: | RIO PIEDRAS |
| ACCOUNT NAME: | CORRIENTE COMERCIAL | | |
| ACCOUNT NUMBER: | 3004843516 | | |
| PURPOSE OF | OPERACIONAL | | |

Account for all disbursements, including voids, lost payments, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| SEE LIST ATTACH | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $    - |

MOR-8

**CHECK REGISTER -Islandwide Logistics, Inc.**
**SEPTEMBER 28, 2016 TO OCTOBER 31, 2016**

NAME OF BANK: SANTANDER
ACCOUNT NUMBER: 3004843516
PURPOSE OF ACCOUNT: OPERACIONAL

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 11/1/2016 | BANCO SANTANDER | BANK IVU CHARGE | $ 1.15 |
| ACH | 11/2/2016 | IWL TRANSFER | TRANSFER TO IWL 300-1948059 (16.500) | $ - |
| ACH | 11/10/2016 | IWL TRANSFER | TRANSFER TO IWL 300-1948059 (1,256.49) | $ - |
| ACH | 11/4/2016 | SPS COMMERCE | SPS COMMERCE | $ 497.00 |
| ACH | 11/4/2016 | SPS COMMERCE | SPS COMMERCE | $ 497.00 |
| ACH | 11/4/2016 | SPS COMMERCE | SPS COMMERCE | $ 655.00 |
| ACH | 11/4/2016 | SPS COMMERCE | SPS COMMERCE | $ 655.00 |
| ACH | 11/4/2016 | SPS COMMERCE | SPS COMMERCE | $ 1,052.00 |
| ACH | 11/4/2016 | SPS COMMERCE | SPS COMMERCE | $ 1,052.00 |
| ACH | 11/4/2016 | SPS COMMERCE | SPS COMMERCE | $ 1,052.00 |
| ACH | 11/14/2016 | BANCO SANTANDER | BANK CHARGE | $ 425.75 |
| ACH | 11/15/2016 | BANCO SANTANDER | BANK CHARGE | $ 18.05 |
| | | | | |
| | | | | |
| | | | | $ 5,904.95 |



## ESTADO DE CUENTA



ISLANDWIDE LOGISTICS INC
OPERACIONAL
PO BOX 11670
SAN JUAN PR 00922-1670

| | |
|---|---|
| Página | 1 |
| Número de cuenta | 3004843516 |
| Desde | 31 Oct 2016 |
| Hasta | 30 Nov 2016 |

| | |
|---|---|
| Total de depósitos en el Banco | $0.00 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a **BANCO EN CASA**: 787-281-2000 ó 1-800-726-8263 | PYMES: 787-281-3539

---

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por
Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**



### CORRIENTE COMERCIAL

Número de cuenta  3004843516

| | | | |
|---|---|---|---|
| Balance inicial | | $ | 26,526.20 |
| Depósitos y otros créditos | 1 | + | 443.80 |
| Cheques pagados y otros retiros | 22 | - | 26,970.00 |
| Balance final | | $ | 0.00 |

### Resumen de créditos

| Fecha | Descripción | | Cantidad |
|---|---|---|---|
| 10 31 | Balance Cobrado - | 26,539 | |
| 10 31 | Tasa int. anual 0.000 % | | |
| 11 01 | Balance Cobrado - | 23,851 | |
| 11 02 | Balance Cobrado - | 7,161 | |
| 11 03 | Balance Cobrado - | 7,083 | |
| 11 04 | Balance Cobrado - | 1,346 | |
| 11 07 | Balance Cobrado - | 1,256 | |
| 11 10 | Balance Cobrado - | 0 | |
| 11 14 | Balance Cobrado - | 18 | |
| 11 14 | INTER. TRANS  3004948059 | | 443.80 |
| | 111416115937 | | |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 1269 | 34.00 | 11 03 | 1261 | 193.91 | 11 02 |
| 1270* | 160.00 | 11 04 | 1271 | 16.83 | 11 04 |
| 1272 | 545.30 | 11 01 | 1275* | 90.00 | 11 07 |
| 1276 | 43.75 | 11 03 | 1277 | 550.00 | 11 01 |
| 1278 | 500.00 | 11 01 | 1279 | 1,677.77 | 11 01 |

* Indica una rotura en la secuencia del número de cheque en el estado

### Resumen de débitos

| Fecha | Descripción | Cantidad |
|---|---|---|
| | SVC BANK CHARGE | |
| | CARGO DIARIO POR SOBREGIRO | |
| | INTER. TRANS  3004948059 | |
| | 1102460156 | |
| | SER SELECT EL DÉPOSIT - COLLECT | |
| | PAYMENT IN  SPS COMMERCE PA | |
| | PAYMENT IN  SPS COMMERCE PA | |
| | LT COMPUTER PSBNT 17 000 | |
| | LT PLP TRANS 01 000 | |
| | LT PLP TRANS PAYMEN 2 | |
| | LT PLP TRANS 02 000 | |




ISLANDWIDE LOGISTICS INC

| | |
|---|---|
| Pagina | 2 |
| Número de cuenta | 3004843516 |
| Desde | 31 Oct 2016 |
| Hasta | 30 Nov 2016 |

**Resumen de débitos**

| Fecha | Descripción | Cantidad |
|---|---|---|
| 11/04 | ACH RECEIVED TRANSACTION DB 01/PAYMENTJNL SPS COMMERCE, IN ISLANDWIDE - FERRERO C055412 SPS COMMERCE,PSI-112410443 | 655.00 |
| 11/04 | ACH RECEIVED TRANSACTION DB 01/PAYMENTJNL SPS COMMERCE, IN ISLANDWIDE - FERRERO C055412 SPS COMMERCE,PSI-112436597 | 655.00 |
| 11/04 | ACH RECEIVED TRANSACTION DB 01/PAYMENTJNL SPS COMMERCE, IN ISLANDWIDE - WRIGLEY'S C055416 SPS COMMERCE,PSI-112410445 | 1,052.00 |
| 11/04 | ACH RECEIVED TRANSACTION DB 01/PAYMENTJNL SPS COMMERCE, IN ISLANDWIDE - WRIGLEY'S C055416 SPS COMMERCE,PSI-112436599 | 1,052.00 |
| 11/04 | ACH RECEIVED TRANSACTION DB 01/PAYMENTJNL SPS COMMERCE, IN ISLANDWIDE - WRIGLEY'S C055416 SPS COMMERCE,PSI-112501942 | 1,052.00 |
| 11/10 | INTER, TRANS: 3004948059 111016084515 | 1,256.49 |
| 11/14 | Cargo analisis cuenta octubre EFFECT. DATE: 11/14/2016 | 425.75 |
| 11/15 | IVU BANK CHARGE M | 18.05 |

**Resumen de balance diario de la cuenta**

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 11/01 | 23,851.98 | 11/04 | 1,346.49 | 11/14 | 18.05 |
| 11/02 | 7,161.07 | 11/07 | 1,256.49 | 11/15 | 0.00 |
| 11/03 | 7,083.32 | 11/10 | 0.00 | 11/30 | 0.00 |

**Resumen de cargos por sobregiro y efectos devueltos**

| | Total del periodo | Total acumulado durante el año 2016 |
|---|---|---|
| Total de intereses por sobregiro | $0.00 | $516.81 |
| Total de cargos diarios por sobregiro | $0.00 | $1,040.00 |
| Total de cargos por efectos pagados | $0.00 | $4,570.00 |
| Total de cargos por efectos devueltos | $0.00 | $225.00 |

 **Santander**

ESTADO DE CUENTA



Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros efectos procesados en este estado.



| | | |
|---|---|---|
| 1260 | $-34.00 | 11-03-16 |
| 1261 | $-190.91 | 11/02/16 |
| 1270 | $-160.00 | 11/04-16 |
| 1271 | $-110.83 | 11/04/16 |
| 1272 | $-545.30 | 11-01-16 |
| 1275 | $-90.00 | 11/07/16 |
| 1276 | $-63.75 | 11/03/16 |
| 1277 | $-650.00 | 11/03/16 |

ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending | 11/30/2016 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United Sates Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

| | | | |
|---|---|---|---|
| NAME OF BANK: | SANTANDER | BRANCH: RIO PIEDRAS | |
| ACCOUNT NAME: | CORRIENTE COMERCIAL | ACCOUNT NUMBER: | 3004843508 |
| PURPOSE OF ACCOUNT: | PAYROLL | | |

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | - ** (a) |

\* Debit cards must not be issued on this account.

\*\* If Closing Balance is negative, provide explanation: _____

_____

The following disbursements were paid in Cash:
☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as " Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER - PAYROLL ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending: | 11/30/2016 |
| NAME OF BANK: | BANCO SANTANDER | BRANCH: | RIO PIEDRAS |
| ACCOUNT NAME: | CORRIENTE COMERCIAL | | |
| ACCOUNT NUMBER: | 3004843508 | | |
| PURPOSE OF | PAYROLL | | |

Account for all disbursements, including voids, lost payments, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| SEE LIST ATTACH | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $          - |

MOR-8

**CHECK REGISTER - Islandwide Logistics, Inc.**
**NOVEMBER 1,2016 TO NOVEMBER 30,2016**

NAME OF BANK: Santander
ACCOUNT NUMBER: 3004843508
PURPOSE OF ACCOUNT: PAYROLL

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 11/3/2016 | HME TRANSFER | TRANSFER TO HME 3004955489 | $ 16,500.00 |
| ACH | 11/9/2016 | IWL TRANSFER | TRANSFER TO IWL 3004955357 (36,000) | $ - |
| ACH | 11/10/2016 | IWL TRANSFER | TRANSFER TO IWL 3004955357(20.14) | $ - |
| | | | | |
| | | | | $ 16,500.00 |

 **Santander**

## ESTADO DE CUENTA



ISLANDWIDE LOGISTICS INC
PAYROLL
PO BOX 11670
SAN JUAN PR 00922-1670

| | |
|---|---|
| Pagina | 1 |
| Número de cuenta | 3004843508 |
| Desde | 31 Oct 2016 |
| Hasta | 30 Nov 2016 |

| | |
|---|---|
| Total de depósitos en el Banco | $0.00 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a BANCO EN CASA: 787-281-2000 ó 1-800-726-8263 | PYMES: 787-281-3539

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por
Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**



### CORRIENTE COMERCIAL
Número de cuenta  3004843508

| | | | |
|---|---|---|---|
| Balance in cial | | $ | 20,627.18 |
| Depósitos y otros créditos | 2 | + | 36,500.00 |
| Cheques pagados y otros retiros | 12 | - | 57,127.18 |
| Balance final | | $ | 0.00 |

### Resumen de créditos

| Fecha | Descripción | | Cantidad |
|---|---|---|---|
| 10:31 | Balance Cobrado - | 20.627 | |
| 10:31 | Tasa int. anual 0.000 % | | |
| 11/01 | Balance Cobrado - | 16,526 | |
| 11/03 | Balance Cobrado - | 26 | |
| 11/07 | Balance Cobrado - | 20 | |
| 11/07 | INTER. TRANS. 3004914421 | | 500.00 |
| | 110716091917 | | |
| 11/09 | INTER. TRANS 3004865357 | | 36,000.00 |
| | 110916093918 | | |
| 11/10 | Balance Cobrado - | 0 | |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 50685 | 728.38 | 11/01 | 50686 | 700.18 | 11/01 |
| 50688* | 1,143.23 | 11/01 | 50717* | 275.35 | 11/07 |
| 50723* | 231.40 | 11/01 | 50724 | 226.11 | 11/01 |
| 50727* | 231.40 | 11/07 | 50733* | 521.28 | 11/01 |
| 50735* | 550.71* | 11/01 | | | |

* Indica un cambio en la secuencia de número de cheque en el estado

### Resumen de débitos

| Fecha | Descripción | Cantidad |
|---|---|---|
| | INTER. TRANS. 3004865357 | |
| | 1109161250 | |
| | INTER. TRANS. 3004865357 | |
| | 1109161250 | |
| | INTER. TRANS. | |
| | | |





ISLANDWIDE LOGISTICS INC

Pagina                  2
Número de cuenta   3004843508
Desde               31 Oct 2016
Hasta               30 Nov 2016

---

**Resumen de balance diario de la cuenta**

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|-------|---------|-------|---------|-------|---------|
| 11-01 | 16,526.89 | 11/07 | 20.14 | 11-10 | 0.00 |
| 11-03 | 26.89 | 11/09 | 20.14 | 11/30 | 0.00 |

---

**Resumen de cargos por sobregiro y efectos devueltos:**

|  | Total del periodo | Total acumulado durante el año 2016 |
|--|------------------|-------------------------------------|
| Total de intereses por sobregiro | $0.00 | $6.26 |
| Total de cargos diarios por sobregiro | $0.00 | $75.00 |
| Total de cargos por efectos pagados | $0.00 | $150.00 |
| Total de cargos por efectos devueltos | $0.00 | $0.00 |

 **Santander**

ESTADO DE CUENTA



Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros
efectos procesados en este estado.



| 50685 | $-728.38 | 11/01/16 |
| 50686 | $-700.18 | 11/01/16 |
| 50688 | $-1,143.23 | 11/01/16 |
| 50717 | $-275.35 | 11/07/16 |
| 50723 | $-231.40 | 11/01/16 |
| 50724 | $-225.11 | 11/01/16 |
| 50727 | $-231.40 | 11/01/16 |
| 50733 | $-521.26 | 11/01/16 |

ATTACHMENT 4A

MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending | 11/30/2016 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United Sates Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

| | | | |
|---|---|---|---|
| NAME OF BANK: | BANCO SANTANDER | BRANCH: RIO PIEDRAS | |
| ACCOUNT NAME: | ESCROW | ACOUNT NUMBER: | 3004914421 |
| PURPOSE OF ACCOUNT: | ESCROW | | |

| | |
|---|---|
| Ending Balance per Bank Statement | $            - |
| Plus Total Amount of Outstanding Deposits | $            - |
| Minus Total Amount of Outstanding Checks and other debits | $            -  * |
| Minus Service Charges | $            - |
| Ending Balance per Check Register | $            -  ** (a) |

* Debit cards must not be issued on this account.

** If Closing Balance is negative, provide explanation: _____

_____

The following disbursements were paid in Cash:
☐   Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as " Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7

## ATTACHMENT 5A

### CHECK REGISTER - OPERATING ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period | 11/1/2016 | Period ending: | 11/30/2016 |
| NAME OF BANK: | BANCO POPULAR DE PR | BRANCH: | HATO REY |
| ACCOUNT NAME: | ESCROW | | |
| ACCOUNT NUMBER: | 3004914421 | | |
| PURPOSE OF | ESCROW | | |

Account for all disbursements, including voids, lost payments, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| SEE LIST ATTACH | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $        - |

MOR-8

**CHECK REGISTER - Islandwide Logistics, Inc.**
**NOVEMBER 1 2016 TO NOVEMBER 30 2016**

NAME OF BANK: SANTANDER
ACCOUNT NUMBER: 300491(421)
PURPOSE OF ACCOUNT: ESCROW

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 11/2/2016 | BANCO SANTANDER | BANK CHARGE | $ 23.00 |
| ACH | 11/3/2016 | HME TRANSFER | TRANSFER TO HME 3004955489 | $ 18,550.00 |
| ACH | 11/9/2016 | PJ TRANSFER | TRANSFER TO PJ 3004843559 | $ 10,000.00 |
| ACH | 11/10/2016 | IWL TRANSFER | TRANSFER TO IWL 3004948059 (32,239.69) | $ - |
| ACH | 11/10/2016 | IWL TRANSFER | TRANSFER TO IWL 3004948059 (2,300) | $ - |
| ACH | 11/10/2016 | IWL TRANSFER | TRANSFER TO IWL 3004843508 (500) | $ - |
| ACH | 11/10/2016 | BANCO SANTANDER | BANK CHARGE | $ 23.00 |
| ACH | 11/14/2016 | IWL TRANSFER | TRANSFER TO IWL 3004948059 (903.64) | $ - |
| | | | | |
| | | | | |
| | | | | $ 28,596.00 |

 **ESTADO DE CUENTA** 

ISLANDWIDE LOGISTICS INC
CASH MANAGEMENT
PO BOX 11670
SAN JUAN PR 00922-1670

| | |
|---|---|
| Página | 1 |
| Número de cuenta | 3004914421 |
| Desde | 31 Oct 2016 |
| Hasta | 30 Nov 2016 |

| | |
|---|---|
| Total de depósitos en el Banco | $0.00 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a BANCO EN CASA: 787-281-2000 ó 1-800-726-8263 | PYMES: 787-281-3539

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por
Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**



### CASH MANAGEMENT                                    Número de cuenta   3004914421

| | | |
|---|---|---|
| Balance inicial | $ | 95.22 |
| Depósitos y otros créditos | 4 | 64,444.11 |
| Cheques pagados y otros retiros | 8 | 64,539.33 |
| Balance final | $ | 0.00 |

**Resumen de créditos**

| Fecha | Descripción | Cantidad |
|---|---|---|
| 10-31 | Balance Cobrado -          91 | |
| 10-31 | Tasa int. anual 0.200 % | |
| 11-01 | Balance Cobrado -          95 | |
| 11-02 | Balance Cobrado -          18,550 | |
| 11-02 | AVISO DE CRÉDITO TRANSFERENCIA | 18,478.60 |
| | ORDENANTE:SPECTRUM BRANDS, INC.-PUERTO R PAIS PUERTO RICO CODP P | |
| | DETALLES:L003715-IN 18478.6 L003715-IN | |
| 11-03 | Balance Cobrado -          0 | |
| 11-04 | Balance Cobrado -          2,800 | |
| 11-04 | ACH RECEIVED TRANSACTION CR | 2,800.00 |
| | 01 PAYMENTS  FERRERO | |
| 11-07 | Balance Cobrado -          0 | |
| 11-08 | Balance Cobrado -          42,239 | |
| 11-08 | ACH RECEIVED TRANSACTION CR | 42,238.87 |
| | 01 PAYMENTS  WRIGLEY | |
| 11-09 | Balance Cobrado -          42,239 | |
| 11-10 | Balance Cobrado -          903 | |
| 11-10 | AVISO DE CRÉDITO TRANSFERENCIA | 926.64 |
| | ORDENANTE:CARRIER ENTERPRISE, LLC PAIS UNITED STATES CODP | |
| | DETALLES:INVOICE NO | |

**Resumen de débitos**

| Fecha | Descripción | Cantidad |
|---|---|---|
| 11-01 | AVISO DE DÉBITO TRANSFERENCIA | 23.00 |
| | COMM    23.00 | |
| 11-02 | INTER TRANS 5100740146 | 18,55.00 |
| | 1107'6085416 | |
| 11-07 | INTER TRANS 5100740146 | 54.00 |
| | 1107'6091927 | |
| 11-07 | INTER TRANS 5100740146 | 2,800 |
| | 1107'6092611 | |
| 11-08 | INTER TRANS 5100740146 | 42,239 |
| | 1108'6093342 | |
| | AVISO DE DEBITO | |
| | COMM    23.00 | |
| | INTER TRANS | |
| | | |
| | | |
| | | |





ISLANDWIDE LOGISTICS INC.

Pagina 2
Numero de cuenta 3004914421
Desde 31 Oct 2016
Hasta 30 Nov 2016

**Resumen de balance diario de la cuenta**

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|-------|---------|-------|---------|-------|---------|
| 11 02 | 18,550.82 | 11/07 | 0.82 | 11/10 | 903.64 |
| 11 03 | 0.82 | 11/08 | -12,239.69 | 11/14 | 0.00 |
| 11 04 | 2,800.82 | 11/09 | 32,239.69 | 11/30 | 0.00 |

**Resumen de cargos por sobregiro y efectos devueltos:**

| | Total del periodo | Total acumulado durante el año 2016 |
|---|---|---|
| Total de intereses por sobregiro | $0.00 | $0.00 |
| Total de cargos diarios por sobregiro | $0.00 | $0.00 |
| Total de cargos por efectos pagados | $0.00 | $0.00 |
| Total de cargos por efectos devueltos | $0.00 | $0.00 |

<u>ATTACHMENT 4A</u>

<u>MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT</u>

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC. | Case Number: | 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending | 11/30/2016 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United Sates Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

| | | | |
|---|---|---|---|
| NAME OF BANK: | BANCO SANTANDER | BRANCH: RIO PIEDRAS | |
| ACCOUNT NAME: | DIP COMERCIAL | ACOUNT NUMBER: | 3004948059 |
| PURPOSE OF ACCOUNT: | OPERATIVA | | |

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 96,754.07 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | 14,045.89 * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | 82,708.18 ** (a) |

\* Debit cards must not be issued on this account.

\*\* If Closing Balance is negative, provide explanation: _____

The following disbursements were paid in Cash:
☐   Check here if cash disbursements were authorized by United States Trustee

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as " Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending: | 11/30/2016 |
| NAME OF BANK: | BANCO SANTANDER | BRANCH: | RIO PIEDRAS |
| ACCOUNT NAME: | DIP COMERCIAL | | |
| ACCOUNT NUMBER: | 3004948059 | | |
| PURPOSE OF | OPERATIVA | | |

Account for all disbursements, including voids, lost payments, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| SEE LIST ATTACH | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ |

MOR-8

**CHECK REGISTER - Islandwide Logistics, Inc.**
**SEPTEMBER 23, 2016 TO OCTOBER 31, 2016**

NAME OF BANK: SANTANDER
ACCOUNT NUMBER: 3004843659
PURPOSE OF ACCOUNT: OPERATIVA *** DIP ***

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 11/2/2016 | IWL TRANSFER | TRANSFER IWL #3004955497 ($5,767.55) | $ - |
| ACH | 11/2/2016 | IWL TRANSFER | TRANSFER IWL #3004955357 ($36,000) | $ - |
| ACH | 11/3/2016 | HME TRANSFER | TRANSFER TO HME 3004955462 | $ 5,000.00 |
| ACH | 11/4/2016 | HME TRANSFER | TRANSFER TO HME 3004955462 | $ 5,000.00 |
| ACH | 11/8/2016 | AEE | AEE PAYMENT | $ 609.03 |
| ACH | 11/8/2016 | AEE | AEE PAYMENT | $ 1,049.66 |
| ACH | 11/8/2016 | AEE | AEE PAYMENT | $ 4,283.08 |
| ACH | 11/9/2016 | HARLAND CLARK | CHECK ORDER | $ 439.58 |
| ACH | 11/10/2016 | HME TRANSFER | TRANSFER TO HME 3004955470 | $ 30.22 |
| ACH | 11/10/2016 | IWL TRANSFER | TRANSFER IWL #3004955497 ($226.61) | $ - |
| ACH | 11/10/2016 | HME TRANSFER | TRANSFER TO HME 3004955470 | $ 2,000.00 |
| ACH | 11/14/2016 | IWL TRANSFER | TRANSFER IWL #3004843516 ($443.80) | $ - |
| ACH | 11/15/2016 | IWS TRANSFER | TRANSFER TO IWS 3004842285 | $ 325.00 |
| ACH | 11/15/2016 | IWS TRANSFER | TRANSFER TO IWS 3004842285 | $ 11.05 |
| ACH | 11/16/2016 | HME TRANSFER | TRANSFER TO HME 3004955470 | $ 7,810.44 |
| ACH | 11/16/2016 | IWL TRANSFER | TRANSFER IWL #3004955497 ($6,112.19) | $ - |
| ACH | 11/17/2016 | HME TRANSFER | TRANSFER TO HME 3004955462 | $ 5,000.00 |
| ACH | 11/17/2016 | IWL TRANSFER | TRANSFER IWL #3004955497 ($12,571.00) | $ - |
| ACH | 11/17/2016 | HME TRANSFER | TRANSFER TO HME 3004955489 | $ 10,000.00 |
| ACH | 11/17/2016 | IWL TRANSFER | TRANSFER IWL #3004955357 ($36,000) | $ - |
| ACH | 11/25/2016 | BANCO SANTANDER | BANK CHARGE | $ 23.00 |
| ACH | 11/25/2016 | HME TRANSFER | TRANSFER TO HME 3004955489 | $ 25,000.00 |
| ACH | 11/28/2016 | ADP | ADP PAYROLL FEE | $ 195.10 |
| ACH | 11/28/2016 | HME TRANSFER | TRANSFER TO HME 3004955462 | $ 5,000.00 |
| ACH | 11/29/2016 | HME TRANSFER | TRANSFER TO HME 3004955470 | $ 19.00 |
| ACH | 11/29/2016 | HME TRANSFER | TRANSFER TO HME 3004955470 | $ 17,787.09 |
| ACH | 11/29/2016 | HME TRANSFER | TRANSFER TO HME | $ 4,443.45 |
| ACH | 11/29/2016 | IWL TRANSFER | TRANSFER IWL #3004955497 ($696.93) | $ - |
| ACH | 11/29/2016 | IWL TRANSFER | TRANSFER IWL #3004955497 ($2,698.00) | $ - |
| ACH | 11/29/2016 | IWL TRANSFER | TRANSFER IWL #3004955497 ($10.52) | $ - |
| ACH | 11/29/2016 | IWL TRANSFER | TRANSFER IWL #3004955497 ($5,762.85) | $ - |
| ACH | 11/29/2016 | HME TRANSFER | TRANSFER TO HME 3004955462 | $ 7,000.00 |
| ACH | 11/29/2016 | HME TRANSFER | TRANSFER TO HME 3004955470 | $ 7,385.60 |
| ACH | 11/30/2016 | BANCO SANTANDER | BANK CHARGE | $ 23.00 |
| ACH | 11/30/2016 | BANCO SANTANDER | BANK CHARGE | $ 23.00 |
| 000004 | 11/1/2016 | CRISTALERIA ABRAHAMS | Repairs & Maintenance | $ 306.62 |
| 000005 | 11/1/2016 | UNLIMITED PALLETS | Warehouse Materials | $ 550.00 |
| 000006 | 11/2/2016 | TRIPLE S | Insurance | $ 7,882.20 |
| 000007 | 11/2/2016 | BARTOLO LUGO | Petty Cash | $ 238.28 |
| 000008 | 11/3/2016 | COMPAÑIA DE COMERCIO | Rent | $ 4,567.22 |
| 000009 | 11/4/2016 | ARTURO FONG | Repairs & Maintenance | $ 718.89 |
| 000010 | 11/4/2016 | JOSE ALEGRIA | Petty Cash | $ 521.82 |
| 000011 | 11/4/2016 | LUCAS GARCIA | Warehouse Materials | $ 550.00 |
| 000012 | 11/4/2016 | NATIONAL COPIER | Equipment Repairs | $ 188.24 |
| 000013 | 11/4/2016 | POWERCOOLING & CONTROLS INC. | Warehouse Materials | $ 2,433.60 |
| 000014 | 11/4/2016 | ROBERTO ACEVEDO | Other Expenses | $ 780.20 |
| 000015 | 11/4/2016 | ROBERTO ORENGO | Warehouse Maintenance | $ 43.75 |
| 000016 | 11/7/2016 | CRE FUEL SERVICES | Gasoline | $ 997.28 |
| 000017 | 11/9/2016 | IVAN A MARIN MARRERO | Other Expenses | $ 450.00 |
| 000018 | 11/10/2016 | ADMINISTRADOR DE ASUME | Child Support | $ 160.00 |
| 000019 | 11/10/2016 | ARTURO FONG | Repairs & Maintenance | $ 428.00 |
| 000020 | 11/10/2016 | FLORIDA STATE DISBURSEMENT | Child Support | $ 116.83 |
| 000021 | 11/10/2016 | FONDOS UNIDOS | Donation | $ 68.00 |
| 000022 | 11/10/2016 | ISLANDWIDE GROUP RETIREMENT PL | Employee Contribution Plan | $ 417.63 |
| 000023 | 11/10/2016 | JOSE ALEGRIA | Petty Cash | $ 1,719.25 |
| 000024 | 11/10/2016 | ROBERTO ORENGO | Warehouse Maintenance | $ 55.00 |
| 000025 | 11/10/2016 | UNLIMITED PALLETS | Warehouse Materials | $ 687.50 |
| 000026 | 11/17/2016 | CARLOS HERNANDEZ | Warehouse Maintenance | $ 265.00 |
| 000027 | 11/17/2016 | VOID | VOID | $ - |
| 000028 | 11/17/2016 | JOSE ALEGRIA | Petty Cash | $ 558.90 |
| 000029 | 11/17/2016 | THE OFFICE SHOP | Office Supplies | $ 241.50 |
| 000030 | 11/17/2016 | OLIVER EXTERMINATING | Warehouse Maintenance | $ 65.00 |
| 000031 | 11/17/2016 | PACKAGING SUPPLY INC | Warehouse Materials | $ 1,077.77 |
| 000032 | 11/17/2016 | THREE STARS SECURITY | Security | $ 2,932.43 |
| 000033 | 11/18/2016 | IVAN A MARIN MARRERO | Other Expenses | $ 28.81 |
| 000034 | 11/23/2016 | ADMINISTRADOR DE ASUME | Child Support | $ 160.00 |
| 000035 | 11/23/2016 | FLORIDA STATE DISBURSEMENT | Child Support | $ 116.83 |
| 000036 | 11/23/2016 | IVAN A MARIN MARRERO | Other Expenses | $ 133.60 |
| 000037 | 11/23/2016 | JOSE ALEGRIA | Petty Cash | $ 1,145.77 |
| 000038 | 11/23/2016 | PACKAGING SUPPLY INC | Warehouse Materials | $ 448.00 |
| 000039 | 11/23/2016 | PEDRO GUSTI | Telephone Expenses | $ 525.00 |
| 000040 | 11/23/2016 | ROBERTO ORENGO | Warehouse Maintenance | $ 43.75 |
| 000041 | 11/28/2016 | EL HORREO CORP | Rent | $ 45,327.61 |
| 000042 | 11/28/2016 | UNLIMITED PALLETS | Warehouse Materials | $ 550.00 |
| 000043 | 11/30/2016 | IPFS CORPORATION | Insurance | $ 9,527.46 |
| | | | | $ 195,247.52 |

 **Santander**

## ESTADO DE CUENTA



CHAPTER II DEBTOR IN POSESSION BK
ESTATE OF ISLANDWIDE LOGISTICS INC
CASE 1607693ESL11  OP
PO BOX 11670
SAN JUAN PR 00922-1670

| | |
|---|---|
| Pagina | 1 |
| Número de cuenta | 3004948059 |
| Desde | 31 Oct 2016 |
| Hasta | 30 Nov 2016 |

Casa #
1607693ESL

| | |
|---|---|
| Total de depósitos en el Banco | $96,754.07 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a **BANCO EN CASA**: 787-281-2000 ó 1-800-726-8263 | PYMES: 787-281-3539

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por
Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**



### DEBTOR IN POSSESSION COME

Número de cuenta  3004948059

| | | |
|---|---|---|
| Balance inicial | | $ 13,274.42 |
| Depósitos y otros créditos | 57 | - 372,566.46 |
| Cheques pagados y otros retiros | 71 | - 289,086.81 |
| Balance final | | $ 96,754.07 |

**Información de intereses**

Intereses ganados $   0.00 basado en un período de 30 Días
Con una tasa anual de rendimiento de  0.00 %.

**Resumen de depósitos**

| Fecha | Cantidad | | Fecha | Cantidad |
|---|---|---|---|---|
| 11 01 | 948.42 | | 11 03 | 270.40 |
| 11 07 | 165.59 | | 11 10 | 396.86 |
| 11 15 | 18,065.87 | | 11 16 | 664.00 |
| 11 21 | 5,571.23 | | 11 22 | 270.40 |
| 11 23 | 1,000.00 | | 11 25 | 924.00 |
| 11 28 | 4,427.22 | | | |

**Resumen de créditos**

| Fecha | Descripción | Cantidad |
|---|---|---|
| 10 31 | Balance Cobrado - 2 769 | |
| 10 31 | Tasa int. anual 0.00 % | |
| 11 01 | Balance Cobrado - 14,065 | |
| 11 01 | ACH RECEIVED TRANSACTION CR | 911 72 |
|  | 2^ EDI PAYMTS MEDTRONIC | |
|  | ISLAND WIDE EXPR 1980566634 | |
| 11 0. | Balance Cobrado - 13,73. | |
| 11 0. | ACH RECEIVED TRANSACTION CR | 1 369 25 |
|  | 2^ EDI PAYLMT ROCHE 6536 | |
|  | ISLANDWIDE LOGISTICS I 1500042001 | |
|  | REF *INT 1B9900120075600010007 | |
|  | *02*GIR1658 | |
|  | INTER TRANS 333193657# | 10 420 33 |
|  | *02*GIR1658 | |
| 11 0. | ACH RECEIVED TRANSACTION CR | 1 071 85 |
|  | 2 AP PAYMEN^ 015 BEAC | |
| 11 0. | Balance Cobrado - 35,184 | |





CHAPTER II DEBTOR IN POSESSION BK

| | |
|---|---|
| Pagina | 2 |
| Número de cuenta | 3004948059 |
| Desde | 31 Oct 2016 |
| Hasta | 30 Nov 2016 |

**Resumen de créditos**

| Fecha | Descripción | Cantidad |
|---|---|---|
| 11-08 | ACH RECEIVED TRANSACTION CR 01/EDI PAYMTS MEDTRONIC ISLAND WIDE EXPR 1980355534 | 124.30 |
| 11-08 | ACH RECEIVED TRANSACTION CR 01/DISBURSIINT 3M PUERTO RICO   ISLANDWIDE LOGISTICS TEST 3M PR FOR SESS# 0010789 | 4,494.94 |
| 11-09 | Balance Cobrado -      16,737 | |
| 11-10 | Balance Cobrado -      46,976 | |
| 11-10 | INTER. TRANS. 3004843516 111016084515 | 1,256.49 |
| 11-10 | INTER. TRANS 3004914421 111016084211 | 32,239.69 |
| 11-14 | Balance Cobrado -      93,885 | |
| 11-14 | INTER. TRANS 3004914421 111416085243 | 903.64 |
| 11-14 | ACH RECEIVED TRANSACTION CR 01/CREDITS   GFR MEDIA     ISLANDWIDE LOGISTIC, I | 1,337.78 |
| 11-14 | ACH RECEIVED TRANSACTION CR 01/DISBURSIINT 3M PUERTO RICO   ISLANDWIDE LOGISTICS TEST 3M PR FOR SESS# 0010790 | 47,107.64 |
| 11-15 | Balance Cobrado -      93,812 | |
| 11-15 | ACH RECEIVED TRANSACTION CR 01/EDI PAYMTS MEDTRONIC ISLAND WIDE EXPR 1980355534 | 59.80 |
| 11-16 | Balance Cobrado -      90,631 | |
| 11-17 | Balance Cobrado -      35,702 | |
| 11-18 | Balance Cobrado -      35,791 | |
| 11-18 | ACH RECEIVED TRANSACTION CR 01/PAYMENT   MARS CARIBBEAN   ISLANDWIDE LOGISTICS I | 695.46 |
| 11-21 | Balance Cobrado -      35,232 | |
| 11-22 | Balance Cobrado -      34,187 | |
| 11-22 | ACH RECEIVED TRANSACTION CR 01/EDI PAYMTS MEDTRONIC ISLAND WIDE EXPR 1980355534 | 59.80 |
| 11-23 | Balance Cobrado -      43,169 | |
| 11-23 | ACH RECEIVED TRANSACTION CR 01/EDI PAYMNT ROCHE 0039 ISLANDWIDE LOGISTICS I 1500001401 REF*TN*15000014011500001404591899593169 | 3,695.44 |
| 11-25 | Balance Cobrado -     135,267 | |
| 11-25 | AVISO DE CREDITO TRANSFERENCIA ORDENANTE CHOICE LOGISTICS, INC. PAIS UNITED STATES CODP DETALLES 0000000003029468 /ROC/000000000 0029169 | 8,114.90 |
| 11-25 | ACH RECEIVED TRANSACTION CR 01/PAYMENTS   FERRERO | 107,715.23 |
| 11-28 | Balance Cobrado -     127,887 | |
| 11-29 | Balance Cobrado -      88,748 | |
| 11-29 | ACH RECEIVED TRANSACTION CR 01/PAYMENTS   MODAHAIR LLC | 628.15 |
| 11-29 | ACH RECEIVED TRANSACTION CR 01/CREDITS   GFR MEDIA     ISLANDWIDE LOGISTIC, I | 1,173.20 |
| 11-30 | Balance Cobrado -      98,754 | |
| 11-30 | ACH RECEIVED TRANSACTION CR 01/PAYMENTS   ABBOTT LABORAT | 4,446.77 |
| 11-30 | ACH RECEIVED TRANSACTION CR 01/CNF AC PAY CNWY TRANSPOR ISLAND WIDE LOGI 1390536060 | 11,557.41 |
| 11-30 | AVISO DE CREDITO TRANSFERENCIA ORDENANTE CARRIER ENTERPRISE LLC PAIS UNITED STATES COP DETALLES INVOICE NO. 50626 /ROC/000000000 0019029 | 11,251.54 |
| 11-30 | AVISO DE CREDITO TRANSFERENCIA ORDENANTE SPECTRUM BRANDS INC /ROC/000000000 0019491 DETALLES L*PAYS*IN*029459*0*1991*MP | 1,249.42 |

**Resumen de cheques pagados**

| Numero de cuenta | Cantidad | Dia pagado | Numero de Cheque | | Dia Pagado |
|---|---|---|---|---|---|
| | | | | | |



## ESTADO DE CUENTA



CHAPTER II DEBTOR IN POSESSION BK

| | |
|---|---|
| Página | 3 |
| Número de cuenta | 3004948059 |
| Desde | 31 Oct 2016 |
| Hasta | 30 Nov 2016 |

**Resumen de cheques pagados**

| Número de Cheque | Cantidad | Dia pagado | Número de Cheque | Cantidad | Dia Pagado |
|---|---|---|---|---|---|
| 6 | 7,882.20 | 11/08 | 7 | 238.26 | 11/07 |
| 8 | 4,357.22 | 11/04 | 9 | 718.89 | 11/08 |
| 10 | 521.82 | 11/07 | 11 | 550.00 | 11/10 |
| 12 | 188.24 | 11/18 | 13 | 2,433.60 | 11/07 |
| 14 | 780.20 | 11/08 | 15 | 43.75 | 11/15 |
| 16 | 997.28 | 11/09 | 17 | 450.00 | 11/10 |
| 18 | 160.00 | 11/14 | 19 | 428.00 | 11/15 |
| 20 | 116.83 | 11/14 | 21 | 68.00 | 11/29 |
| 22 | 417.63 | 11/18 | 23 | 1,719.25 | 11/14 |
| 24 | 35.00 | 11/15 | 25 | 687.50 | 11/15 |
| 26 | 265.60 | 11/23 | 28* | 558.90 | 11/21 |
| 29 | 241.50 | 11/30 | 31* | 1,077.77 | 11/22 |
| 33* | 26.81 | 11/22 | 34 | 160.00 | 11/29 |
| 35 | 116.83 | 11/29 | 36 | 133.80 | 11/29 |
| 37 | 1,145.77 | 11/28 | 40* | 43.75 | 11/28 |
| 41 | 45,327.61 | 11/30 | | | |

* Indica un cambio en la secuencia del número de cheque en el estado.

**Resumen de débitos**

| Fecha | Descripción | Cantidad |
|---|---|---|
| 11.02 | INTER. TRANS. 3004955497 110216085205 | 5,767.55 |
| 11.02 | INTER. TRANS 3004955357 110216091111 | 36,000.00 |
| 11.03 | INTER. TRANS 3004955462 110316085409 | 5,000.00 |
| 11.04 | INTER. TRANS 3004955462 110416090306 | 5,350.00 |
| 11.08 | ACH RECEIVED TRANSACTION DB 01/WEB PMTS   WEB_AEE WEB PAGE | 609.03 |
| 11.08 | ACH RECEIVED TRANSACTION DB 01/TEL PMTS  IVR_AEE INTERACT | 1,049.66 |
| 11.08 | ACH RECEIVED TRANSACTION DB 01/WEB PMTS   WEB_AEE WEB PAGE | 4,283.08 |
| 11.09 | ACH RECEIVED TRANSACTION DB 01/CHK ORDERS HARLAND CLARKE | 435.58 |
| 11.10 | INTER. TRANS 3004955479 110 16 23640 | 30.22 |
| 11.10 | INTER. TRANS 3004955497 110 16 20526 | 226.61 |
| 11.15 | INTER. TRANS 3004955462 110 16 160105 | 2,500.00 |
| 11.15 | INTER. TRANS 3004955479 11 15 15937 | 143.50 |
| 11.15 | INTER. TRANS 3004822254 11 15 6302525 | |
| 11.15 | INTER. TRANS 3004942145 11 15 6090711 | |
| | INTER. TRANS | |





CHAPTER 11 DEBTOR IN POSESSION BK

| | |
|---|---|
| Pagina | 4 |
| Número de cuenta | 3004948059 |
| Desde | 31 Oct 2016 |
| Hasta | 30 Nov 2016 |

**Resumen de débitos**

| Fecha | Descripción | Cantidad |
|---|---|---|
| 11/25 | INTER. TRANS. 3004955189 112516092507 | 25,000.00 |
| 11/28 | ACH RECEIVED TRANSACTION DB 01/ADP - FEES ADP PAYROLL FEES | 195.10 |
| 11/28 | Cheque depositado devuelto CARGO DEVOLUCION DE CHEQUES NÚMERO CUENTA 00040977003004948059 DIV NÚMERO LOTE: 00002 NÚMERO CHEQUE 0000016 MOTIVO DEV 01 | 1,000.00 |
| 11/28 | INTER. TRANS. 3004955162 112816121231 | 5,000.00 |
| 11/29 | INTER. TRANS. 3004955197 112916092830 | 10.52 |
| 11/29 | INTER. TRANS. 3004955470 112916093153 | 19.00 |
| 11/29 | INTER. TRANS. 3004955497 112916092729 | 696.83 |
| 11/29 | INTER. TRANS. 3004955497 112916093559 | 2,898.00 |
| 11/29 | INTER. TRANS. 3004955470 112916093024 | 4,443.45 |
| 11/29 | INTER. TRANS. 3004955497 112916090657 | 5,762.85 |
| 11/29 | INTER. TRANS. 3004955162 112916085712 | 7,000.00 |
| 11/29 | INTER. TRANS. 3004955470 112916090444 | 7,385.90 ✓ |
| 11/29 | INTER. TRANS. 3004955470 112916090344 | 17,787.09 |
| 11/30 | AVISO DE DEBITO TRANSFERENCIA COMM    23.00 | 23.00 |
| 11/30 | AVISO DE DEBITO TRANSFERENCIA COMM    23.00 | 23.00 |

**Resumen de balance diario de la cuenta**

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 11/01 | 15,034.55 | 11/10 | 48,373.48 | 11/22 | 40,029.54 |
| 11/02 | 33,733.84 | 11/14 | 95,282.66 | 11/23 | 44,459.98 |
| 11/03 | 26,404.87 | 11/15 | 111,878.03 | 11/25 | 137,191.11 |
| 11/04 | 19,047.59 | 11/16 | 99,619.49 | 11/28 | 134,233.71 |
| 11/07 | 29,180.65 | 11/17 | 35,702.00 | 11/29 | 89,655.39 |
| 11/08 | 18,170.11 | 11/18 | 35,791.59 | 11/30 | 96,754.07 |
| 11/09 | 16,737.25 | 11/21 | 40,893.92 | | |

**Resumen de cargos por sobregiro y efectos devueltos:**

| | Total del periodo | Total acumulado durante el año 2016 |
|---|---|---|
| Total de cargos por sobregiro | $0.00 | $0.00 |
| Total de cargos por efectos devueltos | $0.00 | $0.00 |
| Total de efectos devueltos | $0.00 | $0.00 |
| Total de cargos por efectos devueltos | $0.00 | $0.00 |

 **Santander**

ESTADO DE CUENTA



Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros
efectos procesados en este estado.





ESTADO DE CUENTA



Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros efectos procesados en este estado





ESTADO DE CUENTA



Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros
efectos procesados en este estado



| 22 | $-417.63 | 11-18-16 | 23 | $-1,719.25 | 11/14/16 |
| 24 | $-35.00 | 11/15/16 | 25 | $-687.50 | 11/15/16 |
| 26 | $-265.00 | 11-23-16 | 28 | $-558.90 | 11/21/16 |
| 29 | $-241.50 | 11/30/16 | 31 | $-1,077.77 | 11/23/16 |



## ESTADO DE CUENTA



Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros efectos procesados en este estado.



| 35 | $-116.83 | 11/29/16 |
| 36 | $-133.80 | 11/29/16 |
| 37 | $-1,145.77 | 11/28/16 |
| 40 | $-43.75 | 11/28/16 |
| 41 | $-45,327.61 | 11/30/16 |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY -TAXES ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending | 11/30/2016 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United Sates Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

| | | | |
|---|---|---|---|
| NAME OF BANK: | SANTANDER | BRANCH: RIO PIEDRAS | |
| ACCOUNT NAME: | DIP COMERCIAL | ACCOUNT NUMBER: | 3004955497 |
| PURPOSE OF ACCOUNT: | TAXES | | |

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 12,571.00 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | 12,571.00  ** (a) |

\* Debit cards must not be issued on this account.

\*\* If Closing Balance is negative, provide explanation: _____

_____

The following disbursements were paid in Cash:
[ ]  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as " Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7

## ATTACHMENT 5C

## CHECK REGISTER - TAXES ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending: | 11/30/2016 |
| NAME OF BANK: | BANCO SANTANDER | BRANCH: | RIO PIEDRAS |
| ACCOUNT NAME: | TAXES | | |
| ACCOUNT NUMBER: | 3004955497 | | |
| PURPOSE OF | TAXES | | |

Account for all disbursements, including voids, lost payments, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| SEE LIST ATTACH | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ . |

MOR-8

CHECK REGISTER - Islandwide Logistics, Inc.
NOVEMBER 1, 2016 TO NOVEMBER 30, 2016

NAME OF BANK: SANTANDER
ACCOUNT NUMBER: 3004955497
PURPOSE OF ACCOUNT: TAXES (?? DIP??)

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 11/3/2016 | IRS | 941 PR | 5,767.55 |
| ACH | 11/14/2016 | HACIENDA | 7% | 226.61 |
| ACH | 11/17/2016 | IRS | 941 PR | 6,080.05 |
| ACH | 11/18/2016 | IRS | 941 PR | 32.14 |
| ACH | 11/30/2016 | IRS | 941 PR | 5,762.85 |
| ACH | 11/30/2016 | IRS | 941 PR | 10.52 |
| ACH | 11/30/2016 | HACIENDA | INCOME TAX W/H | 711.50 |
| ACH | 11/30/2016 | HACIENDA | INCOME TAX W/H | 2,883.33 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | $ | 21,474.55 |

 **Santander**

## ESTADO DE CUENTA



| | |
|---|---|
| CHAPTER II DEBTOR IN POSESSION BK | Pagina 1 |
| ESTATE OF ISLANDWIDE LOGISTICS INC | Número de cuenta 3004955497 |
| CASE 1607693ESL11 . TAX | Desde 31 Oct 2016 |
| PO BOX 11070 | Hasta 30 Nov 2016 |
| SAN JUAN PR 00922-1670 | |

10
691

Caso #
1607693ESL

| | |
|---|---|
| Total de depósitos en el Banco | $12,571.00 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a BANCO EN CASA: 787-281-2000 ó 1-800-726-8263 | PYMES: 787-281-3539

Convierta su estado de cuenta en energía . Solicítelo electrónicamente por
Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.



## DEBTOR IN POSSESSION COME

Número de cuenta 3004955497

| | | |
|---|---|---|
| Balance inicial | | $ 0.00 |
| Depósitos y otros créditos | 8 | + 34,045.55 |
| Cheques pagados y otros retiros | 8 | - 21,474.55 |
| Balance final | | $ 12,571.00 |

### Información de intereses

Intereses ganados $ 0.00 basado en un periodo de 30 Dias.
Con una tasa anual de rendimiento de 0.00 %.

### Resumen de créditos

| Fecha | Descripción | | Cantidad |
|---|---|---|---|
| 10 31 | Balance Cobrado - 0 | | |
| 10 31 | Tasa int anual 0.000 % | | |
| 11 02 | Balance Cobrado - 5,767 | | |
| 11 02 | INTER. TRANS 3004948059 | | 5,767.55 |
| | 110216085205 | | |
| 11 03 | Balance Cobrado - 0 | | |
| 11 10 | Balance Cobrado - 226 | | |
| 11 10 | INTER. TRANS 3004948059 | | 226.61 |
| | 111016120528 | | |
| 11 14 | Balance Cobrado - 0 | | |
| 11 16 | Balance Cobrado - 6,112 | | |
| 11 16 | INTER. TRANS 3004948059 | | 6,112 19 |
| | 111616171030 | | |
| 11 17 | Balance Cobrado - 12,693 | | |
| 11 17 | INTER. TRANS 3004948059 | | 12 571 00 |
| | 111716124756 | | |
| 11 18 | Balance Cobrado - 12,571 | | |
| 11 29 | Balance Cobrado - 21,939 | | |
| 11 29 | INTER TRANS 3004948059 | | 10 55 |
| | 112916092830 | | |
| 11 29 | INTER. TRANS 3004948059 | | 698 67 |
| | 112916092779 | | |
| 11 29 | INTER TRANS 3004948059 | | 2 398 04 |
| | 112916093559 | | |
| 11 29 | INTER TRANS 3004948059 | | 5 752 00 |
| | 112916093657 | | |
| 11 30 | Balance Cobrado - 12 57 | | |

### Resumen de débitos

| Fecha | Descripción | Cantidad |
|---|---|---|
| | | |

 

CHAPTER II DEBTOR IN POSESSION BK

| | |
|---|---|
| Página | 2 |
| Número de cuenta | 3004955497 |
| Desde | 31 Oct 2016 |
| Hasta | 30 Nov 2016 |

### Resumen de débitos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 11-18 | ACH RECEIVED TRANSACTION DB 02/USATAXPYMT IRS | 32.14 |
| 11-30 | ACH RECEIVED TRANSACTION DB 02/USATAXPYMT IRS | 19.52 |
| 11-30 | ACH RECEIVED TRANSACTION DB 01/HACIENDA   HACIENDA PARA SE | 711.50 |
| 11-30 | ACH RECEIVED TRANSACTION DB 01/HACIENDA   HACIENDA PARA SE | 2,883.33 |
| 11-30 | ACH RECEIVED TRANSACTION DB 02/USATAXPYMT IRS | 5,762.85 |

### Resumen de balance diario de la cuenta

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 11-02 | 5,767.55 | 11/14 | 0.00 | 11/18 | 12,571.00 |
| 11-03 | 0.00 | 11/16 | 6,112.19 | 11/29 | 21,939.20 |
| 11-10 | 226.61 | 11/17 | 12,603.14 | 11/30 | 12,571.00 |

### Resumen de cargos por sobregiro y efectos devueltos:

| | Total del periodo | Total acumulado durante el año 2016 |
|---|---|---|
| Total de intereses por sobregiro | $0.00 | $0.00 |
| Total de cargos diarios por sobregiro | $0.00 | $0.00 |
| Total de cargos por efectos pagadas | $0.00 | $0.00 |
| Total de cargos por efectos devueltos | $0.00 | $0.00 |

ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending | 11/30/2016 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United Sates Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

| | | | |
|---|---|---|---|
| NAME OF BANK: | SANTANDER | BRANCH: RIO PIEDRAS | |
| ACCOUNT NAME: | DIP COMMERCIAL | ACOUNT NUMBER: | 3004955357 |
| PURPOSE OF ACCOUNT: | PAYROLL | | |

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 693.59 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | 693.59 ** (a) |

\* Debit cards must not be issued on this account.

\*\* If Closing Balance is negative, provide explanation:

The following disbursements were paid in Cash:
[ ]  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as " Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7

ATTACHMENT 5B

## CHECK REGISTER - PAYROLL ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period beginning 11/1/2016 | | Period ending: | 11/30/2016 |
| NAME OF BANK: | BANCO SANTANDER | BRANCH: | RIO PIEDRAS |
| ACCOUNT NAME: | DIP COMMERCIAL | | |
| ACCOUNT NUMBER: | 3004955357 | | |
| PURPOSE OF | PAYROLL | | |

Account for all disbursements, including voids, lost payments, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| SEE LIST ATTACH | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $      . |

MOR-8

**CHECK REGISTER - Hundwide Logistics, Inc.**
**NOVEMBER 1 2016 TO NOVEMBER 30, 2016**

NAME OF BANK: SANTANDER
ACCOUNT NUMBER: 80043553157
PURPOSE OF ACCOUNT: PAYROLL*** Ojeda

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 11/9/2016 | HARLAND CLARK | CHECK ORDER | 435.58 |
| ACH | 11/14/2016 | BANCO SANTANDER | RET CK CHARGE | 15.00 |
| ACH | 11/15/2016 | BANCO SANTANDER | IVU BANK CHARGE | 1.73 |
| ACH | 11/11/2016 | ADP | PAYROLL 11-11-2016 | 33,885.14 |
| ACH | 11/25/2016 | ADP | PAYROLL 11-25-2016 | 31,505.92 |
| 50736 | 11/11/2016 | PAYROLL 11-11-2016 | RODRIGUEZ GONZALEZ | 603.82 |
| 50737 | 11/11/2016 | PAYROLL 11-11-2016 | SANTANA SANTIAGO | 794.07 |
| 50738 | 11/11/2016 | PAYROLL 11-11-2016 | GARCIA ZAYAS | 749.34 |
| 50739 | 11/11/2016 | PAYROLL 11-11-2016 | RIVERA CRUZ | 669.98 |
| 50740 | 11/25/2016 | PAYROLL 11-25-2016 | FIGUEROA ROSARIO | 766.75 |
| 50741 | 11/25/2016 | PAYROLL 11-25-2016 | MONGE QUIÑONES | 728.19 |
| 50742 | 11/25/2016 | PAYROLL 11-25-2016 | RODRIGUEZ GONZALEZ | 613.00 |
| 50743 | 11/25/2016 | PAYROLL 11-25-2016 | ROSA OJEDA | 558.03 |
| | | | | |
| | | | | |
| | | | $ | 71,326.55 |



## ESTADO DE CUENTA



CHAPTER II DEBTOR IN POSESSION BK
ESTATE OF ISLANDWIDE LOGISTICS INC
CASE 1607693ESL11 NO
PO BOX 11670
SAN JUAN PR 00922-1670

| | |
|---|---|
| Pagina | 1 |
| Número de cuenta | 3004955357 |
| Desde | 31 Oct 2016 |
| Hasta | 30 Nov 2016 |

Caso #
1607693ESL

| | |
|---|---|
| Total de depósitos en el Banco | $693.59 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a BANCO EN CASA: 787-281-2000 ó 1-800-726-8263 | PYMES: 787-281-3539

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por
Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**



### DEBTOR IN POSSESSION COME

Número de cuenta   3004955357

| | | |
|---|---|---|
| Balance inicial | | $ 0.00 |
| Depósitos y otros créditos | 5 | + 141,905.28 |
| Cheques pagados y otros retiros | 15 | - 141,211.69 |
| Balance final | | $ 693.59 |

### Información de intereses

Intereses ganados $   0.00 basado en un periodo de 30 Días.
Con una tasa anual de rendimiento de   0.00 %.

### Resumen de créditos

| Fecha | Descripción | | Cantidad |
|---|---|---|---|
| 10 31 | Balance Cobrado - | 0 | |
| 10 31 | Tasa int. anual 0.000 % | | |
| 11 02 | Balance Cobrado - | 36,000 | |
| 11 02 | INTER. TRANS: 3004948959 | | 36,000.00 |
| | 110216091111 | | |
| 11 09 | Balance Cobrado - | 35,564 | |
| 11 09 | INTER. TRANS: 3004843508 | | 36,000.00 |
| | 110916170259 | | |
| 11 10 | Balance Cobrado - | 1,699 | |
| 11 10 | INTER. TRANS: 3004843508 | | 20 14 |
| | 11 1016084117 | | |
| 11 14 | Balance Cobrado - | 34,295 | |
| 11 14 | Anulación pago ACH cta corriente | | 33,885 14 |
| 11 15 | Balance Cobrado - | 408 | |
| 11 17 | Balance Cobrado - | 36,408 | |
| 11 17 | INTER. TRANS: 3004848959 | | 36,000.00 |
| | 1117 16095848 | | |
| 11 18 | Balance Cobrado - | 35,669 | |
| 11 22 | Balance Cobrado - | 34,865 | |
| 11 25 | Balance Cobrado - | 693 | |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Dia pagado | Número de Cheque | Cantidad | Dia Pagado |
|---|---|---|---|---|---|
| | | | | | |





CHAPTER II DEBTOR IN POSESSION BK

| | | |
|---|---|---|
| Página | | 2 |
| Número de cuenta | | 3004955357 |
| Desde | | 31 Oct 2016 |
| Hasta | | 30 Nov 2016 |

**Resumen de débitos**

| Fecha | Descripción | Cantidad |
|---|---|---|
| 11/09 | ACH RECEIVED TRANSACTION DB<br>01/CHK ORDERS HARLAND CLARKE | 435.58 |
| 11/09 | INTER. TRANS. 3004843508<br>110916090918 | 36,000.00 |
| 11/10 | Pagos ACH de cta cheques<br>01/PAYROLL   ISLANDWIDE LOGIS | 33,885.14 |
| 11/14 | Cargo efecto devuelto NAF<br>01/PAYROLL   ISLANDWIDE LOGIS | 15.00 |
| 11/15 | IVU BANK CHARGE<br>CARGO EFECTO DEVUELTO NAF: 2016-11-14 | .1.73 |
| 11/15 | Aviso de débito<br>ACH SETT RETURN 11-14-16 | 33,885.14 |
| 11/25 | Pagos ACH de cta cheques<br>01/PAYROLL   ISLANDWIDE LOGIS | 31,505.92 |

**Resumen de balance diario de la cuenta**

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 11/02 | 36,000.00 | 11/15 | 408.89 | 11/22 | 34,865.48 |
| 11/09 | 35,564.42 | 11/17 | 36,408.89 | 11/25 | 693.59 |
| 11/10 | 1,699.42 | 11/18 | 35,659.55 | 11/30 | 693.59 |
| 11/14 | 34,295.76 | | | | |

**Resumen de cargos por sobregiro y efectos devueltos:**

| | Total del periodo | Total acumulado durante el año 2016 |
|---|---|---|
| Total de intereses por sobregiro | $0.00 | $0.00 |
| Total de cargos diarios por sobregiro | $0.00 | $0.00 |
| Total de cargos por efectos pagados | $0.00 | $0.00 |
| Total de cargos por efectos devueltos | $15.00 | $15.00 |



ESTADO DE CUENTA



Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros efectos procesados en este estado.



| 50736 | $-603.82 | 11/14/16 |
| 50737 | $-794.07 | 11/22/16 |
| 50738 | $-749.34 | 11/18/16 |
| 50739 | $-669.98 | 11/14/16 |
| 50740 | $-766.75 | 11/25/16 |
| 50741 | $-728.19 | 11/25/16 |
| 50742 | $-613.60 | 11/25/16 |
| 50743 | $-558.03 | 11/25/16 |

<u>ATTACHMENT 4A</u>

<u>MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT</u>

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending | 11/30/2016 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United Sates Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

| | | | |
|---|---|---|---|
| NAME OF BANK: | SANTANDER | BRANCH: RIO PIEDRAS | |
| ACCOUNT NAME: | DIP COMMERCIAL | ACOUNT NUMBER: | 3004955373 |
| PURPOSE OF ACCOUNT: | POS | | |

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 2,419.86 |
| Plus Total Amount of Outstanding Deposits | $ | 3,166.47 |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | 5,586.33 ** (a) |

* Debit cards must not be issued on this account.

** If Closing Balance is negative, provide explanation: _____

The following disbursements were paid in Cash:
[ ]  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as " Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7

ATTACHMENT 5A

CHECK REGISTER - OPERATIONAL ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC | Case Number: | 16-07693 |
| Reporting Period beginning | 11/1/2016 | Period ending: | 11/30/2016 |
| NAME OF BANK: | BANCO SANTANDER | BRANCH: | RIO PIEDRAS |
| ACCOUNT NAME: | DIP COMMERCIAL | | |
| ACCOUNT NUMBER: | 3004955373 | | |
| PURPOSE OF | POS | | |

Account for all disbursements, including voids, lost payments, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| SEE LIST ATTACH | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $          . |

MOR-8

**CHECK REGISTER - Islandwide Logistics, Inc.**
**NOVEMBER 1,2016 TO NOVEMBER 30,2016**

NAME OF BANK: SANTANDER
ACCOUNT NUMBER: 3004955373
PURPOSE OF ACCOUNT: POS 5373 !!!!!!!

| Check Number. | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 11/30/2016 | BANCO SANTANDER | SERVICE CHARGE | 10.00 |
| | | | | |
| | | | $ | 10.00 |

 **ESTADO DE CUENTA** 

CHAPTER II DEBTOR IN POSESSION BK
ESTATE OF ISLANDWIDE LOGISTICS INC
CASE 1607693ESL11, POS
PO BOX 11670
SAN JUAN PR 00922-1670

| | |
|---|---|
| Pagina | 1 |
| Número de cuenta | 3004955373 |
| Desde | 31 Oct 2016 |
| Hasta | 30 Nov 2016 |

10
601

Caso #
1607693ESL

| | |
|---|---|
| Total de depósitos en el Banco | $2,419.86 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a **BANCO EN CASA: 787-281-2000 ó 1-800-726-8263 | PYMES: 787-281-3539**

Convierta su estado de cuenta en energía , Solicítelo electrónicamente por
Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.



### DEBTOR IN POSSESSION COME
Número de cuenta 3004955373

| | | |
|---|---|---|
| Balance inicial | | $ 0.00 |
| Depositos y otros créditos | 1 | + 2,429.86 |
| Cheques pagados y otros retiros | 1 | - 10.00 |
| Balance final | | $ 2,419.86 |

### Información de intereses

Intereses ganados $ 0.00 basado en un periodo de 30 Dias.
Con una tasa anual de rendimiento de 0.30 %.

### Resumen de créditos

| Fecha | Descripción | | Cantidad |
|---|---|---|---|
| 10 31 | Balance Cobrado · 0 | | |
| 10 31 | Tasa int. anual 0.000 % | | |
| 11 25 | Balance Cobrado · 2,429 | | |
| 11 25 | ACH POS CREDIT | | 2,429.86 |
| | 01/MERCH DEP MERCHANT SERVICE CUSTID 8030638038 LOGISTICS | | |

### Resumen de débitos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 11 30 | O BAL P BAL SERVICE CHARGE | 10.00 |

### Resumen de balance diario de la cuenta

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 11 25 | 2,429.86 | 11 30 | 2,419.86 | | |

### Resumen de cargos por sobregiro y efectos devueltos:

| | Total del periodo | Total acumulado durante el año 2016 |
|---|---|---|

ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

Each savings and investments account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NONE. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $          -  (a) |

## PETTY CASH REPORT

The following Petty Cash Drawers / Accounts are maintained:

| Location of Box / Account | (Column 2) Maximum Amount of Cash in Drawer / Acct. | (Column 3) Amount of Petty Cash on Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| ISLANDWIDE LOGISTIC FACILITIES | $      2,500.00 | $        261.74 | $        2,238.26 |
| | | | |
| TOTAL | | $       261.74  (b) | |

For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation

TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)          $          261.74  (c)

c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

000007

*TWO HUNDRED THIRTY-EIGHT AND 26 / 100

| | 11/2/2016 | ***********238.26* |

BARTOLO LUGO

50-BALU000

| 10/29/2016 | PETTY102916 | | 238.26 | 0.00 | 0.00 | 238.26 |

| 000007 | 11/2/2016 | BARTOLO LUGO | | | | 238.26 |

| 10/29/2016 | PETTY102916 | | 238.26 | 0.00 | 0.00 | 238.26 |



More saving.
More doing.

Recibo ...

... auto expr ...
· 855-...-... ·
Plan ... Sun ... · ... ·
Cajera: 261·
10-05-16 10:1·:··

Numero de Cuenta:     XX·0276132·
Cantidad de Pago:     $      10.00
Metodo de Pago:       Debito 1332
Balance:              $      20.25

*** Balance pueda no reflejar
transacciones en proceso ***

Recarga automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta de sus
balances registrados su cuenta.
Visite www.autoexpreso.com

BIENVENIDO A
...







**BALANCE DUE**      0.00

# Walgreens

#1073  2E AVE PONCE DE LEON
GUAYNABO, PR 00965
787-782-1798

405       9     0072  10/20/2016 2:02 PM

AQUA PURE WATER      16 90Z 24PK
  [140.182 1]              B    10.47 SALE
  [3.99 4]
  REGULAR PRICE 3.99
  SAVINGS 1.50
  WEIGHT PRICE 3.48 ea

SUBTOTAL                      10.47
SLS TAX 10% 6 1.0%             0.10

TOTAL                         10.57
CASH                          20.00
CHANGE                         9.43

BALANCE REWARDS SAVINGS        1.50

THANK YOU FOR SHOPPING AT WALGREENS

GET MORE WITH BALANCE REWARDS.
REDEEM POINTS FOR SOMETHING EXTRA
IN A FUTURE PURCHASE. RESTRICTIONS
APPLY. FOR TERMS AND CONDITIONS,
VISIT WALGREENS.COM/BALANCE

RFID# 0078-8729-2482-1610-2003

CONTROL : UL98Q-VBP57

********************************************

**rewards**

TOTAL SAVINGS              $1.50
SAVINGS VALUE               13%

POINT BALANCE               860

POINTS TO $5 REWARD        4140

BALANCE REWARDS ACCT # *********0541

OPENING BALANCE            760
  EVERYDAY ITEMS - RETAIL  100
CLOSING BALANCE            860

********************************************

## SUPER-COLMADO TU VEGA 2

Sierra Bayamon Calle Belorico, #9.43a
Seccion
BAYAMON, PR 00961
7877855303

Cashier: Reiru
18-Oct-2016 10.10.17P

1 Custom Item                    $19.50

Total                            $19.50

CASH SALE                        $19.50
Cash tendered                    $20.00
Change                            $0.50

Order 7B19Y11G3JKNW



6QYP6X5D47NAA

IVU

Processed By BankTechPR.com

BIENVENIDOS A
GULF RIO PIEDRAS
Tel 787-765-1137

| Descri | Qty | Amount |
|--------|-----|--------|
| Prepay CASH | | 20.00 |

Sub Total       20.00
MUNICIPAL        0.00
ESTATAL          0.00
TOTAL       20.00
CASH $      20.00

THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01  TRANS 12626
10/27/16  11:02:06           ST# 61001

---

LECHONERA EL MOJITO
CARR 184 KM 32.9
Cayey, PR 00736
(787) 738-8000

Mesero: Rosaida              Estacion: 13

# de Orden: 105256                    Ordenes

>> ORDEN PAGADA <<

| 1 SERVICIO LECHON | 7.95 |
| ARROZ GANDULES | |
| 1 GUINEOS | 0.75 |
| 2 TOSTONES | 1.00 |
| 1 DIET COKE | 1.25 |

SUB TOTAL:          10.95
CITY TAX 1%:         0.10
PR TAX 10.5%:        1.02

TOTAL:            $12.07

Efectivo DADO:      20.00

CAMBIO:             -7.93

>> # de cuenta:  2258 <<
Creado: 10/27/2016 1:56:00 PM
PAGADA: 10/27/2016 1:56:45 PM

GRACIAS!



---

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Sur, Facil 2
Cajero: 261
10/27/16 11:21:22

Numero de Cuenta:    A 02781921
Cantidad de Pago:    $    5.00
Metodo de Pago:         Efectivo
Balance:             $   15.60

*** Balance puede no reflejar
transacciones en proceso ***

Recargue automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com



# Office DEPOT
# OfficeMax

OFFICE MAX STORE 6183
1500 Comercio Ave  RB 167
Bayamon P R  00961

10/26/2016    16 8 2         9 29 AM
STR 6183   REG 1   TRN 8853  EMP 283785

SALE

| Product ID | Description | Total |
|---|---|---|
| 603293 | REF,PREINK,2PX | 8 49 TX |

| | | |
|---|---|---|
| Subtotal: | | 8.49 |
| PR State Tax | 10.5% | 0.89 |
| PR City Tax | 1% | 0.08 |
| Total: | | 9.46 |
| Cash: | | 20 00 |

CHANGE        (10 54)

CONTROL:      OZSQG-MJDAS
OD
BARTOLO LUGO 973189271
Please create your online rewards
account at officedepot.com/rewards
You must complete your account to
claim your rewards and view your
status.

Shop online at www.officedepot.com

UE WANT TO HEAR FROM YOU!

Participate in our online customer
survey and receive a coupon for
$10 off your next qualifying
purchase of $60 or more on
office supplies, furniture and more.
(Excludes technology  Limit 1 coupon per
household/business )

Visit www.officedepot.com/feedback
and enter the survey code below:
N4N8 3AT5 4B5E


2PTT699PY6646PLC

---

ECONO
DONDE MEJOR    SE COMPRA
ECONO LEVITTOWN

Lunes a Sabados 8:00am a 10:00 am
Domingos 11:00am a 7:00pm
Tel: 784-3640, 784-3650,784-1270
Saque Cuotas Pierda Prenda Leg billidad
Correos

Cash a  Michelle Hernandez

10/24/16                    06:33:31

MISCELANEOS
»Silver Vasc100-7»
AHORRO ECON                    .27
LACTEOS
    1 @  2/ 3.00
MiPanDeAguadilla               1.50  F
    1 @  2/ 3.00
MiPanDeAguadilla               1.50  F
    1 @  2/ 3.00
MiPanDeAguadilla               1.50  F
            SUBTOTAL          5.48
            Tax Municipal 1%   .01
            Tax Estatal 10.5%  .10
            TOTAL             5.59
    CASH        TENDER        6.00
    CASH        CAMBIO         .41

            Total de Articulos    4

Tx::2     Term 9     Store:8    06:34:00

Toda Mercancia y/o enseres tiene 5
dias para cambio o devolucion.
Articulos Perecederos 24 Horas Compras
Tarjetas se hara credito a la misma.



ECONO
DONDE MEJOR    SE COMPRA
ECONO LEVITTOWN

Lunes a Sabados 8:00am a 10:00 am
Domingos 11:00am a 7:00pm
Tel: 784-3640, 784-3650,784-1270
Saque Cuotas Pierda Prenda Leg billidad
Correos

Cashier   Melba Martinez

10/24/16

LACTEOS

# Packaging Supply, Inc.

Calle 3 D-26 Villa Aurora
Cataño, PR  00962-5921
Tel. 787-587-5942
Fax 787-545-2185

**Invoice**

Number: 1469

Date:    October 28, 2016

**Bill To:**

Island Wide
P.O. Box 11670
San Juan, PR 00922-1670

**Ship To:**

Bartolo Lugo
Island Wide
Catano, PR 00962

| P.O. Number | Terms | Customer # | Ship | Via | Sales Rep |
|---|---|---|---|---|---|
| Bartolo Lugo | 15 DAYS NET | | SPI | SPI TRUCK | 01-JQ |

| Quantity | Description | Quantity Ship | Price Each | T | T | Amount |
|---|---|---|---|---|---|---|
| 2 cs | Pres-Stretch 15"  X 1500' EasyWrap   4rl/cs | 2.00 | 26.85 | ✔ | ✔ | 53.70 |

| | |
|---|---|
| Sub-Total | $53.70 |
| State Tax 10.50% on 53.70 | 5.64 |
| City Tax 1.00% on 53.70 | 0.54 |
| Total | $59.88 |

Fecha:

Firma:

Nombre:

Hora:

000010

*FIVE HUNDRED TWENTY-ONE AND 82 / 100

|  |  | 11/4/2016 | ***********521.82* |
| --- | --- | --- | --- |

JOSE ALEGRIA

50-JOAL000

| 10/27/2016 | PETTY102716 |  | 521.82 | 0.00 | 0.00 | 521.82 |
| --- | --- | --- | --- | --- | --- | --- |

| 000010 | 11/4/2016 | JOSE ALEGRIA |  | 521.82 |
| --- | --- | --- | --- | --- |

| 10/27/2016 | PETTY102716 |  | 521.82 | 0.00 | 0.00 | 521.82 |
| --- | --- | --- | --- | --- | --- | --- |

| 000010 | 11/4/2016 | JOSE ALEGRIA |  | 521.82 |
| --- | --- | --- | --- | --- |



# Reembolso de Petty Cash

Terminal    HME - FLEET/FACILITIES

| Fecha | Suplidor | Descripcion | Cantidad | CO | LOC | TOTAL |
|-------|----------|-------------|----------|----|----|-------|
| 24-Oct-16 | General Machinery Contractors | Piezas para reparación tres montacargas | $ 131.54 | IWL | Cataño | $ 131.54 |
| 24-Oct-16 | General Machinery Contractors | Terminales para Crown ...597 | 1.79 | IWL | Cataño | 133.33 |
| 26-Oct-16 | Light Gas | 9-Tanques de Gas para montacargas 3M | 256.50 | IWL | Cataño | 389.83 |
| 26-Oct-16 | The Home Depot | Dispensador de Agua para Ofic Irving Martinez | 119.31 | IWL | Rexco | 509.14 |
| 27-Oct-16 | BurgerKing | Alimentos Manuel Rivera en Trabajo Ponce | 4.45 | IWL | Ponce | 513.59 |
| 27-Oct-16 | KFC | Alimentos Manuel Rivera en Trabajo Ponce | 8.23 | IWL | Ponce | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |
| | | | | | | 521.82 |

Total Gastado (Cantidad a Restituir):    $ 521.82

Petty Cash Asignado:    $ 1,300.00

PREPARADO POR:    JOSE A. ALEGRIA

APROBADO POR:

FECHA:    29-Oct-16



# GENERAL MACHINERY CONTRACTORS
**The Forklift Specialists**
PRMSDC/NMSDC Certified Supplier

## INVOICE

| Number | Date |
|---|---|
| S161024-002 | 10/24/2016 |

Terms:C.O.D.

GENERAL MACHINERY CONTRACTORS INC
210 CARR 869 STE 1
CATANO

DATE Oct 24,16
TIME 09:45:10
HOST ATH
BATCH 000713
TERMINAL ID 30000748
MERCHANT ID 4549106410103

SALE

DISCOVER ACCT. ************6573

AUTH. CODE: 024928    INVOICE :010331
TRACE :010977

AMOUNT: $ 117.97
State TAX: $ 12.39
Mun. TAX: $ 1.18
TOTAL : $ 131.54

**PAID**

CONTROL #2428ESGL
ET

JUL 4 2016

@Islandwide

CARDHOLDER WILL PAY CARD ISSUER ABOVE GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER
Gracias por su patrocinio

SHIP TO ADDRESS(If different from billing)
CLIENTE ESPECIAL C

| ES-MAN | Customer.PO.NO | Ship Via | Ship Date | RTE |
|---|---|---|---|---|
| Marcano | ISLAND WIDE | Cust. Pickup | 10/24/2016 | |

| DESCRIPTION | Unit Price | Amount |
|---|---|---|
| STRINGS – Picker Crown 947 | 3.41 | 102.30 |
| N SUPREME AW 68 GALLON – Reymond same #10951 | 12.00 | 12.00 |
| RED #2 LITHIUM CART 14 oz → Crown small 154 | 3.67 | 3.67 |

Cataño IWL

**PAID**

NO ACEPTAMOS DEVOLUCION DE PIEZAS ELECTRICAS Y CORRECTAMENTE DESPACHADAS.
NO MERCHANDISE TO BE RETURNED WHITHOUT AUTORIZATION.
PARTS NOT RETURNABLE AFTER 10 DAYS FROM PURCHASE DATE.

Remark

JOSE A. ALEGRIA

| | |
|---|---|
| Sub Total | 117.97 |
| Tax | 13.57 |
| Freight | 0.00 |
| PLEASE PAY THIS AMOUNT | 131.54 |

¡Nuestra meta es servirle mejor! Envíanos tus sugerencias a
info@gmcrentals.com. El cliente se compromete a pagar 1.5% mensual por cargos
de financiamiento en todas facturas mas una suma razonable de honorarios de

No se aceptara devolucion sin la debida autorización. Toda devolucion sera
procesada como credito y requiere recibo de compra.
Nos reservamos el derecho de devolución

Remit To
**General Machinery Contractors, Inc.**
210 Carr 869 Ste 1
Cataño, PR 00962-7015
Phone: 787-400-2323
Fax: 787-251-5300
www.gmcrentals.com
www.hydraulicdepotpr.com
Bayamón Phone: 787-787-9191
Cataño Phone: 787-400-1133
Cataño Fax: 787-779-4300

**GENERAL MACHINERY CONTRACTORS**
The Forklift Specialists
PRMSDC/NMSDC Certified Supplier

# INVOICE

| Number | Date |
|--------|------|
| S161024-004 | 10/24/2016 |

Terms: C.O.D.

BILLED TO ADDRESS
CLIENTE ESPECIAL

SHIP TO ADDRESS (if different from billing)
CLIENTE ESPECIAL C

| Order# | ORDER RECEIVED ON | SALES-MAN | Customer.PO.NO | Ship Via | Ship Date | RTE |
|--------|-------------------|-----------|----------------|----------|-----------|-----|
| S161024-004 | 10/24/2016 | CMarcano | ISLAND WIDE | Cust. Pickup | 10/24/2016 | |

| QUANTITY | | UNIT | LOC | DESCRIPTION | Unit Price | Amount |
|----------|---------|------|-----|-------------|------------|--------|
| ORDERED | SHIPPED | | | | | |
| 20.00 | 20.00 | EACH | | INS 656 PRIMARY TERM | 0.08 | 1.60 |

*Terminales*
*Crown ... 597*
*Cataño IWL*

PAID

NO ACEPTAMOS DEVOLUCION DE PIEZAS ELECTRICAS Y CORRECTAMENTE DESPACHADAS.
NO MERCHANDISE TO BE RETURNED WITHOUT AUTORIZATION
PARTS NOT RETURNABLE AFTER 10 DAYS FROM PURCHASE DATE.

Remark

JOSE A. ALEGRIA

| | | |
|---|---|---|
| Sub Total | 1.60 |
| Tax | 0.19 |
| Freight | 0.00 |
| PLEASE PAY THIS AMOUNT | 1.79 |

¡Nuestra meta es servirle mejor! Envíanos tus sugerencias a
info@gmcrentals.com. El cliente se compromete a pagar 1.5% mensual por cargos
de financiamiento en todos los artículos. Más una suma racional de honorarios de

No se aceptan devolución sin la debida autorización. Toda devolución será
procesada como crédito y requiere recibo de compra.
Nos reservamos el derecho de devolución.

**OATH**

LIGHT GAS (GAX LIFT CYLS
CARR 1 KM 87.3 BO COCO
SALINAS                      HOST
TIME                          AIN
OCT 26-16    07:30:37
BATCH        TERMINAL ID    MERCHANT ID
000034       300H4363  4549186135108

SALE

USER: ALMI        ACCT.
NC                xxxxxxxxxxxxx1987
                  AAX MANUAL ENTRY xxx

AUTH. CODE: 826522    INVOICE: 000048
                      TRACE : 000081

TOTAL           266.00

SIGNATURE:

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND-OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

9 Tanques de Gas

Atencion Sr.
Alegria.

---

**Light Gas CORPORATION**
INDUSTRIAL • COMERCIAL • DOMESTICO
P.O. Box 1155 Salinas, P R 00751
Tel. 824-4838 / Fax. 824-5913
FG-854, Lic 286

RECIBO              ( ) Efectivo
329199              ( ) Cheque      NO. CLIENTE

UN 1075, LIQUEFIED PETROLEUM GAS, 2.1, NON COR.

#CK          = 826 92 Z
Recibido por: Islandwde Ozfaño

| CONCEPTO | FECHA | # BOLETO DE ENTREGA | CANTIDAD |
|----------|-------|---------------------|----------|
|          |       | 16 4816             | 256.50   |
|          |       |                     |          |
|          |       |                     |          |
| (✓) Gas  |       |                     |          |
| ( ) Otros|       |                     |          |
|          |       |                     |          |
| **TOTAL**|       |                     | 256.00   |

EN CASO DE ROTURAS O ESCAPE DE GAS
TELEFONO DE EMERGENCIA 24 HORAS
787-824-4838 / 1-800-981-4833
ACCOUNT # P.R. 7968

Recibido por                    Fecha  10/26/16
Rev 0512                              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

JOSE A. ALEGRIA



**More saving.**
**More doing.**℠

OFRECEMOS SERVICIOS DE INSTALACIONES...
PREGUNTENOS!!! 787-279-7990

6405  00059  92730    10/26/16  12:37 PM
CASHIER SELF CHECK OUT

833451006044 H&C DISPENSE <A>    107.00
    GLACIER BAY H&C WATER DISPENSER

              SUBTOTAL      107.00
              MUNICIPAL TAX   1.07
              ESTATAL TAX    11.24
              TOTAL        $119.31
XXXXXXXXXXXXX8573 DISCOVER
                      USD$ 119.31
                             TA
AUTH CODE 02644B/9591932
Chip Read
AID A0000001523010      446973636F76657220
437265646974
TVR 0000008000
IAD 0105608000000000
TSI E800
ARC 00

P.O.#/JOB NAME: CONSUMER

6405 59 92730 10/26/2016 1051

        RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
A      1         90         01/24/2017
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

        GUARANTEED LOW PRICES
        LOOK FOR HUNDREDS OF
        LOWER PRICES STOREWIDE
Only unused generators may be returned
with valid receipt of sale within 15
days of purchase. If generator is used,
         sale is final.
*********************************

        ¡PARTICIPE! ENTRE
     PARA LA OPORTUNIDAD
      DE GANAR 1 DE 5
      $1000 TARJETAS DEL
         REGALO DE THD!

  ¡Su opinión cuenta! Nos gustaría
escuchar sobre su experiencia de
compra. Participe en una breve encuesta
     acerca de su visita en:

         www.homedepot.com/survey

Necesitará lo siguiente para participar:

     I    E USUARIO:
   2PX3 192154 185808

       CONTRASEÑA:
       16526 185749

Las encuestas deben llenarse dentro de
   los 14 días de la compra.
Los participantes deben tener 18
  años o más para concursar. Vea
 las reglas completas en nuestro sitio
    Web. No se requiere compra.

  This survey may also be found in
      English on our website.

*****************************************
     CONTROL: KDTV3-51FKG

*****************************************

JOSE A. ALEGRIA



Dispensador de Agua
para Oficina Irving Martinez

Rex co IWC

P A D

Page 1 of 1

Bienvenido a la Casa del Whopper!
BK # 3039
ENTRA A BURGERKINGPR.COM

## ORDER 481
### TAKE OUT

P08-CRO S/H/Q                           3.99
*CROISS S/H/Q
*HASHBROWN 14
*ESPRESSO 100% de PR

```
              SUBTOTAL             3.99
              C. 1 TAX             0.04
              G. 10.5 TAX          0.42
              TOTAL                4.45
              ATH CREDITO          4.45
              CHANGE               0.00
```

PAID

Islandwide

**BK REWARDS**
REGISTRA TU TARJETA EN
BURGERKINGPR.COM/BKREWARDS
Acumula el 5 porciento de tus compras y
redime tu balance en tu proxima visita.
Registrate y recibe un agrandado GRATIS
Disfruta de muchos beneficios con tu
tarjeta BK Rewards.
*PIDELA HOY*
LO ATENDIO  OCASIO (ASIST)
Thu Oct 27 2016 09:07 AM T=01L I=2 C=282
- - - - - - - - - - - - - - - - - - - - - - -
CONTROL: JSRNP-USLJX
ST
processed by Softek

EN KFC VALORAMOS SU OPINION.

RECIBA 2 PRESAS GRATIS AL COMPRAR

1 COMPLEMENTO Y PEPSI 16OZ EN SU

PROXIMA VISITA. TIENE 7 DIAS PARA

LLENAR ENCUESTA EN INTERNET.

WWW.KFCEXPRESATE.COM

ANOTE EL NUMERO QUE LE DA EL SISTEMA

AQUI:.......... VALIDO POR 21 DIAS

¡GRACIAS POR SU VISITA!

REG  1          ORDER     STORE 527
                **195**

10/27/16                  12:57PM


CREDIT SALE

         ATH
  1  CB  BCRUN
       REG              6.49
  1  NO UPG             .00
    1 ×FF/REG            .00
    1 ×PEP 16            .00
  1  C/Q.AME            .50
  1  16/21OZ            .39


SUBTOTAL              7.38
STATE TX               .78
CITY TX                .07
EAT-IN TOTAL          8.23

                              JOSE A. ALEGRIA

CASH TEND             8.23
CHANGE                 .00

000023

*ONE THOUSAND SEVEN HUNDRED NINETEEN AND 25 / 100

11/10/2016        **********1,719.25*

JOSE ALEGRIA

50-JOAL000

| 11/4/2016 | PETTY110416 | | 1,719.25 | 0.00 | 0.00 | 1,719.25 |

| 000023 | 11/10/2016 | JOSE ALEGRIA | | | | 1,719.25 |

| 11/4/2016 | PETTY110416 | | 1,719.25 | 0.00 | 0.00 | 1,719.25 |

| 000023 | 11/10/2016 | JOSE ALEGRIA | | | | 1,719.25 |



# Reembolso de Petty Cash

**Terminal**  HME - FLEET/FACILITIES

| Fecha | Suplidor | Descripcion | Cantidad | CO | LOC | TOTAL |
|-------|----------|-------------|----------|----|----|-------|
| 1-Nov-16 | Lift Trucks & Parts | Encoder Crown 1A304812 | $ 198.53 | IWL | Cataño | $ 198.53 |
| 1-Nov-16 | Lift Trucks & Parts | 4-Qts Aceite Transmisión Yale ...898V | 29.66 | IWL | Cataño | 228.19 |
| 1-Nov-16 | Grainger | Dispensador de Agua para Comedor Administración | 541.91 | IWL | Rexco | 770.10 |
| 1-Nov-16 | Roger Electric | Bombillas para Area 3M | 41.53 | IWL | Cataño | 811.63 |
| 2-Nov-16 | The Home Depot | Materiales Plomería para Instalación Disp Agua | 176.03 | IWL | Rexco | 987.66 |
| 2-Nov-16 | Plaza Barbosa | Cargo Estacionamiento visita a PRANF-AAA | 3.35 | IWL | Cataño | 991.01 |
| 2-Nov-16 | General Machinery Contractors | Link-Connecting para reparación Rollup Door | 3.35 | IWL | Cataño | 994.36 |
| 3-Nov-16 | Lucas Garcia | Inv 1170 Doble recogido paletas rotas | 150.00 | IWL | Rexco | 1,144.36 |
| 3-Nov-16 | Lift Trucks & Parts | Caja de bolas para Crown 9A146154 | 87.78 | IWL | Rexco | 1,232.14 |
| 3-Nov-16 | Lift Trucks & Parts | Caja de bolas para Crown 9A146154 | 40.81 | IWL | Rexco | 1,272.95 |
| 3-Nov-16 | Lift Trucks & Parts | Contact Cleaner para trabajos en montacargas | 12.76 | IWL | Cataño | 1,285.71 |
| 3-Nov-16 | General Machinery Contractors | Paños para trabajos en montacargas | 4.46 | IWL | Cataño | 1,290.17 |
| 4-Nov-16 | AutoZone | Herramientas para trabajo en Crown 9A146154 | 30.08 | IWL | Rexco | 1,320.25 |
| 4-Nov-16 | Light Gas | 14-Tanques de Gas para uso en todo Almacén | 399.00 | IWL | Cataño | 1,719.25 |
|  |  |  |  |  |  | 1,719.25 |
|  |  |  |  |  |  | 1,719.25 |
|  |  |  |  |  |  | 1,719.25 |
|  |  |  |  |  |  | 1,719.25 |
|  |  |  |  |  |  | 1,719.25 |
|  |  |  |  |  |  | 1,719.25 |
|  |  |  |  |  |  | 1,719.25 |
|  |  |  |  |  |  | 1,719.25 |
|  |  |  |  |  |  | 1,719.25 |

**Total Gastado (Cantidad a Restituir):** $1,719.25

**Petty Cash Asignado:** $ 1,300.00

PREPARADO POR:  _____  JOSE A. ALEGRIA

APROBADO POR:  _____

FECHA:  **5-Nov-16**



PO Box 6779
Caguas PR 00726-6779
Fax: (787) 286-1925
www.liftpr.com
LTPCustomerService@liftpr.com
PRSDC/NMSDC Certified Supplier

SAN JUAN - (787) 792-7514
CAGUAS - (787) 746-1965

# Invoice

| Invoice No: | 318089 |
| Invoice Date: | 11/01/16 |
| Terms: | Net 60 V |
| Due Date: | 12/31/16 |

Sold to:

ISLAND WIDE
PO BOX 11670

SAN JUAN PR 00922-1670

Shipped to:

ISLAND WIDE EXPRESS
PO BOX 11670

SAN JUAN PR 00922-1670

Copy

| Salesperson | Invoice Type | Customer No | Customer PO | Payment Terms |
|---|---|---|---|---|
| Luis D. Madera | Parts | C001406 | | Net 60 V |

| Quantity | Item No. | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 1 | 131357+ | ENCODER BEARING | USD 178.05 | USD 178.05 |

| | |
|---|---|
| Subtotal | USD 178.05 |
| Down Payment | 0.00 |
| Tax State | 18.70 |
| Tax Mun | 1.78 |
| Total | USD 198.53 |

*Crown 1A304812*

*Cataño IWC*

JOSE A. ALEGRIA

NOTE:
NO MERCHANDISE RETURNED WITHOUT AUTHORIZATION. RETURNED PARTS SUBJECT TO 20%
RESTOCKING CHARGE. NON STOCKING AND ELECTRICAL PARTS NOT REFUNDABLE. PARTS NOT
RETURNABLE AFTER 10 DAYS FROM PURCHASE

X _____
Customer Name                    Signature                    Date

*"Let us know with your suggestions how can we serve you better"*
LTPCustomerService@liftpr.com

Customer agrees to pay 1 1/2% per month FINANCE CHARGE on all past due items, plus a reasonable sum for attorney's fees and court costs in the enforcement of this agreement.

INV20026 Rev 10/13

Created by:        Luis Madera

# LIFT TRUCKS & PARTS, INC.

PO Box 6779
Caguas PR 00726-6779
Fax: (787) 792-2760
www.liftpr.com
LTPCustomerService@liftpr.com
PRSDC/NMSDC Certified Supplier

SAN JUAN - (787) 792-7514
CAGUAS - (787) 746-1965

# Invoice

| | |
|---|---|
| Invoice No: | **147513** |
| Invoice Date: | 11/01/16 |
| Terms: | - Cash Basic - |
| Due Date: | 11/01/16 |

**Sold to:**

MANUEL I W
USA

**Shipped to:**

One Time Customer
PR

Copy

| Salesperson | Invoice Type | Customer No | Customer PO | Payment Terms |
|---|---|---|---|---|
| Efrain Gonzalez | Parts | C00000 | | - Cash Basic - |

| Quantity | Item No. | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 4 | 798153 | VALVOLINE DEXRON 111 6q t.  ANTES 353 | USD 6.65 | USD 26.60 |

| | |
|---|---|
| Subtotal | USD 26.60 |
| Down Payment | 0.00 |
| Tax State | 2.79 |
| Tax Mun | 0.27 |
| Total | USD 29.66 |
| Paid/Credited | USD 29.66 |

JOSE A. ALEGRIA

**NOTE:**
NO MERCHANDISE RETURNED WITHOUT AUTHORIZATION. RETURNED PARTS SUBJECT TO 20%
RESTOCKING CHARGE. NON STOCKING AND ELECTRICAL PARTS NOT REFUNDABLE. PARTS NOT
RETURNABLE AFTER 10 DAYS FROM PURCHASE.

*4. Qts Aceite Transmision*
*Yale ... 898V*
*Box Catano UUC*

X
_____
Customer Name

_____
Signature

_____
Date

*"Let us know with your suggestions how can we serve you better"*
LTPCustomerService@liftpr.com

Customer agrees to pay 1 1/2% per month FINANCE CHARGE on all past due items, plus a reasonable sum for attorney's fees and court costs in the enforcement of this agreement.

Page:  1 of 1
INV20028 Rev 10/13

Created by:  Efrain Gonzalez

PACKING LIST

| SOLD TO ACCOUNT  222222226 | PURCHASE ORDER NUMBER | DELIVERY DATE AND TIME | | LINE SHIP | PAGE |
|---|---|---|---|---|---|
| JOSE ALEGRIA | JOSE ALEGRIA | 11/01/2016 | /34 | BR4/JVH | 1  OF 1 |
| cond parqu san agustin | DEPARTMENT NUMBER | | | DELIVER BY | |
| san juan PR  00923-3021 | JOSE ALEGRIA | MRCD | SALES ORDER NUMBER 1275852442 | 6341485146 | |
| CALLER | REQUISITIONER | BRANCH ADDRESS | | | |
| JOSE ALEGRIA | JOSE ALEGRIA | 105 AVE CONQUISTADORES | | | |
| TELEPHONE NUMBER | PROJECT/JOB NUMBER | CATANO PR 00962-6774 | | | |
| | JOSE ALEGRIA | 787-275-3500 | | | |
| SHIP TO | PO RELEASE NUMBER | CHECK NUMBER | CHECK AMOUNT | CASH REC'D PAID | TRANS TYPE |
| JOSE ALEGRIA | | | | | CO |
| 501 calle guayanilla apt 45 | SPECIAL INSTRUCTIONS | | INVOICE WILL FOLLOW | | |
| cond parqu san agustin | | SALES TERMS AND CONDITIONS ON RELEASE SIDE | | | |
| san juan PR  00923-3021 | | THANK YOU FOR YOUR ORDER | | | |
| ATTENTION  JOSE ALEGRIA | CARRIER NAME | # OF BOXES | FREIGHT TERMS | DATE ORDER RECEIVED | |
| | NONE | | PPA | | |

| ITEM DESCRIPTION | ITEM NUMBER | SHIP QTY | BACKORDER MESSAGE | TAX | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| POU Water Cooler,Hot and Cold,SS | 34TG64 | 1 | | T | 486.02 | 486.02 |

*Dispensador de Agua para*

*Comedor area administrativa* A I D

*Rexco IWC*

JOSE A. ALEGRIA

Grainger return text / terms and conditions (small print)

# GRAINGER
#### FOR THE ONES WHO GET IT DONE

SAP DELIVERY
6341485146

| | |
|---|---|
| SHIPPING | 0.00 |
| TAX COMM | 51.03 |
| TAX MUNI | 4.86 |
| TOTAL | 541.91 |

Roger Electric
Zona Ind. Luchetti
Marginal Carr #5
Bayamon,    00934
787-288-2004

**Sales Receipt**

Transaction #:      4185
Date:  11/1/2016    Time:  11:53:37 AM
Cashier:    c3    Register #:    1

| Description | Amount |
|---|---|
| Invoice #: 927969 | $37.25 |

| | |
|---|---|
| Sub Total | 37.25 |
| Mun Tax | 0.37 |
| Est Tax | 3.91 |
| Total | $41.53 |
| Cash Tendered | $60.00 |
| Change Cash | $18.47 |

CONTROL: KHFD6-82VNH
BS
Processed by Business Computer POS

**PAID**
4185  NOV 1 2016
Thank you for shopping
Roger Electric
We hope you'll come back **Islandwide**

---

| Invoice Date | Page 1 of 1 |
|---|---|
| Nov-01-2016 | |
| Invoice Number | |
| 0000927969 | |

**ROGER ELECTRIC - MAIN OFFICE**
PO BOX 3166
BAYAMON, PR 00960-3166
TEL. 787-786-3361    FAX 787-785-1808

# Invoice

Ship To:
Same

| PO Number | Ship Via | Terms |
|---|---|---|

| Description | Unit Price | Unit | Amount |
|---|---|---|---|
| 3FT. T8 59W 6500K | 9.3130 | EA. | 37.2520 |

Bombillas para Area 3M
Cataño 1WC

ROGER ELECTRIC CO
NOV 0 1 2016

JOSE A. ALEGRIA

| | |
|---|---|
| Subtotal | 37.25 |
| Municipal Tax | 0.37 |
| State Tax | 3.91 |
| Total Amount | 41.53 |

Job:

Received by:

In case of claims or returned goods please present this bill. No returns on sales of cable wire and electrical parts  All approved returns are subject to a 20% re-stocking charge. Roger Electric Co., INC.

Time  11 45 08 267

**Original**



THE HOME DEPOT®
More saving.
More doing.™

NUESTRA ENCUESTA DE SERVICIO
WWW.HOMEDEPOT.COM/OPINION

6401  00033  13905    11/02/16  10:15 AM
CASHIER MIDALIS

084691890362 PM8X1DS <A>              21.97
  PM8X1DS-15' CPPER UNIV ICEMAKER KIT
084691790945 FXUTC <A>
  CHLORINE SEDIMENT UNDERSINK FILTER
  2016.47                             32.94
718594888187 S CLR 10.3 <A>           4.98
  LANCO SILICONE SEAL CLEAR 10.3 OZ
718594753188 ACR WHT 10 <A>           1.68
  LANCO ACRYLIC LATEX WHITE 10.1 OZ
819561010409 GBBASHHSYS <A>
  GLACIER BAY BASIC HOUSEHOLD SYSTEM
  2019.98                             39.96
819561010461 HDX FLTRB2 <A>           9.97
  HDX HOUSEHOLD FILTERS-BLOWN 2-PACK
079340686274 1HIN STMIX <A>           4.98
  LOCTITE 1 MIN STATIC MIX EPOXY .470Z
098268619119 BRASS FTG <A>            3.98
  3/8X1/2BRASS COUPLING FLARE X FIP LF
042805445358 1/4X3/8CMCPL <A>         7.98
  1/4 X3/8 BRASS COUPLNG COMP X FIP LF
611942038343 3/4 M ADAPTR <A>
  3/4" PVC MALE ADAPTER SXMPT
  690.58                              3.48
611942038428 PVC M ADAPTR <A>         0.83
  3/4"X1/2" PVC MALE ADAPTER MPTXS
611942038336 1/2 M ADAPTR <A>
  1/2" PVC MALE ADAPTER SXMPT
  200.58                              1.16
073080069955 TOILET SEAT <A>         23.96
  EC PRO SERIES OF/COVER WOOD EL WHT

          SUBTOTAL         157.87
          MUNICIPAL TAX      1.61
          ESTATAL TAX       16.55
          TOTAL           $176.03
XXXXXXXXXXXXX8573 DISCOVER
                         USD$ 176.03
AUTH CODE 00225B/2330476           TA
Chip Read
AID A0000001523010     446973636F766572204
37265646974
TVR 0000008000
IAD 0105608000000000
TSI E800
ARC 00

P.O.#/JOB NAME: RXCO



6401 33 13905 11/02/2016 1458
RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A            1       90      01/31/2017
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
...ed generators may be returned
with valid receipt of sale within 15
days of purchase. If generator is used,
sale is final.

---



THE HOME DEPOT®
More saving.
More doing.™

NUESTRA ENCUESTA DE SERVICIO
WWW.HOMEDEPOT.COM/OPINION

6401  00033  13905    11/02/16  10:15 AM
CASHIER MIDALIS

084691890362 PH8X1DS <A>              21.97
  PH8X1DS-15' CPPER UNIV ICEMAKER KIT
084691790945 FXUTC <A>
  CHLORINE SEDIMENT UNDERSINK FILTER
  2016.47                             32.94
718594888187 S CLR 10.3 <A>           4.98
  LANCO SILICONE SEAL CLEAR 10.3 OZ
718594753188 ACR WHT 10 <A>           1.68
  LANCO ACRYLIC LATEX WHITE 10.1 OZ
819561010409 GBBASHHSYS <A>
  GLACIER BAY BASIC HOUSEHOLD SYSTEM
  2019.98                             39.96
819561010461 HDX FLTRB2 <A>           9.97
  HDX HOUSEHOLD FILTERS-BLOWN 2-PACK
079340686274 1HIN STMIX <A>           4.98
  LOCTITE 1 MIN STATIC MIX EPOXY .470Z
098268619119 BRASS FTG <A>            3.98
  3/8X1/2BRASS COUPLING FLARE X FIP LF
042805445358 1/4X3/8CMCPL <A>         7.98
  1/4 X3/8 BRASS COUPLNG COMP X FIP LF
611942038343 3/4 M ADAPTR <A>
  3/4" PVC MALE ADAPTER SXMPT
  690.58                              3.48
611942038428 PVC M ADAPTR <A>         0.83
  3/4"X1/2" PVC MALE ADAPTER MPTXS
611942038336 1/2 M ADAPTR <A>
  1/2" PVC MALE ADAPTER SXMPT
  200.58                              1.16
073080069955 TOILET SEAT <A>         23.96
  EC PRO SERIES OF/COVER WOOD EL WHT

          SUBTOTAL         157.87
          MUNICIPAL TAX      1.61
          ESTATAL TAX       16.55
          TOTAL           $176.03
XXXXXXXXXXXXX8573 DISCOVER
                         USD$ 176.03
AUTH CODE 00225B/2330476           TA
Chip Read
AID A0000001523010     446973636F766572204
37265646974
TVR 0000008000
IAD 0105608000000000
TSI E800
ARC 00

P.O.#/JOB NAME: RXCO



6401 33 13905 11/02/2016 1458
RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A            1       90      01/31/2017
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
Only unused generators may be returned
with valid receipt of sale within 15

JOSE A. ALEGRIA

Material Plome
para Varios
trabajos en
Rexco (UL



**◇ATH**
PLAZA BARBOSA INC
27 AVE BARBOSA HATO REY
SAN JUAN
DATE          TIME          HOST
Nov 02.16     14:02:59      ATH
BATCH         TERMINAL ID   MERCHANT ID
000056        7147KS24 7147444500346

**CASH SALE**

CASH CK

AUTH. CODE: 758669      INVOICE: 000252
                        TRACE  :000284

AMOUNT:      $          3.00
State TAX:   $          0.32
Mun. TAX:    $          0.03
TOTAL :      $          3.35

- NO SIGNATURE REQUIRED -

Gracias Por su Patrocinio

**◇ATH**
PLAZA BARBOSA INC
27 AVE BARBOSA HATO REY
SAN JUAN
DATE          TIME          HOST
Nov 02.16     14:02:59      ATH
BATCH         TERMINAL ID   MERCHANT ID
000056        7147KS24 7147444500346

**CASH SALE**

CASH CK

AUTH. CODE: 758669      INVOICE: 000252
                        TRACE  :000284

AMOUNT:      $          3.00
State TAX:   $          0.32
Mun. TAX:    $          0.03
TOTAL :      $          3.35

JOSE A. ALEGRIA    - NO SIGNATURE REQUIRED -

Gracias Por su Patrocinio

PAID

Cargo estacionamiento
visita a PRANF-AAA
por Cta AAA de
Cataño IWL

**Bienvenidos**
PRANF- AAA
**745**
(G)Solicitudes
1:39pm11-02-16



**GENERAL MACHINERY CONTRACTORS**
The Forklift Specialists
PRMSDC/NMSDC Certified Supplier

## INVOICE

| Number | Date |
|---|---|
| S161102-042 | 11/02/2016 |

Terms: C.O.D.

GENERAL MACHINERY CONTRACTORS INC
210 CARR 869 STE 1
CATAÑO

| DATE | TIME | HOST |
|---|---|---|
| Nov 02,16 | 14:35:36 | AIN |
| BATCH | TERMINAL ID | MERCHANT ID |
| P 0120 | 30700740 | 4549106410103 |

CASH SALE

CASH CRK

AUTH. CODE: 164316    INVOICE: 010478
TRACE :011123

| AMOUNT: | $ | 3.00 |
|---|---|---|
| State TAX: | $ | 0.32 |
| Mun. TAX: | $ | 0.03 |
| TOTAL : | $ | 3.35 |

CONTROL : 34SL7-AF3J9
ET

P A I D
NO SIGNATURE REQUIRED
NOV 10 2016
CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREOF AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER
Gracias por su patrocinio

SHIP TO ADDRESS(if different from billing)
CLIENTE ESPECIAL C

P A I D

| i-MAN | Customer.PO.NO | Ship Via | Ship Date | RTE |
|---|---|---|---|---|
| cano | ISLAND WIDE | Cust. Pickup | 11/02/2016 | |

| DESCRIPTION | Unit Price | Amount |
|---|---|---|
| ECTING | 3.00 | 3.00 |

*Para reparación Rollup Door area 3M Cataño IWL*

P A I D

NO ACEPTAMOS DEVOLUCION DE PIEZAS ELECTRICAS Y CORRECTAMENTE DESPACHADAS
NO MERCHANDISE TO BE RETURNED WITHOUT AUTORIZATION
PARTS NOT RETURNABLE AFTER 10 DAYS FROM PURCHASE DATE.

Remark

JOSE A. ALEGRIA

| | |
|---|---|
| Sub Total | 3.00 |
| Tax | 0.35 |
| Freight | 0.00 |
| PLEASE PAY THIS AMOUNT | 3.35 |



¡Nuestra meta es servirle mejor! Envíanos tus sugerencias a
info@gmcrontals.com. El cliente se compromete a pagar 1.5% mensual por cargos
de financiamiento en todos los artículos, mas una suma razonable de honorarios de

No se aceptara devolución sin la debida autorización. Toda devolucion sera
procesada como credito y requiere recibo de compra.
Nos reservamos el derecho de devolución.

## LUCAS GARCÍA
### (939) 640-5017

Invoice No.    **1170**

# INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | ISLANDWIDE | | 11/3/2016 |
| Address | | Order No. | |
| City | State        ZIP | Rep | |
| Phone | | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | RECOGIDO Y ELIMINACIÓN DE PALETAS DE MADERA ROTAS, UBICADAS EN PATIO DE REXCO IWL. | $  80.00 | $      80.00 |
| 1 | RECOGIDO CON UN SEGUNDO CAMIÓN | $  70.00 | $      70.00 |

|  |  |
|---|---|
| SubTotal | $      150.00 |
| Shipping | |

| Payment | Check |
|---|---|

Tax Rate(s)

**TOTAL**   $      150.00

Comments
Name
CC #
Expires

JOSE A. ALEGRIA

*FUE UN PLACER SERVIRLES!*

# LIFT TRUCKS & PARTS, INC.

PO Box 6779
Caguas PR 00726-6779
Fax: (767) 792-2760
www.liftpr.com
LTPCustomerService@liftpr.com
PRSDC/NMSDC Certified Supplier

SAN JUAN - (787) 792-7514
CAGUAS - (787) 746-1965

# Invoice

| Invoice No: | **147544** |
| Invoice Date: | 11/03/16 |
| Terms: | Net 60 V |
| Due Date: | 11/03/16 |

**Sold to:**

ISLAND WIDE
PO BOX 11670

SAN JUAN PR 00922-1670

**Shipped to:**

ISLAND WIDE EXPRESS
PO BOX 11670

SAN JUAN PR 00922-1670

Copy

| Salesperson | Invoice Type | Customer No. | Customer PO | Payment Terms |
|---|---|---|---|---|
| Efrain Gonzalez | Parts | C001406 | | Net 60 V |

| Quantity | Item No. | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 4 | 065147+ | BEARING CUP | USD 8.33 | USD 33.32 |
| 2 | 065148+ | BEARING CONE | USD 18.30 | USD 36.60 |
| 1 | 363118-001+ | BLUE HAND CLEANER BOTTLE | USD 8.80 | USD 8.80 |

*Crown 9A146154*
*Rexco IWL*

| | |
|---|---|
| Subtotal | USD 78.72 |
| Down Payment | 0.00 |
| Tax State | 8.27 |
| Tax Mun | 0.79 |
| Total | USD 87.78 |

**Remarks:**
Based On Sales Orders 138618   *(Ferrero)*

*JOSE A. ALEGRIA*

NOTE:
NO MERCHANDISE RETURNED WITHOUT AUTHORIZATION. RETURNED PARTS SUBJECT TO 20%
RESTOCKING CHARGE. NON STOCKING AND ELECTRICAL PARTS NOT REFUNDABLE. PARTS NOT
RETURNABLE AFTER 10 DAYS FROM PURCHASE

X _____
Customer Name

_____
Signature

_____
Date

*"Let us know with your suggestions how can we serve you better"*
LTPCustomerService@liftpr.com

Customer agrees to pay 1 1/2% per month FINANCE CHARGE on all past due items, plus a reasonable sum for attorney's fees and court costs in the enforcement of this agreement.

Page:   1 of 1
IvV20028 Rev 10/13

Created by:   Efrain Gonzalez

# LIFT TRUCKS & PARTS, INC.

PO Box 6779
Caguas PR 00726-6779
Fax: (787) 792-2760
www.liftpr.com
LTPCustomerService@liftpr.com
PRSDC/NMSDC Certified Supplier

SAN JUAN - (787) 792-7514
CAGUAS - (787) 746-1965

# Invoice

| | |
|---|---|
| Invoice No: | **147547** |
| Invoice Date: | 11/03/16 |
| Terms: | Net 60 V |
| Due Date: | 11/03/16 |

**Sold to:**

ISLAND WIDE
PO BOX 11670

SAN JUAN PR 00922-1670

**Shipped to:**

ISLAND WIDE EXPRESS
PO BOX 11670

SAN JUAN PR 00922-1670

Copy

| Salesperson | Invoice Type | Customer No. | Customer PO | Payment Terms |
|---|---|---|---|---|
| Efrain Gonzalez | Parts | C001406 | | Net 60 V |

| Quantity | Item No. | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 2 | 065148+ | BEARING CONE | USD 18.30 | USD 36.60 |

| | |
|---|---|
| Subtotal | USD 36.60 |
| Down Payment | 0.00 |
| Tax State | 3.84 |
| Tax Mun | 0.37 |
| Total | USD 40.81 |

*Crown 9A146154*
*Repco IWL*
*(Ferraro)*

JOSE A. ALEGRIA

NOTE
NO MERCHANDISE RETURNED WITHOUT AUTHORIZATION. RETURNED PARTS SUBJECT TO 20%
RESTOCKING CHARGE. NON STOCKING AND ELECTRICAL PARTS NOT REFUNDABLE. PARTS NOT
RETURNABLE AFTER 10 DAYS FROM PURCHASE

X _____
Customer Name          Signature          Date

*"Let us know with your suggestions how can we serve you better"*
LTPCustomerService@liftpr.com

Customer agrees to pay 1 1/2% per month FINANCE CHARGE on all past due items, plus a reasonable sum for attorney's fees and court costs in the enforcement of this agreement.

Page:       1 of 1
INV20028 Rev 10/13

Created by:       Efrain Gonzalez



# Invoice

PO Box 6779
Caguas PR 00726-6779
Fax; (787) 792-2760
www.liftpr.com
LTPCustomerService@liftpr.com
PRSDC/NMSDC Certified Supplier

SAN JUAN - (787) 792-7514
CAGUAS - (787) 746-1965

| | |
|---|---|
| Invoice No: | **147560** |
| Invoice Date: | 11/03/16 |
| Terms: | Net 60 V |
| Due Date: | 11/03/16 |

**Sold to:**

ISLAND WIDE
PO BOX 11670

SAN JUAN PR 00922-1670

**Shipped to:**

ISLAND WIDE EXPRESS
PO BOX 11670

SAN JUAN PR 00922-1670

**Copy**

| Salesperson | Invoice Type | Customer No | Customer PO | Payment Terms |
|---|---|---|---|---|
| Efrain Gonzalez | Parts | C001406 | | Net 60 V |

| Quantity | Item No. | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 1 | 82130 | CRC-QD ELECTRONIC CLEAN | USD 5.72 | USD 5.72 |
| 1 | 82130 | CRC-QD ELECTRONIC CLEAN | USD 5.73 | USD 5.73 |

| | |
|---|---|
| Subtotal | USD 11.45 |
| Down Payment | 0.00 |
| Tax State | 1.20 |
| Tax Mun | 0.11 |
| Total | USD 12.76 |

**Remarks:**
Based On Sales Quotations 114046.

*Contact Cleaner
Para trabajo en
montacargas*

*Cataño / IWC*

JOSE A. ALEGRIA

**NOTE:**
NO MERCHANDISE RETURNED WITHOUT AUTHORIZATION. RETURNED PARTS SUBJECT TO 20%
RESTOCKING CHARGE. NON STOCKING AND ELECTRICAL PARTS NOT REFUNDABLE. PARTS NOT
RETURNABLE AFTER 10 DAYS FROM PURCHASE.

X _____

| Customer Name | Signature | Date |
|---|---|---|

*"Let us know with your suggestions how can we serve you better"*
LTPCustomerService@liftpr.com

Customer agrees to pay 1 1/2% per month FINANCE CHARGE on all past due items, plus a reasonable sum for attorney's fees and court costs in the enforcement of this agreement.

| Page: | 1 of 1 | | Created by: | Edel Marino |
|---|---|---|---|---|

**Remit To**
**General Machinery Contractors, Inc.**
210 Carr 869 Sto 1
Cataño, PR 00962-7015
Phone: 787-400-2323
Fax: 787-251-5300
www.gmcrentals.com
www.hydraulicdepotpr.com
Bayamón Phone: 787-787-9191
Cataño Phone: 787-400-1133
Cataño Fax: 787-779-4300

**GENERAL MACHINERY CONTRACTORS**
The Forklift Specialists
PRMSDC/NMSDC Certified Supplier

## INVOICE

| Number | Date |
|---|---|
| S161103-004 | 11/03/2016 |

Terms: C.O.D.

**BILLED TO ADDRESS**
CLIENTE ESPECIAL

**SHIP TO ADDRESS(if different from billing)**
CLIENTE ESPECIAL C

| Order# | ORDER RECEIVED ON | SALES-MAN | Customer.PO.NO | Ship Via | Ship Date | RTE | |
|---|---|---|---|---|---|---|---|
| S161103-004 | 11/03/2016 | CMarcano | | Cust. Pickup | 11/03/2016 | | |

| QUANTITY | | UNIT | LC | DESCRIPTION | Unit Price | Amount |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | |
| 1.00 | 1.00 EACH | | | WIPES- COOLKNITS 2LBS | 4.00 | 4.00 |

*Paños para trabajos en montacargas*

*Cataño / WL*

PAID

NO ACEPTAMOS DEVOLUCION DE PIEZAS ELECTRICAS Y CORRECTAMENTE DESPACHADAS.
NO MERCHANDISE TO BE RETURNED WHITHOUT AUTORIZATION
PARTS NOT RETURNABLE AFTER 10 DAYS FROM PURCHASE DATE.

Remark

| | |
|---|---|
| Sub Total | 4.00 |
| Tax | 0.46 |
| Freight | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 4.46 |

JOSE A. ALEGRIA

¡Nuestra meta es servirle mejor! Envíanos tus sugerencias a
info@gmcrentals.com. El cliente se compromete a pagar 1.5% mensual por cargos
de financiamiento en todos lo artículos, mas una suma razonable de honorarios de

No se aceptara devolución sin la debida autorización. Toda devolucion sera
procesada como credito y requiere recibo de compra.
Nos reservamos el derecho de devolución.

```
                AutoZone  6607
                  CARR 167 KM 2G.
                   BAYAMON, PR
                  (787) 935-1061

#002357   25015                  12.99 P
       OEM 12 Point Metric
       Internal Wrench Set, 1 EA
#750020   A421                   13.99 N
       CTA 30mm X 12 Point
       Axle Nut Socket, 1 EA
              SUBTOTAL            26.98
       STATE TAX @ 10.500%         2.83
       COUNTY TAX @ 1.000%         0.27
              TOTAL               30.08
XXXXXXXXXXXX9955 DEBIT           30.08
       APPROVAL #
       CONTROL: 0FF08-L4YUF
                 SI
       Processed by Softek

REG #01  CSR #48 RECEIPT #505858
STR. TRANS #110760
       STORE #6607
DATE 11/04/2016   13:19
# OF ITEMS SOLD  2
```

Herramientas para trabajar
Crocus 9A146154
Rexci /WL
(Ferrero)

JOSE A ALEGRIA

```
*6607110760110416*
```

### Return Policy

Regrese el artículo en su condicion original, con el recibo original, dentro de un periodo de 90 dias a partir de la fecha de compra para solicitar un reenbolso. Regrese un articulo defectuoso dentro del periodo de garantia para solicitar un cambio o reenbolso. Solicitudes de reenbolso podrian ser negadas si a el articulo se le ha dado un uso inapropiado, se ha abusado de el, o ha sido mal instalado.

Complete una encuesta para entrar al sorteo de 10.000 $ en www.autozonecares.con o llamando al 1-800-598-8943. No es necesario comprar nada. Termina el 31/8/17, sujeto a los Periodos de Inscripcion. Sujeto a las Reglas Oficiales completas en www.autozonecares.con.

```
          Ref No:
6607-110760-161104-2
```

Take a survey for a chance to win $10000 at www.autozonecares.con or by calling 1-800-598-8943. No Purchase Necessary. Ends 8/31/17, subject to Entry Periods. Subject to full Official Rules at www.autozonecares.con.

```
          Ref No:
6607-110760-161104-2
```

**Light Gas**
INDUSTRIAL • COMERCIAL • DOMESTICO
P.O. Box 1155 Salinas, P R 00751
Tel. 824-4838 / Fax. 824-5913
FG-854, Lic 286

**OATH**

LIGHT GAS FORK LIFT CYLS
CARR 1 KM 87.3 BO COCO
SALINAS

| DATE | TIME | HOST |
|------|------|------|
| No. 04.16 | 12:07:38 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000039 | 30804363 | 454918613510B |

SAL E

USER. ACTI          ACCT.
MC              xxxxxxxxxxx1907
              xxx MANUAL ENTRY xxx

AUTH. CODE: 004732     INVOICE: 000053
             TRACE :000091

TOTAL :            399.4040.

SIGNATURE,

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND-OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio

RECIBO          ( ) Efectivo
**329208**      ( ) Cheque

NO. CLIENTE

UN 1075, LIQUEFIED PETROLEUM GAS, 2.1, NON COR.

#CK M/C = 00473 ZA

Recibido por: Islandaide Cataño

| CONCEPTO | FECHA | # BOLETO DE ENTREGA | CANTIDAD |
|----------|-------|---------------------|----------|
| | | 168027 | 399.00 |
| (1) Gas | | | |
| ( ) Otros | | | |
| | | JOSE A. ALEGRIA | |
| **TOTAL** | | | 399.00 |

EN CASO DE ROTURAS O ESCAPE DE GAS
TELEFONO DE EMERGENCIA 24 HORAS
787-824-4838 / 1-800-981-4833
ACCOUNT B P.R. 7968

Recibido por:           11/04/16
                        Fecha
Rev 05-12               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

14 Tanques de Gas para
uso en todas las áreas de
Cataño MMC

Atencion
Sr. Alegria

000028

*FIVE HUNDRED FIFTY-EIGHT AND 90 / 100

| | | | 11/17/2016 | | | ************558.90* |

JOSE ALEGRIA

50-JOAL000

| 11/11/2016 | PETTY111116 | | | 558.90 | 0.00 | 0.00 | 558.90 |

| 000028 | 11/17/2016 | JOSE ALEGRIA | | | | | 558.90 |

| 11/11/2016 | PETTY111116 | | | 558.90 | 0.00 | 0.00 | 558.90 |

| 000028 | 11/17/2016 | JOSE ALEGRIA | | | | | 558.90 |



# Reembolso de Petty Cash

**Terminal**  HME - FLEET/FACILITIES

| Fecha | Suplidor | Descripcion | Cantidad | CO | LOC | TOTAL |
|---|---|---|---|---|---|---|
| 4-Nov-16 | Danny's Trimmer Parts | Piezas para reparar Trimmer Ponce | $ 22.30 | IWL | Ponce | $ 22.30 |
| 4-Nov-16 | Puma Rexco Park | Gasolina para Trimmer | 5.00 | IWL | Rexco | 27.30 |
| 7-Nov-16 | The Home Depot | Ruedas de Acero para Jaula Cia Ferrero | 130.54 | IWL | Rexco | 157.84 |
| 10-Nov-16 | The Home Depot | Materiales para trabajo en Mezzanine 3M | 188.91 | IWL | Cataño | 346.75 |
| 11-Nov-16 | General Machinery Contractors | Paila Aceite Hidráulico Yale ...292Z | 42.00 | IWL | Rexco | 388.75 |
| 11-Nov-16 | Lift Trucks & Parts | Escobillas para Picker | 170.15 | IWL | Cataño | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |
|  |  |  |  |  |  | 558.90 |

**Total Gastado (Cantidad a Rostiulr):** $ 558.90

**Petty Cash Asignado:** $ 1,300.00

PREPARADO POR: _____ JOSE A. ALEGRIA

APROBADO POR: _____

FECHA: **12-Nov-16**

SOLD BY _____ DATE _11-4_ 20_16_

NAME _____

ADDRESS _____

| REGISTER NUMBER | | AMOUNT RECEIVED | ACCT. FWD. | |
|---|---|---|---|---|
| 1 | 1 | Spring Echo | 20 | 00 |
| | 2 | | | |
| | 3 | Tax 2.30 | | |
| | 4 | | | |
| | 5 | 5 | | |
| | 6 | | | |
| | 7 | pg 22.30 | | |
| | 8 | | | |
| | 9 | | | |
| | 10 | | | |
| | 11 | PAID | | |
| | 12 | | | |
| | 13 | | | |
| | 14 | 49 | | |

REDIFORM 5A200  ©Islandwide

SOLD BY _____ DATE _11-4_ 20_16_

NAME _____

ADDRESS _____

| REGISTER NUMBER | | AMOUNT RECEIVED | ACCT. FWD. | |
|---|---|---|---|---|
| 1 | 1 | Spring Echo | 20 | 00 |
| | 2 | | | |
| | 3 | Tax 2.30 | | |
| | 4 | | | |
| | 5 | 5 | | |
| | 6 | | | |
| | 7 | pg 22.30 | | |
| | 8 | | | |
| | 9 | | | |
| | 10 | | | |
| | 11 | JOSE A. ALEGRIA | | |
| | 12 | | | |
| | 13 | 49 | | |
| | 14 | | | |

REDIFORM 5A200

Piezas para reparar
Trimmer Ponce

Ponce IWL

PUMA
REXCO PARK
TEL. 783-3924

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | --- | 5.00 |

Sub Total     5.00
ESTATAL       0.00
MUNICIPAL     0.00
TOTAL     5.00
CASH $     5.00
THANKS, COME AGAIN
VUELVA PRONTO
REG# 0001 CSH#005 DR# 01 TRAN# 13629
11/04/16  13:37:07       ST# TX351

**PAID**

NOV 1 7 2016

⬦Islandwide

JOSE A. ALEGRIA

PUMA
REXCO PARK
TEL. 783-3924

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | --- | 5.00 |

Sub Total     5.00
ESTATAL       0.00
MUNICIPAL     0.00
TOTAL     5.00
CASH $     5.00
THANKS, COME AGAIN
VUELVA PRONTO
REG# 0001 CSH#005 DR# 01 TRAN# 13629
11/04/16  13:37:07       ST# TX351

Gasolina para Trimmer

Rexco IWC



**More saving.**
**More doing.**®

NUESTRA ENCUESTA DE SERVICIO
WWW.HOMEDEPOT.COM/OPINION

6401  00005  73253    11/07/16  12:52 PM
CASHIER: TAINA

092097243552 TAPCON 3/16 <A>        12.58
  TAPCON 3/16X1-3/4 PHILLIPS, 75 PK
032888016057 PVC CHCK VLV <A>        13.53
  1" PVC CHECK VALVE SLIP
644323700331 BACKSUPPTLRG <A>        15.37
  HUSKY BLACK LARGE BACK SUPPORT BELT
074523203538 CASTER <A>
  CASTER STEEL 3" SWIVEL
  1296.30                           75.60

            SUBTOTAL        117.08
            MUNICIPAL TAX     1.16
            ESTATAL TAX      12.30
            TOTAL          $130.54
XXXXXXXXXXXXX8573 DISCOVER
                          USD$ 130.54
AUTH CODE 00767B/7050393              TA
Chip Read
AID A0000001523010      446973636F766572204
37265646974
TVR 0000008000
IAD 0105608000000000
TSI E800
ARC 00

**P A I D**

P.O.#/JOB NAME: REXCO
NOV 17 2016



**More saving.**
**More doing.**®

NUESTRA ENCUESTA DE SERVICIO
WWW.HOMEDEPOT.COM/OPINION

6401  00005  73253    11/07/16  12:52 PM
CASHIER: TAINA

092097243552 TAPCON 3/16 <A>        12.58
  TAPCON 3/16X1-3/4 PHILLIPS, 75 PK
032888016057 PVC CHCK VLV <A>        13.53
  1" PVC CHECK VALVE SLIP
644323700331 BACKSUPPTLRG <A>        15.37
  HUSKY BLACK LARGE BACK SUPPORT BELT
074523203538 CASTER <A>
  CASTER STEEL 3" SWIVEL
  1296.30                           75.60

JOSE A. ALEGRIA    SUBTOTAL        117.08
            MUNICIPAL TAX     1.16
            ESTATAL TAX      12.30
            TOTAL          $130.54
XXXXXXXXXXXXX8573 DISCOVER
                          USD$ 130.54
AUTH CODE 00767B/7050393              TA
Chip Read
AID A0000001523010      446973636F766572204
37265646974
TVR 0000008000
IAD 0105608000000000
TSI E600
ARC 00

P.O.#/JOB NAME: REXCO

**P A I D**





6401 05 73253 11/07/2016 6465

RETURN POLICY DEFINITIONS
POLICY ID  DAYS  POLICY EXPIRES ON
    A       90        02/05/2017
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
Only unused generators may be returned
with valid receipt of sale within 15
days of purchase. If generator is used,
sale is final.
**********************************

¡PARTICIPE! ENTRE
PARA LA OPORTUNIDAD
DE GANAR 1 DE 5
$1000 TARJETAS DEL
REGALO DE THD!

¡Su opinión cuenta! Nos gustaría
escuchar sobre su experiencia de
compra. Participe en una breve encuesta
acerca de su visita en:

www.homedepot.com/survey

Necesitará lo siguiente para participar

ID DE USUARIO:

*Ruedas de acero, cta para*
*Carlos Cta Ferreno*

*Rexco NVC*



## More saving.
## More doing.℠ ®

THE HOME DE    RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
Only unused generators may be returned
with valid receipt of sale within 15
days of purchase. If generator is used,
sale is final.

***********************************

¡PARTICIPE! ENTRE
PARA LA OPORTUNIDAD
DE GANAR 1 DE 5
$1000 TARJETAS DEL
REGALO DE THD!

¡Su opinión cuenta! Nos gustaría
escuchar sobre su experiencia de
compra. Participe en una breve encuesta
acerca de su visita en:

www.homedepot.com/survey

Necesitará lo siguiente para participar:

ID DE USUARIO:
2PX3 205138 198795

CONTRASEÑA:
16560 198737

Las encuestas deben llenarse dentro de
los 14 días de la compra.
Los participantes deben tener 18
años o más para concursar. Vea
las reglas completas en nuestro sitio
Web. No se requiere compra.

This survey may also be found in
English on our website.

***********************************
CONTROL: MHXX2~T4KS8

***********************************

NUESTRA ENCUESTA DE SERVICIO
WWW.HOMEDEPOT.COM/OPINION

6401  00058  99224    11/10/16  03:14 PM
CASHIER SELF CHECK OUT

```
000346279689 BOSCH BIT <A>         20.87
  BOSCH 1/2"X10"X12"HAMMER CARBIDE BIT
000346390230 3/16"X5L <A>           8.77
  BOSCH XTREME 3/16X6-1/2 SDS+ HMR BIT
  NLP Savings    $0.66
758706141779 HDX LTXCAULK <A>
  HDX LATEX PLUS SILICONE WHITE 10 OZ
  2@2.28                            4.56
718594790183 SUPER NAIL <A>         1.98
  LANCO SUPER NAIL 10 OZ
6956148900273 7"BLKTIEBG <A>       24.38
  8" BLK UV RESIST CABLE TIE 1000PK
739236443014 VINYL TUBE <A>
  1/2ODX3/8IDX10' VINYL TUBE
  3@5.92                           17.76
092097215320 TEKS LATHE <A>         6.27
  TEKS LATHE 8X1-1/4"DRILL PT, 140 PCS
030699144990 BARRL BOLT <A>         5.60
  BOLT, BARREL 2.5"_SS
764666103191 15/8CSDWSC1# <A>       6.98
  1-5/8" COARSE DRYWALL SCREW 1 LB
88748007 2709 GALVWAHSER <A>       10.35
  WASHER CUT 1/4  GALV BOX (100 PCS)
756847000412 14/3 25'HSKY <A>      21.96
  14/3 25' HUSKY EXTENSION CORD
044882425315 100FT16/2EXT <A>      19.97
  HUSKY 100 FT. 16/2 OUTDOOR EXTENSION
030961302007 TANK KIT <A>          19.98
  TOILET TANK RPR/FILL VALVE ASSEMBLY
```

JOSE A. ALEGRIA

```
          SUBTOTAL       169.43
          MUNICIPAL TAX    1.70
          ESTATAL TAX     17.78
          TOTAL         $188.91
XXXXXXXXXXXX8573 DISCOVER
                    USD$ 188.91
AUTH CODE 01094B/4584086       TA
Chip Read
AID A0000001523010    446973636F76657220
437265646974
TVR 0000008000
IAD 0105608000000000000
TSI E800
ARC 00
```

P.O.#/JOB NAME: 3M CATANO

NEW LOWER PRICE (NLP)SAVINGS $0.66



6401 58 99224 11/10/2016 2565

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
     1        90        02/08/2017

Material para
Trabajos en areas (3M)

Catano ILDC

**GENERAL MACHINERY CONTRACTORS**
The Forklift Specialists
PRMSDC/NMSDC Certified Supplier

ors, Inc.

# INVOICE

| Number | Date |
|---|---|
| S161111-010 | 11/11/2016 |

Terms: C.O.D.

SHIP TO ADDRESS(if different from billing)
ISLAND WIDE
PO BOX 11670
SAN JUAN, PR 00922-1670

| -MAN | Customer,PO.NO | Ship Via | Ship Date | RTE | |
|---|---|---|---|---|---|
| rero | | Cust. Pickup | 11/11/2016 | | |

| DESCRIPTION | Unit Price | Amount |
|---|---|---|
| HIDRAULIC FLUID 5 GAL | 42.00 | 42.00 |

*Paila Acite Hidráulico*
*Yale ... 292Z*
*Rexco IWL*

PAID

NO ACEPTAMOS DEVOLUCION DE PIEZAS ELECTRICAS Y CORRECTAMENTE DESPACHADAS.
NO MERCHANDISE TO BE RETURNED WHITHOUT AUTORIZATION.
PARTS NOT RETURNABLE AFTER 10 DAYS FROM PURCHASE DATE.

Remark

JOSE A. ALEGRIA

| | |
|---|---|
| Sub Total | 42.00 |
| Tax | 0.00 |
| Freight | 0.00 |
| PLEASE PAY THIS AMOUNT | 42.00 |

¡Nuestra meta es servirle mejor! Envíanos tus sugerencias a
info@gmcrentals.com. El cliente se compromete a pagar 1.5% mensual por cargos
de financiamiento en todas lo aní culos, mas una razonable de honorarios de

No se aceptará devolución sin la debida autorización. Toda devolución será
procesada como crédito y requiere recibo de compra.
Nos reservamos el derecho de devolución.

GENERAL MACHINERY CONTRACTORS INC
210 CARR 869 STE 1
CATAÑO
DATE
Nov 11-16
BATCH
000726
SALE
ACCT.
*************6573
DISCOVER
AUTH. CODE: 011948   INVOICE: 01055   TRACE :01224

AMOUNT      42.00
State Tax    0.00
Mun. Tax     0.00
TOTAL       42.00

CONTROL #: 3P1MN-H46H1
ET

PAID

SIGNATURE: X

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER
Gracias Por Su Patrocinio

# Invoice

LIFT TRUCK PARTS RIO PI
1753 AVE JESUS T PIÑERO
RIO PIEDRAS, PR, 00926-

)726-6779
2-2760

SAN JUAN - (787) 792-7514
CAGUAS - (787) 746-1965

Service@liftpr.com
OC Certified Supplier

TERMINAL I.D.: 08192688085277613876804
MERCHANT #:          527761387

DISCOVER
################118573
SALE
RECORD #: 1       INV:    088801
DATE: NOV 11, 16   TIME:  06:120
BATCH: 306
            AUTH:     01104D

TOTAL        $170.15
CARD BALANCE:      $0.00

**PAID**

JOSE A ALEGRIA MORALES

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

Islandwide

| Invoice No: | **147664** |
|---|---|
| Invoice Date: | 11/11/16 |
| Terms: | - Cash Basic - |
| Due Date: | 11/11/16 |

Shipped to:

ISLAND WIDE EXPRESS
PO BOX 11670

SAN JUAN PR 00922-1670

Original

| Invoice Type | Customer No | Customer PO | Payment Terms |
|---|---|---|---|
| Parts | C001406 | | - Cash Basic - |

| Quantity | Item No. | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 2 | 118913+ | BRUSH SET | USD 76.30 | USD 152.60 |

*Escobillas Picku Cataño IWL*

| | |
|---|---|
| Subtotal | USD 152.60 |
| Down Payment | 0.00 |
| Tax State | 16.02 |
| Tax Mun | 1.53 |
| Total | USD 170.15 |
| Paid/Credited | USD 170.15 |

JOSE A. ALEGRIA

NOTE:
NO MERCHANDISE RETURNED WITHOUT AUTHORIZATION. RETURNED PARTS SUBJECT TO 20%
RESTOCKING CHARGE. NON STOCKING AND ELECTRICAL PARTS NOT REFUNDABLE. PARTS NOT
RETURNABLE AFTER 10 DAYS FROM PURCHASE.

X
_____     _____     _____
Customer Name                 Signature                      Date

*"Let us know with your suggestions how can we serve you better"*
LTPCustomerService@liftpr.com

Customer agrees to pay 1 1/2% per month FINANCE CHARGE on all past due items, plus a reasonable sum for attorney's fees and court costs in the enforcement of this agreement.

Page:        1 of 1
INVX028 Rev 10/13

Created by:        Edel Marino

000037

*ONE THOUSAND ONE HUNDRED FORTY-FIVE AND 77 / 100

|  |  | 11/23/2016 | **********1,145.77* |
|---|---|---|---|

JOSE ALEGRIA

50-JOAL000

.

| 11/18/2016 | PETTY111816 | 1,145.77 | 0.00 | 0.00 | 1,145.77 |
|---|---|---|---|---|---|

| 000037 | 11/23/2016 | JOSE ALEGRIA | | | 1,145.77 |
|---|---|---|---|---|---|
| 11/18/2016 | PETTY111816 | 1,145.77 | 0.00 | 0.00 | 1,145.77 |

| 000037 | 11/23/2016 | JOSE ALEGRIA | | | 1,145.77 |
|---|---|---|---|---|---|



# Reembolso de Petty Cash

Terminal  **HME - FLEET/FACILITIES**

| Fecha | Suplidor | Descripcion | Cantidad | CO | LOC | TOTAL |
|---|---|---|---|---|---|---|
| 30-Oct-16 | The Home Depot | Materiales para instalación Fuenta Agua Comedor | $ 39.50 | IWL | Rexco | $ 39.50 |
| 2-Nov-16 | Metropolitan Lumber Yard | Materiales para reparación de Baño | 9.71 | IWL | Rexco | 49.21 |
| 4-Nov-16 | Army Store | Pellets para Rifle de Tony Ynoa | 5.56 | IWL | Rexco | 54.77 |
| 15-Nov-16 | Oldach | 1-rollo Papel Aislante y 2-Duct Tape | 23.15 | IWL | Rexco | 177.92 |
| 15-Nov-16 | General Machinery Contractors | Sellos de Botellas Picker Crown ...629 | 22.30 | IWL | Cataño | 200.22 |
| 15-Nov-16 | General Machinery Contractors | Aceite Motor para mantenimiento montacargas | 25.65 | IWL | Cataño | 225.87 |
| 16-Nov-16 | General Machinery Contractors | Piezas para Picker Crown ...813 | 369.62 | IWL | Cataño | 595.49 |
| 16-Nov-16 | PR Wire Products | Carburador para reparar Trimmer | 159.67 | IWL | Rexco | 755.16 |
| 16-Nov-16 | Light Gas | 12-cilindros de Gas | 342.00 | IWL | Cataño | 1,097.16 |
| 17-Nov-16 | General Machinery Contractors | 2-Cebollitas para Nissan ...3984 | 8.03 | IWL | Cataño | 1,105.19 |
| 18-Nov-16 | General Machinery Contractors | Contact Cleaner y Cablería para Yale ...898V | 40.58 | IWL | Cataño | 1,145.77 |
| | | | | | | 1,145.77 |
| | | | | | | 1,145.77 |
| | | | | | | 1,145.77 |
| | | | | | | 1,145.77 |
| | | | | | | 1,145.77 |
| | | | | | | 1,145.77 |
| | | | | | | 1,145.77 |
| | | | | | | 1,145.77 |
| | | | | | | 1,145.77 |
| | | | | | | 1,145.77 |
| | | | | | | 1,145.77 |
| | | | | | | 1,145.77 |

Total Gastado (Cantidad a Restituir): **$1,145.77**

Petty Cash Asignado: $ 1,300.00

PREPARADO POR:    JOSE A. ALEGRIA

APROBADO POR:

FECHA:  **18-Nov-16**



*Rexco*
*fuente istaloy*
*Comedor*

**More saving.**
® **More doing."**

NUESTRA ENCUESTA DE SERVICIO
WWW.HOMEDEPOT.COM/OPINION

00007 53350   10/30/16, 05:31 PM
P GILMARIE,

094029344 SANDEDSILVER <A>
  SUPER FLOOR SANDED SILVER
026619096311 SUPPLY LINE <A>         4.81
3/8"0DX7/8"BOX12" BRAID TL SUP LID
026619096243 WATER CONN <A>          7.73
  3/8"0DX3/8"0DX20" BRAID TCL SUP LINE

         SUBTOTAL          35.52
    MUNICIPAL TAX           0.35
      ESTATAL TAX           3.73
          TOTAL          $39.60
           CASH           40.00
    CHANGE DUE            0.40

6401 07 53350 10/30/2016 9958

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A            1      90        01/28/2017
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
Only unused generators may be returned
with valid receipt of sale within 15
days of purchase. If generator is used,
sale is final.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx



*Materiales para instalación*
*Fuente en Comedor Rexco*

*Rexco IIIC*

---



**More saving.**
® **More doing."**

NUESTRA ENCUESTA DE SERVICIO
WWW.HOMEDEPOT.COM/OPINION

6401 00007 53350  10/30/16. 05:31 PM
CASHIER GILMARIE,

718594029344 SANDEDSILVER <A>       33.38
  SUPER FLOOR SANDED SILVER
026619096311 SUPPLY LINE <A>         4.81
3/8"0DX7/8"BOX12" BRAID TL SUP LINE
026619096243 WATER CONN <A>          7.73
  3/8"0DX3/8"0DX20" BRAID TCL SUP LINE

         SUBTOTAL          35.52
    MUNICIPAL TAX           0.35
      ESTATAL TAX           3.73
          TOTAL          $39.60
           CASH           40.00
    CHANGE DUE            0.40

6401 07 53350 10/30/2016 9958

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A            1      90        01/28/2017
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
Only unused generators may be returned
with valid receipt of sale within 15
days of purchase. If generator is used,
sale is final.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

¡PARTICIPE! ENTRE
PARA LA OPORTUNIDAD
DE GANAR 1 DE 5
$1000 TARJETAS DEL
REGALO DE THD!

¡Su opinión cuenta! Nos gustaría
escuchar sobre su experiencia de
compra. Participa en una breve encuesta
acerca de su visita en:

www.homedepot.com/survey

Necesitarás lo siguiente para participar:

ID DE USUARIO:
H86 113390 106996

CONTRASEÑA:
16530 106989

Las encuestas deben llenarse dentro de
los 14 días de la compra.
Los participantes deben tener 18
años o más para concursar. Vea
las reglas completas en nuestro sitio
Web. No se requiere compra.

This survey may also be found in
English on our website.

THANK YOU FOR SHOPPING AT
METROPOLITAN LUMBER GUAYNABO
(787) 273-0633

*TODA RECLAMACION EN O ANTES DE 7 DIAS*
RECIBIDO EN BUEN ESTADO
11/02/16 12:00PM SHEYLIZ B  121   SALE
--------------------------------------
4            2  EA      .29 EA
PLOMERIA                       .58
436005       3  EA      .19 EA
ADAPTER MACHO 1/2 SCH40        .57
4            1  EA      .29 EA
PLOMERIA                       .29
02447        1  EA     3.39 EA
LANCO SUPER PVC CEMENT 8 OZ   3.39
5442         1 . EA    2.79 EA
BRONCE  R/BUSHING 1/2 X 3/    2.79
4            1  EA     1.09 EA
PLOMERIA                      1.09

SUB-TOTAL:$      8.71   TAX: $     1.00
                       TOTAL: $     9.71

BK CARD AMT:        9.71
BK CARD#: XXXXXXXXXXXXX4525

Total Items:        9        JOSE A. ALEGRIA




NATIONAL LUMBER
FIRSTBANK
GUAYNABO
DATE              TIME              HOST
Nov 02.16         11:59:54           ATH
BATCH        TERMINAL ID       MERCHANT ID
000197        7147H743     7147444369386

SALE

ACCT.
DEBIT       xxxxxxxxxxxx4525

AUTH. CODE: 427656    INVOICE: 018337
                      TRACE  :017676

TOTAL :        $       9.71

NO SIGNATURE REQUIRED

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio

```
            ARMY STORE INC
            CALLE PARQUE # 86
            BAYAMON P.R. 00961
            TEL. 787-787-4325
            FAX. 787-787-6289
Receipt No:      101196654
Date:            11/4/2016   11:13:28 AM
Cashier:              ELBA
Register No:            1
Customer No:            0

Qty    Item              Amount
======  =================  =========
 1.00  @ $4.99              $4.99
        7922
        PELLETS .22
==================================
            Sub Total      $4.99
        State Sales Tax    $0.57
                           =========
                Total      $5.56
                  ATH      $5.56


        Qty of Items: 1


        NO SE DEVUELVE DINERO
    SE DARA CREDITO A LA TIENDA
    3 DIAS PARA CAMBIO CON RECIBO
```

```
            ARMY STORE INC
            CALLE PARQUE # 86
            BAYAMON P.R. 00961
            TEL. 787-787-4325
            FAX. 787-787-6289
Receipt No:      101196654
Date:            11/4/2016   11:13:28 AM
Cashier:              ELBA
Register No:            1
Customer No:            0

Qty    Item              Amount
======  =================  =========
 1.00  @ $4.99              $4.99
        7922
        PELLETS .22
==================================
            Sub Total      $4.99
        State Sales Tax    $0.57
                           =========
                Total      $5.56
                  ATH      $5.56

        JOSÉ A. ALEGRIA
        Qty of Items: 1


        NO SE DEVUELVE DINERO
    SE DARA CREDITO A LA TIENDA
    3 DIAS PARA CAMBIO CON RECIBO
```

*Pellets para rifle Tony Yowa*

*Rexco / WL*

# OLDACH

## REFRIGERATION, AIR CONDITIONING & VENTILATION SUPPLIER

| CATAÑO | CAPARRA | CAROLINA | CAGUAS | PONCE | MAYAGUEZ | ARECIBO | BAYAMON | PIEZAS/GARANTIA | ST THOMAS |
|--------|---------|----------|--------|-------|----------|---------|---------|-----------------|-----------|
| 787-641-2424 | 787-792-6700 | 787-761-7772 | 787-745-2880 | 787-284-1050 | 787-805-5800 | 787-815-0335 | 787-523-1550 | 787-474-5370 | 340-776-1866 |

**Bill To:**
ISLAND WIDE

**Ship To:**

| Date | Page |
|------|------|
| 11/15/2016 | Page 1 of 1 |

| Invoice Number |
|----------------|
| 01-0457961 |

MAIN OFFICE
PO BOX 364603
San Juan, PR 00936-4603
Tel. (787) 641-2420
Fax (787) 641-0454

| Payment Type | Customer No. | Salesperson ID | PO Number | Shipping Via | Terms |
|--------------|--------------|----------------|-----------|--------------|-------|
| | 7872736400 | GUNNY | VERBAL | | 30 |

| Qty | Item | Description/Serial | Price | UOM | Ext Price |
|-----|------|--------------------|-------|-----|-----------|
| 1 | DUCT WRAP-2 | ALUMINUM INSULAT. TYPE 75 - 100 X 48 X 2.0 | $89.95 | EACH | $89.95 |
| 2 | TAPE3G | TAPE 3" GRIS 1086183 | $10.25 | EACH | $20.50 |

*1-Rollo papel aislante y Duct Tape*
*Para aislamiento de tubería sprinkler*

*Rexco IWL*
*(Ferrero)*

**Payment Type:** 01MC- 123.15
XXXX-XXXX-XXXX-07 01572Z

*JOSE A. ALEGRIA*

**Authorized Signature:**

JOSE ALEGRIA

**CONTROL:** FXEVB-L5NDB
BS
Processed by Business Computer POS

| | |
|--|--|
| Subtotal: | $110.45 |
| Municipal Tax: | $1 11 |
| State Tax: | $11.59 |
| Total: | $123.15 |
| Bal Due: | $0.00 |
| Change Due: | $0 00 |

Compresores, motores y tarjetas electrónicas quemadas no están cubiertas por garantía
Todo compresor y piezas después del 1er año tendrán un cargo de fletes y arbitrios



**Remit To**
**General Machinery Contractors, Inc.**
210 Carr 869 Ste 1
Cataño, PR 00962-7015
Phone: 787-400-2323
Fax: 787-251-5300
www.gmcrentals.com
www.hydraulicdepotpr.com
Bayamón Phone: 787-787-9191
Cataño Phone: 787-400-1133
Cataño Fax: 787-779-4300

**G**ENERAL
**M**ACHINERY
**C**ONTRACTORS
The Forklift Specialists
PRMSDC/NMSDC Certified Supplier

## INVOICE

| Number | Date |
|---|---|
| S161115-018 | 11/15/2016 |

Terms: C.O.D.

**BILLED TO ADDRESS**
CLIENTE ESPECIAL

**SHIP TO ADDRESS (if different from billing)**
CLIENTE ESPECIAL

| Order# | ORDER RECEIVED ON | SALES-MAN | Customer,PO.NO | Ship Via | Ship Date | RTE | |
|---|---|---|---|---|---|---|---|
| S161115-018 | 11/15/2016 | Michael | | Cust. Pickup | 11/15/2016 | | |

| QUANTITY | | UNIT | LC | DESCRIPTION | Unit Price | Amount |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | |
| 1.00 | 1.00 | EACH | | WIPERS | 8.00 | 8.00 |
| 1.00 | 1.00 | EACH | | RUS-90URE-2-1/2X3X3/8 | 12.00 | 12.00 |

*Sellos de botellas y wipers
Pickin Crown..629*

*Cataño* fWL

NO ACEPTAMOS DEVOLUCIÓN DE PIEZAS ELECTRICAS Y CORRECTAMENTE DESPACHADAS
NO MERCHANDISE TO BE RETURNED WHITHOUT AUTORIZATION
PARTS NOT RETURNABLE AFTER 10 DAYS FROM PURCHASE DATE.

**Remark**

MANUEL RIVERA TEL-787-664-5831

JOSE A. ALEGRIA

| | |
|---|---|
| Sub Total | 20.00 |
| Tax | 2.30 |
| Freight | 0.00 |
| PLEASE PAY THIS AMOUNT | 22.30 |

HB Jailift
A Toyota own
Company

Deka
Batteries

Stallion
Tyres and Wheels

¡Nuestra meta es servirle mejor! Envíanos tus sugerencias a
info@gmcrentals.com. El cliente se compromete a pagar 1.5% mensual por cargos
de financiamiento en todos los atrasos, más una suma razonable de honorarios de

No se aceptara devolución sin la debida autorización. Toda devolución será
procesada como crédito y requiere recibo de compra.
Nos reservamos el derecho de devolución.

**Remit To**
**General Machinery Contractors, Inc.**
210 Carr 869 Ste 1
Cataño, PR 00962-7015
Phone: 787-400-2323
Fax: 787-251-5300
www.gmcrentals.com
www.hydraulicdepotpr.com
Bayamón Phone: 787-787-9191
Cataño Phone: 787-400-1133
Cataño Fax: 787-779-4300


**GENERAL MACHINERY CONTRACTORS**
The Forklift Specialists
PRMSDC/NMSDC Certified Supplier

## INVOICE

| Number | Date |
|---|---|
| S161115-026 | 11/15/2016 |

**Terms:C.O.D.**

**BILLED TO ADDRESS**
CLIENTE ESPECIAL

**SHIP TO ADDRESS(if different from billing)**
CLIENTE ESPECIAL C

| Order# | ORDER RECEIVED ON | SALES-MAN | Customer.PO.NO | Ship Via | Ship Date | RTE | |
|---|---|---|---|---|---|---|---|
| S161115-026 | 11/15/2016 | CMarcano | ISLAND WIDE | Cust. Pickup | 11/15/2016 | | |

| QUANTITY | | UNIT | LC | DESCRIPTION | Unit Price | Amount |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | |
| 4.00 | 4.00 | EACH | | MOTOR OIL 10W40 — *Monta cargas de gas* | 5.75 | 23.00 |

*Para mantenimiento*
*montacaga de gas*
*Cataño IWL*

*PAID*

NO ACEPTAMOS DEVOLUCION DE PIEZAS ELECTRICAS Y CORRECTAMENTE DESPACHADAS.
NO MERCHANDISE TO BE RETURNED WHITHOUT AUTORIZATION
PARTS NOT RETURNABLE AFTER 10 DAYS FROM PURCHASE DATE.

**Remark**

JOSE A. ALEGRIA

| | |
|---|---|
| Sub Total | 23.00 |
| Tax | 2.65 |
| Freight | 0.00 |
| PLEASE PAY THIS AMOUNT | 25.65 |

¡Nuestra meta es servirle mejor! Envíanos tus sugerencias a
info@gmcrentals.com. El cliente se compromete a pagar 1.5% mensual por cargos
de financiamiento en todos los artículos, más una suma razonable de honorarios de

No se aceptara devolucion sin la debida autorizacion. Toda devolucion sera
procesada como credito y requiere recibo de compra.
Nos reservamos el derecho de devolucion.

Remit To
**General Machinery Contractors, Inc.**
210 Carr 869 Ste 1
Cataño, PR 00962-7015
Phone: 787-400-2323
Fax: 787-251-5300
www.gmcrentals.com
www.hydraulicdepolpr.com
Bayamón Phone: 787-787-9191
Cataño Phone: 787-400-1133
Cataño Fax: 787-779-4300

**GENERAL MACHINERY CONTRACTORS**
The Forklift Specialists
PRMSDC/NMSDC Certified Supplier

# INVOICE

| Number | Date |
|---|---|
| S161115-054 | 11/16/2016 |

Terms:C.O.D.

BILLED TO ADDRESS
CLIENTE ESPECIAL

SHIP TO ADDRESS(if different from billing)
CLIENTE ESPECIAL C

| Order# | ORDER RECEIVED ON | SALES-MAN | Customer.PO.NO | Ship Via | Ship Date | RTE |
|---|---|---|---|---|---|---|
| S161115-054 | 11/15/2016 | CMarcano | ISLAND WIDE | Cust. Pickup | 11/16/2016 | |

| QUANTITY | | UNIT | LC | DESCRIPTION | Unit Price | Amount |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | |
| 9.00 | 9.00 | EACH | | SPRING BRAKE | 3.00 | 27.00 |
| 1.00 | 1.00 | EACH | | ROTOR - BREAK | 152.25 | 152.25 |
| 1.00 | 1.00 | EACH | | BRAKE PAD ASSEMBLY | 152.25 | 152.26 |
| 1.00 | 1.00 | EACH | | FORMULA H7 4/1 GALON | 32.25 | 32.25 |
| 1.00 | 1.00 | EACH | | RABISA PARA RELAY 5 PIN 03-032 | 1.50 | 1.50 |
| 1.00 | 1.00 | EACH | | UNIVERSAL RELAY 5 PIN 40A SIN BRACKEY | 2.32 | 2.32 |

*[handwritten notes: Picker Serie # 813, Lever motor que se compro, para sistina de segunda Nissan # 3983, $369.62 — Cataño IWC, 63.22 — Rexco IWC, PAID, JOSE A. ALEGRIA]*

NO ACEPTAMOS DEVOLUCION DE PIEZAS ELECTRICAS Y CORRECTAMENTE DESPACHADAS
NO MERCHANDISE TO BE RETURNED WHITHOUT AUTORIZATION
PARTS NOT RETURNABLE AFTER 10 DAYS FROM PURCHASE DATE.

Remark

| | |
|---|---|
| Sub Total | 367.57 |
| Tax | 42.27 |
| Freight | 23.00 |
| PLEASE PAY THIS AMOUNT | 432.84 |

**Tailift** A Toyota own Company

**Deka** Batteries

**Stellana** Tires and Wheels

¡Nuestra meta es servirle mejor! Envíanos tus sugerencias a
info@gmcrentals.com. El cliente se compromete a pagar 1 5% mensual por cargos
de financiamiento en todos los artículos, más una suma razonable de honorarios de

No se aceptara devolución sin la debida autorización. Toda devolución sera
procesada como credito y requiere recibo de compra.
Nos reservamos el derecho de devolución.



# Puerto Rico Wire Products, Inc.

PO BOX 363167 SAN JUAN, PR 00936-3167
TEL: (787) 288-8080

**BAYAMON BRANCH**
Industrial Corujo
Principal, Lote 8,
Tels. 288-8080

**HATO REY BRANCH**
609 Francia Street
Hato Rey, P.R.
Tels. 751-8080  Fax. 763-8880

**MAYAGUEZ BRANCH**
Ave. Hiram Cabeza #22
Tels. 986-8080  Fax. 834-7653

**CAROLINA BRANCH**
Ave. 65 Infanteria Km 11.1
Carolina Industrial Park
Tels. 760-8080  Fax. 993-0952

**PONCE BRANCH**
Reparto Industrial Reparada
Calle D, Lote 35  Ponce, P.R.
Tels. 259-8080  Fax. 259-1776

**TOA BAJA BRANCH**
Carr. 2 Km 20.2 Bo. Candelaria
Tels. 993-0957  Fax. 993-0954

## SALES INVOICE

| | |
|---|---|
| **SOLD TO** | **CUSTOMER NO.** CASH PR 009 | **Date:** 11/16/16 |

CASH PR 009
.....CASH......
....................., PR 00000

| CONTRACT / INVOICE# | 10397914-001 |
|---|---|
| DATE OUT | 12:50 PM |
| DATE IN | 11/16/16    12:52 PM |

**REMIT TO:**
PO BOX 363167
SAN JUAN, PR 00936-3167

**JOB SITE** — JOB NUMBER .

| WRITTEN BY JRIVERA | PURCHASE ORDER NUMBER | ORDERED BY / AGENT | SALES REP BAYAMON (HOUSE) |
|---|---|---|---|
| JOB PHONE | CUSTOMER PHONE 787-288-8080 | DRIVERS LICENSE NUMBER PR 009 | TERMS NET 30 |

| Qty | UM | Description/Item# | Pack | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | EA | CARBURATOR WTEA-7B RD577992805 | 1EA | 142.310 | 142.31 |

| | |
|---|---|
| State Tax: | 14.94 |
| Local Tax: | 1.42 |
| Surcharge: | 1.00 |
| Total: | 159.67 |

PAID DISCOVER CARD

JOSE A. ALEGRIA

*Carburador para reparar*
*Trimmer Rexco*

*Rexco IWL*

| RECEIVED BY: | DATE: |
|---|---|
| DRIVER NAME: | DATE: |
| INSPECT BY: | DATE: |

PR-10397914-001-SI

For Chemical Emergency: Spill Leak Fire Exposure or Accident, Call CHEMTREC Day or Night (800) 424-9300

**ATH**

LIGHT GAS FLEX LITE GAS

**Sigui Gas**
INDUSTRIAL • COMERCIAL • DOMESTICO
P.O. Box 1155 Salinas, P R 00751
Tel. 824-4838 / Fax. 824-5913
FG-854, Lic 288

RECIBO
329213

NO. CLIENTE
( ) Efectivo
( ) Cheque

UN 1075, LIQUEFIED PETROLEUM GAS, 2.1, NON COR.

#CK MC – 01637Z

Recibido por: Islandwide

| CONCEPTO | FECHA | # BOLETO DE ENTREGA | CANTIDAD |
|---|---|---|---|
| | | 168255 | 340.00 |

AUTH. CODE: R16372

( ) Gas
( ) Otros

JOSE A. ALEGRIA

TOTAL          340.00

EN CASO DE ROTURAS O ESCAPE DE GAS
TELEFONO DE EMERGENCIA 24 HORAS
787-824-4838 / 1-800-981-4835
ACCOUNT # P.R. 7964

Recibido por          Fecha  4/16/16

12-cilindros de gas
para
Cataño IWL



**GENERAL MACHINERY CONTRACTORS**
The Forklift Specialists
PRMSDC/NMSDC Certified Supplier

| INVOICE | |
|---|---|
| **Number** | **Date** |
| S161117-027 | 11/17/2016 |

Terms:C.O.D.

SHIP TO ADDRESS(if different from billing)
CLIENTE ESPECIAL C

| -MAN | Customer.PO.NO | Ship Via | Ship Date | RTE | |
|---|---|---|---|---|---|
| cano | ISLAND WIDE | Cust. Pickup | 11/17/2016 | | |

| DESCRIPTION | Unit Price | Amount |
|---|---|---|
| L PRESSURE | 3.60 | 7.20 |

*- Ceballitas para*
*Nissan CPJO2-9P3984*
*Cataño IWL*

PAID

NO ACEPTAMOS DEVOLUCION DE PIEZAS ELECTRICAS Y CORRECTAMENTE DESPACHADAS.
NO MERCHANDISE TO BE RETURNED WITHOUT AUTORIZATION.
PARTS NOT RETURNABLE AFTER 10 DAYS FROM PURCHASE DATE.

JOSE A. ALEGRIA

| Remark | | |
|---|---|---|
| | Sub Total | 7.20 |
| | Tax | 0.83 |
| | Freight | 0.00 |
| | PLEASE PAY THIS AMOUNT | 8.03 |

Bailift
A Toyota own
Company

Batteries

Stellitomn
Tires and Wheels

¡Nuestra meta es servirie mejor! Envianos tus sugerencias a
info@gmcrentals.com. El cliente se compromete a pagar 1.5% mensual por cargos
de financiamento en todos lo articulos, mas una suma razonable de honorarios de

No se aceptara devolucion sin la debida autorización. Toda devolucion sera
procesada como credito y requiere recibo de compra.
Nos reservamos el derecho de devolución.

---

**Receipt (left side):**

OATH TODA USER

CONTRACTORS INC
STE L
CATA

SALE

DEBIT     ACCT.
xxxxxxxxxx9/65

AUTH. CODE: 919057     INVOICE: 010846
TRACE :011311

| | | |
|---|---|---|
| | % | 7.20 |
| State Tax | % | 0.76 |
| Mun. Int. | % | 0.07 |
| TOTAL | % | 8.03 |

CONTROL : 4P71Y-MXW1S
ET

NO SIGNATURE REQUIRED

Remit To
**General Machinery Contractors, Inc.**
210 Carr 869 Ste 1
Cataño, PR 00962-7015
Phone: 787-400-2323
Fax: 787-251-5300
www.gmcrentals.com
www.hydraulicdepotpr.com
Bayamón Phone: 787-787-9191
Cataño Phone: 787-400-1133
Cataño Fax: 787-779-4300



**GENERAL MACHINERY CONTRACTORS**
The Forklift Specialists
PRMSDC/NMSDC Certified Supplier

# INVOICE

| Number | Date |
|---|---|
| S161118-010 | 11/18/2016 |

Terms: C.O.D.

**BILLED TO ADDRESS**
CLIENTE ESPECIAL

**SHIP TO ADDRESS (if different from billing)**
CLIENTE ESPECIAL C

| Order# | ORDER RECEIVED ON | SALES-MAN | Customer.PO.NO | Ship Via | Ship Date | RTE | |
|---|---|---|---|---|---|---|---|
| S161118-010 | 11/18/2016 | CMarcano | ISLAND WIDE | Cust. Pickup | 11/18/2016 | | |

| QUANTITY | | UNIT | LC | DESCRIPTION | Unit Price | Amount |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | |
| 4.00 | 4.00 | EACH | | CONTACT CLEANER | 6.00 | 24.00 |
| 1.00 | 1.00 | EACH | | WIRE IGNITION | 12.40 | 12.40 |

*Contact Cleaner y Cablería para Yale ... 8Q98V*

*Cataño IWL*

PAID

Remark

NO ACEPTAMOS DEVOLUCIÓN DE PIEZAS ELÉCTRICAS Y CORRECTAMENTE DESPACHADAS.
NO MERCHANDISE TO BE RETURNED WHITHOUT AUTORIZATION.
PARTS HOT RETURNABLE AFTER 10 DAYS FROM PURCHASE DATE.

JOSE A. ALEGRIA

| | |
|---|---|
| Sub Total | 36.40 |
| Tax | 4.18 |
| Freight | 0.00 |
| PLEASE PAY THIS AMOUNT | 40.58 |

Hyster Yale
**Tailift**
A Toyota Group
Company

**Daken**
Batteries

**Stellana**
Tires and Wheels

¡Nuestra meta es servirle mejor! Envíanos tus sugerencias a
info@gmcrentals.com. El cliente se compromete a pagar 1.5% mensual por cargos
de financiamiento en todos los artículos, más una suma razonable de honorarios de

No se aceptará devolución sin la debida autorización. Toda devolución será
procesada como crédito y requiere recibo de compra.
Nos reservamos el derecho de devolución.

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

| | | | |
|---|---|---|---|
| Name of Debtor: | ISLANDWIDE LOGISTICS, INC. | Case Number: | 16-07693 |
| Reporting Period beginning | NOVEMBER 1, 2016 | Period ending | NOVEMBER 30,2016 |

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $  - | | |

MOR-14

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:     ISLANDWIDE LOGISTICS, INC.                    Case Number:        16-07693

Reporting Period beginning            November 1, 2016            Period ending       November 30, 2016

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirements plans, loan repayments, payments of Officer / Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 49 | 0 |
| Number hired during the period | 1 | 1 |
| Number terminated or resigned during period | 3 | 0 |
| Number of employees on payroll at end of period | 47 | 1 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increase policy limits, renewal, etc.).

| Agent and / or Carrier | Phone Number | Policy No. | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Luis López Luna | 787-273-7070 | CP-000311809-1 | Package | 6/24/2017 | 6/24/2017 |
| Luis López Luna | 787-273-7070 | CA-0304102-1 | Auto | 6/19/2017 | 6/19/2017 |
| Luis López Luna | 787-273-7070 | 018-001003596 | Umbrella | 9/19/2017 | 6/19/2017 |
| Luis López Luna | 787-273-7070 | CA-000304238-1 | Business Auto | 6/19/2017 | 6/19/2017 |
| Luis López Luna | 787-273-7070 | 024-1002210-02 | Officer Insurance | 11/30/2016 | 11/30/2016 |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| None. | | | |
| NONE. | | | |

☐ Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions
that are not reported on this report, such as the sale of real estate *(attach closing statement)* ; (2)
non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan
agreements; (4) change in senior management, etc. Attach any relevant documents.

NONE.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before:

_____

MOR-16